Fill in this information to identify the case:

United States Bankruptcy Court for the:

District of __Nevada__
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

RECEIVED AND FILED

2019 DEC 20 PM 3 44

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

MAG

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☑ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Welscorp, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Wellington Sports Club

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☑ Unknown

   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   Principal place of business

   1810 East Sahara Avenue
   Number   Street

   Suite #1449

   LAS VEGAS          NV     89104
   City               State  ZIP Code

   Clark
   County

   Mailing address, if different

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City          State   ZIP Code

   Location of principal assets, if different from principal place of business

   _____
   Number   Street

   _____
   City          State   ZIP Code

Official Form 205              Involuntary Petition Against a Non-Individual              page 1

Debtor  **Welscorp, Inc.**  
_____Name_____  Case number (if known)_____

6. **Debtor's website** (URL)  http://www.wellingtonsportsclub.com

7. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☑ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

**Part 3: Report About the Case**

10. **Venue**

    Check one:
    - ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    At least one box must be checked:
    - ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☑ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  **Welscorp, Inc.**
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Steven E. Tandlich | Investment contract | $ 25,000 |
| Hofmann Properties LLC | Investment contracts | $ 100,000 |
| Peter M. Hofmann | Investment contract | $ 275,000 |
| | Total of petitioners' claims | $ 400,000 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

Name and mailing address of petitioner

Steven E. Tandlich
Name

10851 S.W. 68th Ave.
Number    Street

| Miami | FL | 33156 |
|---|---|---|
| City | State | ZIP Code |

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number    Street

| | | |
|---|---|---|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12 / 18 / 2019
             MM / DD / YYYY

x _Steven E. Tandlich_ (signature)

Signature of petitioner or representative, including representative's title

Christopher F. Klink, Esq.
Printed name

_____
Firm name, if any

2576 Sundew Avenue
Number    Street

| Henderson | NV | 89052 |
|---|---|---|
| City | State | ZIP Code |

Contact phone  702.217.8998   Email  cklinklaw@gmail.com

Bar number  6022

State  NV

x _(signature)_
Signature of attorney

Date signed  ___/___/___
             MM / DD / YYYY

Debtor **Welscorp, Inc.**
Name

Case number (if known) _____

### Name and mailing address of petitioner

**Hofmann Properties LLC**
Name

**1633 Sands Place S.E.**
Number    Street

**Marietta**           **GA**           **30267**
City                   State            ZIP Code

### Name and mailing address of petitioner's representative, if any

**Peter M. Hofmann**
Name

**1633 Sands Place S.E.**
Number    Street

**Marietta**           **GA**           **30267**
City                   State            ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _12 / 10 / 2019_
            MM / DD / YYYY

X _/s/ Peter Hofmann_
Signature of petitioner or representative, including representative's title

**Christopher F. Klink, Esq.**
Printed name

_____
Firm name, if any

**2576 Sundew Avenue**
Number    Street

**Henderson**           **NV**           **89052**
City                    State            ZIP Code

Contact phone  **702.217.8998**   Email  **cklinklaw@gmail.com**

Bar number  **6022**

State  **NV**

X _/s/ Christopher F. Klink_
Signature of attorney

Date signed  _____
             MM / DD / YYYY

### Name and mailing address of petitioner

**Peter M. Hofmann**
Name

**1633 Sands Place S.E.**
Number    Street

**Marietta**           **GA**           **30267**
City                   State            ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number    Street

_____
City            State            ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _12 / 10 / 2019_
            MM / DD / YYYY

X _/s/ Peter Hofmann_
Signature of petitioner or representative, including representative's title

**Christopher F. Klink, Esq.**
Printed name

_____
Firm name, if any

**2576 Sundew Avenue**
Number    Street

**Henderson**           **NV**           **89052**
City                    State            ZIP Code

Contact phone  **702.217.8998**   Email  **cklinklaw@gmail.com**

Bar number  **6022**

State  **NV**

X _/s/ Christopher F. Klink_
Signature of attorney

Date signed  _____
             MM / DD / YYYY

Attorney for Petitioning Creditors
(Pro hac to be filed):

Joseph E. Sarachek (NY Bar No. 2163228)
Zachary E. Mazur (NY Bar No. 5706726)
Sarachek Law Firm
101 Park Avenue, Suite 2700, New York, New York 10178
(646) 517-5420
joe@sarigheklawfirm.com
zachary@sarigheklawfirm.com