**LENARD E. SCHWARTZER**
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>WELSCORP, INC.,<br><br>                    Debtor | Case No. BK-S 19-18056-ABL<br><br>IN PROCEEDINGS UNDER CHAPTER 7<br><br>MOTION TO DESIGNATE RESPONSIBLE PERSON; TO REQUIRE THOMAS BECKER TO (a) PREPARE AND FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS; (b) ATTEND DEBTOR'S §341 MEETING; AND (c) TURNOVER DEBTOR'S RECORDS AND ASSETS<br><br>Date: March 19, 2020<br>Time: 11:00 a.m.<br>Place: Foley Bldg., Third Floor |

LENARD E. SCHWARTZER ("Trustee"), the duly appointed and acting trustee in this case, hereby submits this Motion To Designate THOMAS BECKER as the Debtor's Designated Representative; To Require THOMAS BECKER to (a) Prepare and File Schedules and Statement of Financial Affairs; (b) Attend Debtor's §341 Meeting; and ( c) Turnover Debtor's Records and Assets (the "Motion"). As set forth in this Motion, the Trustee is requesting that this Court issue an order designating THOMAS BECKER as the Debtor's designated representative pursuant to Bankruptcy Rule 9001(5) and requiring THOMAS BECKER to (a) (a) Prepare and File Schedules and Statement of Financial Affairs, (b) appear at the Debtor's 341 meeting and testify, and ( c) turnover to the Trustee all the books, records, and assets of the Debtor. This Motion is made and based on the

1

points and authorities listed herein, the pleadings, papers, and other records on file with the clerk for the above-captioned Court, judicial notice of which is respectfully requested, and the argument of counsel at the time of the hearing on this motion.

## POINTS AND AUTHORITIES

### Facts

1. On December 20, 2019 (the "Petition Date"), an involuntary Chapter 7 petition was filed against the Debtor. See Doc [1].

2. On January 29, 2020, this Court issued an order granting relief in this case. See Doc [16].

3. Lenard E. Schwartzer is the duly appointed and acting Trustee in this case. See Doc [27].

4. According to the website of the Nevada Secretary of State, THOMAS BECKER is the sole officer of the Debtor, as shown on the Entity Information printout, attached as Exhibit "1" and incorporated herein by reference.

5. THOMAS BECKER has failed to file Schedules and a Statement of Financial Affairs, and has failed to turnover assets and records to the Trustee

6. The Trustee has no records of the assets or debts of the debtor and cannot administer the estate.

### Memorandum of Law

A. **Rule 9001(5)**

Rule 9001 grants this Court the power to designate a person to represent a corporate debtor when the corporate debtor's attendance and performance is required. Specifically, Rule 9001(5) provides:

> Debtor. When any act is required by these rules to be performed by a debtor or when it is necessary to compel attendance of a debtor for examination and the debtor is not a natural person: *(A) if the debtor is a corporation, "debtor" includes, if designated by the court, any or all of its officers, members of its board of directors or trustees or of a similar controlling body, a controlling stockholder or member, or any other person in control;* (B) if the debtor is a partnership, "debtor" includes any or all of its general partners or, if designated by the court, any other person in control.

2

Fed. R. Bankr. P. 9001(5) (emphasis added).

Therefore, pursuant to this Rule, when it is necessary for an agent to act on behalf of a corporate debtor, a bankruptcy court must designate that person to act on behalf of the corporation. The Court, not the Debtor, is to designate the individual to perform the duties of the debtor." Colliers on Bankruptcy ¶ 9001 (citing In re Muy Bueno Corp., 257 B.R. 843, 847-848 (Bankr. W.D. Tex. 2001) ("The rule *does not* give the corporate debtor or its principals the right to designate who shall appear at the first meeting and certainly does not give the debtor the right to designate as agent someone who knows little or nothing about the debtor's recent affairs and activities.") (emphasis in original)).

B. **THOMAS BECKER is the sole person that possesses the requisite control and knowledge to be the debtor's designated representative pursuant to Rule 9001(5)**

As stated above, THOMAS BECKER is the Debtor's sole officer. Thus, THOMAS BECKER can be designated as representative of the Debtor pursuant to Rule 9001(5). See Fed. R. Bankr. P. 9001(5) (" 'debtor' includes, if designated by the court, any or all of its *officers*, members of its board of directors or trustees or of a similar controlling body, a controlling stockholder or member, or any other person in control. . . .") (emphasis added));

In a bankruptcy proceeding, a "debtor is saddled with an *affirmative duty* to both voluntary disclose and to cooperate." In re Muy Bueno Corp. 257 B.R. 843, 848 (Bankr. W.D. Tex. 2001) (emphasis in original). The Debtor is clearly shirking this duty by failing to file Schedules and a Statement of Financial Affairs

/ / / / /

/ / / / /

/ / / / /

/ / / / /

3

## CONCLUSION

Based upon the foregoing, the Trustee requests that the Court grant this Motion and order that THOMAS BECKER is the Debtor's designated representative, and that THOMAS BECKER is to (a) prepare and file Schedules and a Statement of Financial Affairs; (b) appear and testify at the Debtor's 341 meeting, (c) deliver to the Trustee all the books, records, and assets of the Debtor, and for such further relief as the Court deems appropriate.

Dated: February 5, 2020

_____
LENARD E. SCHWARTZER
Chapter 7 Trustee

## DECLARATION OF TRUSTEE

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge, information and belief.

Dated: February 5, 2020

_____
LENARD E. SCHWARTZER

Exhibit "1"

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

WELSCORP INC.

**Entity Number:**

E0400002016-6

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Active

**Formation Date:**

09/09/2016

**NV Business ID:**

NV20161537310

**Termination Date:**

Perpetual

**Annual Report Due Date:**

9/30/2019

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

INCORP SERVICES, INC.

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

NEVADA

**Street Address:**

3773 HOWARD HUGHES PKWY STE 500S, Las Vegas, NV, 89169 - 6014, USA

**Email Address:**

nvprocessing@incorp.com

**Mailing Address:**

**Individual with Authority to Act:**

Karla Vazquez, President

**Contact Phone Number:**

(800) 246-2677

**Fictitious Website or Domain Name:**

### PRINCIPAL OFFICE ADDRESS

**Address:**

**Mailing Address:**

**OFFICER INFORMATION**

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | THOMAS BECKER | 3773 HOWARD HUGHES PKWY. - SUITE 500S, LAS VEGAS, NV, 89169 - 6014, USA | 08/16/2018 | Active |
| Secretary | THOMAS BECKER | 3773 HOWARD HUGHES PKWY. - SUITE 500S, LAS VEGAS, NV, 89169 - 6014, USA | 08/16/2018 | Active |
| Treasurer | THOMAS BECKER | 3773 HOWARD HUGHES PKWY. - SUITE 500S, LAS VEGAS, NV, 89169 - 6014, USA | 08/16/2018 | Active |
| Director | THOMAS BECKER | 3773 HOWARD HUGHES PKWY. - SUITE 500S, LAS VEGAS, NV, 89169 - 6014, USA | 08/16/2018 | Active |

Page 1 of 1, records 1 to 4 of 4

**CURRENT SHARES**

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | | No records to view. | |

Number of No Par Value Shares:

**100**

Total Authorized Capital:

**100**

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results