**LENARD E. SCHWARTZER**
2850 S Jones Blvd, Suite 1
Las Vegas, NV 89146
(702) 307-2022
TRUSTEE

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>WELSCORP, INC.,<br><br><br><br><br><br><br><br><br>Debtor | Case No. BK-S 19-18056-ABL<br><br>IN PROCEEDINGS UNDER CHAPTER 7<br><br>NOTICE OF HEARING MOTION TO DESIGNATE RESPONSIBLE PERSON; TO REQUIRE THOMAS BECKER TO (a) PREPARE AND FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS; (b) ATTEND DEBTOR'S §341 MEETING; AND (c) TURNOVER DEBTOR'S RECORDS AND ASSETS<br><br>Date:  March 19, 2020<br>Time:  11:00 a.m.<br>Place:  Foley Bldg., Third Floor |

TO: DEBTOR WELSCORP, INC.; and ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a MOTION TO DESIGNATE RESPONSIBLE PERSON; TO REQUIRE THOMAS BECKER TO (a) PREPARE AND FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS; (b) ATTEND DEBTOR'S §341 MEETING; AND (c) TURNOVER DEBTOR'S RECORDS AND ASSETS was filed with the above-entitled Court by LENARD E. SCHWARTZER, Chapter 7 Trustee. The Motion seeks an order designating THOMAS BECKER as the Debtor's designated representative pursuant to Bankruptcy Rule 9001(5); requiring THOMAS BECKER to (a) prepare and file Schedules and a Statement of Financial Affairs, (b) appear and testify at the Debtor's 341 meeting, (c) deliver to

1

the Trustee all books, records and assets of the Debtor, and for such further relief as the Court deems appropriate.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

Local Rule 9014(d)(1): "Except as set out in subsection (3) below, any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

> If you object to the relief requested, you must file a WRITTEN response to this pleading with the Court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may refuse to allow you to speak at the scheduled hearing; and
> • The court may rule against you without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on the Motion may be continued without further notice.

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Las Vegas, Nevada on March 19, 2020, at the hour of 11:00 a.m.

Dated: February 5, 2020

/s/ LENARD E. SCHWARTZER
LENARD E. SCHWARTZER
Trustee