1  LENARD E. SCHWARTZER
   2850 South Jones Boulevard, Suite 1
2  Las Vegas, NV 89146
   (702) 307-2022
3
   TRUSTEE
4

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | ) | Case No. BK-S 19-18056-ABL |
|---|---|---|
| WELSCORP, INC., | ) | IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) | MOTION TO DESIGNATE RESPONSIBLE PERSON; TO REQUIRE JOHN F. THOMAS TO (a) PREPARE AND FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS; (b) ATTEND DEBTOR'S §341 MEETING; AND (c) TURNOVER DEBTOR'S RECORDS AND ASSETS |
| Debtor | ) | Date: March 19, 2020<br>Time: 11:00 a.m.<br>Place: Foley Bldg., Third Floor |

LENARD E. SCHWARTZER ("Trustee"), the duly appointed and acting trustee in this case, hereby submits this Motion To Designate JOHN F. THOMAS as the Debtor's Designated Representative; To Require JOHN F. THOMAS to (a) Prepare and File Schedules and Statement of Financial Affairs; (b) Attend Debtor's §341 Meeting; and ( c) Turnover Debtor's Records and Assets (the "Motion"). As set forth in this Motion, the Trustee is requesting that this Court issue an order designating JOHN F. THOMAS as the Debtor's designated representative pursuant to Bankruptcy Rule 9001(5) and requiring JOHN F. THOMAS to (a) Prepare and File Schedules and Statement of Financial Affairs, (b) appear at the Debtor's 341 meeting and testify, and ( c) turnover to the Trustee all the books, records, and assets of the Debtor. This Motion is made and based on the points and

1

authorities listed herein, the pleadings, papers, and other records on file with the clerk for the above-captioned Court, judicial notice of which is respectfully requested, and the argument of counsel at the time of the hearing on this motion.

## POINTS AND AUTHORITIES

### Facts

1. On December 20, 2019 (the "Petition Date"), an involuntary Chapter 7 petition was filed against the Debtor. See Doc [1].

2. On January 29, 2020, this Court issued an order granting relief in this case. See Doc [16].

3. Lenard E. Schwartzer is the duly appointed and acting Trustee in this case. See Doc [27].

4. The Trustee has determined that JOHN F. THOMAS is the Managing Director of debtor.

5. JOHN F. THOMAS has failed to file Schedules and a Statement of Financial Affairs, and has failed to turnover assets and records to the Trustee.

6. The Trustee has no records of the assets or debts of the debtor and cannot administer the estate.

### Memorandum of Law

A. **Rule 9001(5)**

Rule 9001 grants this Court the power to designate a person to represent a corporate debtor when the corporate debtor's attendance and performance is required. Specifically, Rule 9001(5) provides:

> Debtor. When any act is required by these rules to be performed by a debtor or when it is necessary to compel attendance of a debtor for examination and the debtor is not a natural person: *(A) if the debtor is a corporation, "debtor" includes, if designated by the court, any or all of its officers, members of its board of directors or trustees or of a similar controlling body, a controlling stockholder or member, or any other person in control;* (B) if the debtor is a partnership, "debtor" includes any or all of its general partners or, if designated by the court, any other person in control.

Fed. R. Bankr. P. 9001(5) (emphasis added).

Therefore, pursuant to this Rule, when it is necessary for an agent to act on behalf of a corporate debtor, a bankruptcy court must designate that person to act on behalf of the corporation. The Court, not the Debtor, is to designate the individual to perform the duties of the debtor." Colliers on Bankruptcy ¶ 9001 (citing In re Muy Bueno Corp., 257 B.R. 843, 847-848 (Bankr. W.D. Tex. 2001) ("The rule *does not* give the corporate debtor or its principals the right to designate who shall appear at the first meeting and certainly does not give the debtor the right to designate as agent someone who knows little or nothing about the debtor's recent affairs and activities.") (emphasis in original)).

**B. JOHN F. THOMAS, as Managing Director, is an officer that possesses the requisite control and knowledge to be the debtor's designated representative pursuant to Rule 9001(5)**

As stated above, JOHN F. THOMAS is the Debtor's Managing Director. Thus, JOHN F. THOMAS can be designated as representative of the Debtor pursuant to Rule 9001(5). See Fed. R. Bankr. P. 9001(5) (" 'debtor' includes, if designated by the court, any or all of its *officers*, members of its board of directors or trustees or of a similar controlling body, a controlling stockholder or member, or any other person in control. . . .") (emphasis added));

In a bankruptcy proceeding, a "debtor is saddled with an *affirmative duty* to both voluntary disclose and to cooperate." In re Muy Bueno Corp. 257 B.R. 843, 848 (Bankr. W.D. Tex. 2001) (emphasis in original). The Debtor is clearly shirking this duty by failing to file Schedules and a Statement of Financial Affairs

/ / / / /

/ / / / /

/ / / / /

/ / / / /

## CONCLUSION

Based upon the foregoing, the Trustee requests that the Court grant this Motion and order that JOHN F. THOMAS is the Debtor's designated representative, and that JOHN F. THOMAS is to (a) prepare and file Schedules and a Statement of Financial Affairs; (b) appear and testify at the Debtor's 341 meeting, (c) deliver to the Trustee all the books, records, and assets of the Debtor, and (d) for such further relief as the Court deems appropriate.

Dated: February 11, 2020

LENARD E. SCHWARTZER
Chapter 7 Trustee

## DECLARATION OF TRUSTEE

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge, information and belief.

Dated: February 11, 2020

LENARD E. SCHWARTZER