# EXHIBIT 1

**APFCU Bank Declarations**

# DECLARATION OF <u>CARLOS PARIS SCOTT</u> CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, <u>Carlos Paris Scott,</u> pursuant to 28 U.S.C. § 1746, declare that:

1. I am employed by <u>Aloha Pacific Federal Credit Union</u> as <u>Director of Compliance & Enterprise Risk Management</u> and by reason of my position am authorized and qualified to make this declaration.

2. I further declare that I am a custodian of records of said business and certify that the documents submitted herewith and stamped <u>APFCU000101 - APFCU000232</u> are true copies of records that were:

   (a) made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;

   (b) kept in the course of regularly conducted business activity; and

   (c) made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>09/28/2018.</u>

<u>Carlos Paris Scott</u>
(Print Name)

(Signature)

**DECLARATION OF <u>CARLOS PARIS SCOTT</u> CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY**

I, the undersigned, <u>Carlos Paris Scott,</u> pursuant to 28 U.S.C. § 1746, declare that:

1. I am employed by <u>Aloha Pacific Federal Credit Union</u> as <u>Director of Compliance & Enterprise Risk Management</u> and by reason of my position am authorized and qualified to make this declaration.

2. I further declare that I am a custodian of records of said business and certify that the documents submitted herewith and stamped <u>APFCU000233 - APFCU000250</u> are true copies of records that were:

   (a) made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;

   (b) kept in the course of regularly conducted business activity; and

   (c) made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>01/08/2019.</u>

<div style="margin-left:40%">

Carlos Paris Scott
(Print Name)

(Signature)

</div>

**2**

## DECLARATION OF <u>CARLOS PARIS SCOTT</u> CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, <u>Carlos Paris Scott,</u> pursuant to 28 U.S.C. § 1746, declare that:

1. I am employed by <u>Aloha Pacific Federal Credit Union</u> as <u>Director of Compliance & Enterprise Risk Management</u> and by reason of my position am authorized and qualified to make this declaration.

2. I further declare that I am a custodian of records of said business and certify that the documents submitted herewith and stamped <u>APFCU000251 - APFCU000267</u> are true copies of records that were:

   (a) made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;

   (b) kept in the course of regularly conducted business activity; and

   (c) made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>03/25/2019.</u>

<u>Carlos Paris Scott</u>
(Print Name)

(Signature)

**3**

## DECLARATION OF  CARLOS PARIS SCOTT  CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned,  Carlos Paris Scott,  pursuant to 28 U.S.C. § 1746, declare that:

1.  I am employed by  Aloha Pacific Federal Credit Union  as  Director of Compliance & Enterprise Risk Management  and by reason of my position am authorized and qualified to make this declaration.

2.  I further declare that I am a custodian of records of said business and certify that the documents submitted herewith and stamped  APFCU000268 - APFCU000285  are true copies of records that were:

   (a) made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;

   (b) kept in the course of regularly conducted business activity; and

   (c) made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/25/2019.

Carlos Paris Scott
(Print Name)

(Signature)

4

# EXHIBIT 2

**American First National Bank Declaration**

DECLARATION OF **AMERICAN FIRST NATIONAL BANK** CERTIFYING RECORDS

OF REGUARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, **Thalia Wang**, pursuant to 28 U.S.C. 1746, declare that:

1.  I am employed by **American First National Bank** as Bookkeeping Manager and by reason of my position am authorized and qualified to make this declaration. I am custodian of records; I am familiar with company's recordkeeping practices.

2.  I further certify that the documents are true copies of records that were:

    (a)  made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;

    (b)  Kept in the course of regularly conducted business activity; and

    (c)  Made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 25, 2018.

1

# EXHIBIT 3

**Bank of America Declarations**

Bank of America Legal Order Processing
Regarding reference number: D032618000284
Court case number:
Court or issuer: U.S. SECURITES AND EXCHANGE COMMISSION
Court case name: WELLINGTON SPORTS CLUB

## AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

Before me, the undersigned authority, personally appeared,

Jessica Howell

Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Jessica Howell, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and

    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**
*SOME DOCUMENTS ARE IN AN ELECTRONIC FORM

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| VEGAS FOOTBALL CLUB LLC | 3801 | Checks, Statement Pages, Signature card, Deposits, Offsets, Wire Details, Cashier Checks | 08/2014 - 01/2016 |
| VEGAS FOOTBALL CLUB LLC | 7210 | Checks, Statement Pages, Signature card, Deposits, Offsets, Wire Details, Cashier Checks | 10/2014 - 01/2016 |
| VEGAS BASKETBALL CLUB LLC | 8189 | Checks, Statement Pages, Signature card, Deposits, Offsets, Wire Details | 01/2015 - 01/2016 |
| VEGAS BASKETBALL CLUB LLC | 8192 | Statement Pages, Wire Details, Signature card | 01/2015 - 01/2016 |
| WELSCORP INC | 6257 | Checks, Statement Pages, Signature card, Deposits, Offsets, Wire Details | 09/2016 - 03/2018 |

3.) **Production.**

    ✓ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

**OR**

    _____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: 4/9/18          Signature: _Jessie Howell_

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

_____ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this __9__ day of _April_ _2018_. In witness thereof I have set my hand and official seal.

Signature of Notary Public in and for
State of DE
City/County of NEWARK/ NEW CASTLE

WILLIAM CURTIS EDGE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Nov. 7, 2019

**2**

Bank of America Legal Order Processing
Regarding reference number: D061518000600
Court case number: LA-4881
Court or issuer: U. S. SECURITIES AND EXCHANGE COMMISSION
Court case name: SPORTS BIOMETRICS

## AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS
Before me, the undersigned authority, personally appeared,
Nneka Williams
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Nneka Williams, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and

c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| SPORTS BIOMETRICS LLC | 0188 | Statement Pages, Signature Card, Deposits, Offsets | 01/2013 - 05/2015 |

3.) **Production.**

___X___ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

**OR**

_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: _6/20/18_   Signature: _Nneka Williams_

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

_____ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this _22_ day of _June 2018_. In witness thereof I have set my hand and official seal.

Signature of Notary Public in and for
State of Delaware
City/County of Newark, New Castle

**WILLIAM CURTIS EDGE**
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Nov. 7, 2019

**3**

Bank of America Legal Order Processing
Regarding reference number: D071618000213
Court case number: LA-4881
Court or issuer: U.S. SECURITES AND EXCHANGE COMMISSION
Court case name: NO MORE BAD HIRES

## AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS
Before me, the undersigned authority, personally appeared,
Nneka Williams
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Nneka Williams, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and

c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| NO-MORE-BAD-HIRES INC | 0049 | Statement Pages, Signature Card | 02/2014 - 04/2014 |
| NO-MORE-BAD-HIRES INC | 9049 | Checks, Statement Pages, Signature Card Deposits, Offsets, Wires | 02/2014 - 07/2015 |
| NO-MORE-BAD-HIRES INC | 9052 | Statement Pages, Signature Card | 02/2014 - 04/2014 |

3.) **Production.**

_____X_____The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

**OR**

_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: __7/17/18__ Signature: _Nneka Williams_

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

__✓____ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this _17th_ day of _July_ _2018_. In witness thereof I have set my hand and official seal.

_____
Signature of Notary Public in and for
State of Delaware
City/County of Newark, New Castle

PETER A LUARD
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Mar. 23. 2020

Bank of America Legal Order Processing
Regarding reference number: D120618000029
Court case number: LA-4881
Court or issuer: US SECURITIES AND EXCHANGE COMMISSION
Court case name: WELLINGTON SPORTS CLUB

**AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS**
Before me, the undersigned authority, personally appeared,
Jessica Howell
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Jessica Howell, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| WELSCORP INC | 6257 | Statement Pages, Signature card, Transaction Details | 03/2018 - 12/2018 |

3.) **Production.**
   _✓_ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

OR

   _____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: _12/28/18_     Signature: _Jessie Howell_

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

   _✓_ Signer is personally known to me.

   _____ Signer has produced the following identification: _____

Sworn to and subscribed before me this _28_ day of _December_ _2018_ witness thereof I have set my hand and official seal.

Signature of Notary Public in and for
State of DE
City/County of NEWARK/ NEW CASTLE

CAMERON JOSEPH VANSANT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan. 5, 2019

**5**

Bank of America Legal Order Processing
Regarding reference number: D031519000232
Court case number: (LA-4881)
Court or issuer: US SECURITIES AND EXCHANGE COMMISSION
Court case name: WELSCORP

### AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS
Before me, the undersigned authority, personally appeared,
Stephanie Williams
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Stephanie Williams, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

  a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

  b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and

  c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**

| Account title: | Account number ending in: | Document type: | Timeframe: |
| --- | --- | --- | --- |
| WELSCORP INC | 6257 | Checks, Statement Pages, Signature Card, Wire Details, Deposits, Offsets | 03/2018 - 03/2019 |

ITEMS PRODUCED ELECTRONICALLY IN CD FORMAT

3.) **Production.**
_____ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

OR

_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: __04/03/2019__ Signature: _____

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

_____ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this __3__ day of __April 2019__ . In witness thereof I have set my hand and official seal.

_____
Signature of Notary Public in and for
State of Delaware
City/County of Newark/New Castle

SEAN C RASH
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Feb. 08, 2020

Bank of America Legal Order Processing
Regarding reference number: D071319000002
Court case number: LA-4881
Court or issuer: U.S. SECURITES AND EXCHANGE COMMISSION
Court case name: WELSCORP

**AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS**
Before me, the undersigned authority, personally appeared,
Bonnie Angelini
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Bonnie Angelini, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| WELSCORP INC | 6257 | Statement Pages, Signature Cards, Corporate Resolutions | 03/2019 - 06/2019 |

3.) **Production.**
   The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

OR

   A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: 7/27/19     Signature

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

\_\_\_\_ Signer is personally known to me.

\_\_\_\_ Signer has produced the following identification: \_\_\_\_

Sworn to and subscribed before me this **24** day of **July 2019** \_\_\_\_. In witness thereof I have set my hand and official seal.

_____
Signature of Notary Public in and for
State of Delaware
City/County of New Castle

**SEAN C RASH**
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Feb. 08, 2020

# EXHIBIT 4

**Bank of Nevada Declaration**

CERTIFICATE OF CUSTODIAN OF RECORDS

STATE OF NEVADA)

ss:

COUNTY OF CLARK)

NOW COMES LENELL CIACCIO , who after being duly sworn, deposes and says:

1) That the deponent is the employee of Western Alliance Bank and in such capacity is a custodian of the records of the institution;

2) That the institution is licensed to do business as a bank in the State of Nevada;

3) That on the Monday, February 5, 2018, the deponent was served with a subpoena in connection with the above entitled cause, calling for the production of records pertaining to ESA LTD.

4) That the deponent has examined the original of those records and has made a true and exact copy of them and that the reproduction of them attached is true and complete;

5) That the original of those records was made at or near the time of the acts, events, conditions or opinions recited therein by or from information transmitted by a person with knowledge in the course of a regularly conducted activity of the deponent or the office or institution in which the deponent is engaged.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Wednesday, August 28, 2019

_Lenell Ciaccio_
_____
(Signature)

MARIA V. RENTERIA
Notary Public, State of Nevada
No. 18-4471-1
My Appt. Exp. Aug. 17, 2022

SUBSCRIBED AND SWORN TO BEFORE ME,

This _28th_ day of _August_ , 20 _19_
_Las Vegas, Nevada Clark County_

NOTARY PUBLIC in and for said County and State

My appointment expires: _Aug 17 2022_

1

# EXHIBIT 5

**Bank of the West Declarations**



**BANK OF THE WEST**
**BNP PARIBAS**
[FOR DOMESTIC U.S. RECORDS]

## DECLARATION OF [*BRITTANY MERRELL FOR BANK OF THE WEST*] CERTIFYING
## RECORDS
## OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, [*BRITTANY MERRELL*], pursuant to 28 U.S.C. § 1746, declare that:

1. I am employed by [*BANK OF THE WEST*] as [*OPERATIONS COORDINATOR II*] and by reason of my position am authorized and qualified to make this declaration.

2. I further certify that the documents [*for THOMAS BECKER for the time period 01/01/2018 to 07/08/2019*] and stamped [*08/02/2019*] are true copies of records that were:

   (a) made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;

   (b) kept in the course of regularly conducted business activity; and

   (c) made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct. Executed on [*date*]. 08/26/2019

_____
[*Name*]



[FOR DOMESTIC U.S. RECORDS]

## DECLARATION OF [*BRITTANY MERRELL FOR BANK OF THE WEST*] CERTIFYING RECORDS
## OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, [*BRITTANY MERRELL*], pursuant to 28 U.S.C. § 1746, declare that:

1. I am employed by [*BANK OF THE WEST*] as [*OPERATIONS COORDINATOR II*] and by reason of my position am authorized and qualified to make this declaration.

2. I further certify that the documents [*for QSA LLC for the time period 01/01/2018 to 07/08/2019*] and stamped [*08/02/2019*] are true copies of records that were:

   (a) made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;

   (b) kept in the course of regularly conducted business activity; and

   (c) made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct. Executed on [*date*]
08/26/2019

_____
[*Name*]



## Certification of Records of Regularly Conducted Activity
### Pursuant to 28 U.S.C Section 1746

I, Alison Beardsley,  the undersigned, pursuant to 28 U.S.C Section 1746, declare that:

1.  I am employed by Bank of the West as Operations Coordinator and by reason of my position am authorized and qualified to make this declaration.

2.  I further certify that the documents submitted herewith are true copies of records that were:

    a)  made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

    b)  kept in the course of the regularly conducted activity of Bank of the West and

    c)  made by the regularly conducted activity as a regular practice of Bank of the West.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2018

Signature

Branch Service Center
PO Box 2573, Omaha, NE 6B103

Equal Housing Lender.   Member FDIC.

3



**BANK OF THE WEST**
**BNP PARIBAS**

<u>Certification of Records of Regularly Conducted Activity</u>
Pursuant to 28 U.S.C Section 1746

I, Alison Beardsley, the undersigned, pursuant to 28 U.S.C Section 1746, declare that:

1. I am employed by Bank of the West as Operations Coordinator and by reason of my position am authorized and qualified to make this declaration.

2. I further certify that the documents submitted herewith are true copies of records that were:

   a) made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

   b) kept in the course of the regularly conducted activity of Bank of the West and

   c) made by the regularly conducted activity as a regular practice of Bank of the West.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 9, 2019

Signature

SEC-BOTW-E-0000138

4

# EXHIBIT 6

**Citibank Declarations**

# DECLARATION



## Title of Action: Subpoena in the Matter of Wellington Sports Club LLC, et al
## LSI#: 03202018-4576992
## Date of Request: March 15, 2018

1. I have authority to certify the records of this office of Citibank N.A.

2. The following checked statement applies:

☐    The copies transmitted are true copies of all original records described in the Subpoena.

☐    The copies transmitted are true copies of all original records described in the Subpoena with redacted information.

☐    No copies of our records are transmitted because Citibank N.A. cannot locate any of the records using the criteria presented in the Subpoena.

☒    The copies transmitted are true copies of part of the original records described in the Subpoena. Citibank N.A. is in the process of retrieving the remainder of the records described in the Subpoena.

3. The records referred to above were prepared by the personnel of Citibank N.A. and/or its affiliates and suppliers in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 9, 2018, at San Antonio, Texas

*Elizabeth Piña*

Elizabeth Piña
Litigation Support

Citi Consumer Subpoena Compliance Unit on Behalf of Citibank, N.A. 100 Citibank Drive, Bldg. 1, Flr. 2, San Antonio, TX 78245
Escalations Line 866-582-6249, Office (210) 357-8615, Fax (210) 468-0241, Email elizabeth.pina@citi.com





# <u>AFFIDAVIT</u>

**STATE OF TEXAS)**

)SS:

**COUNTY OF BEXAR)**

I, **Elizabeth Piña** do hereby state and declare as follows:

1. I am employed by Citigroup Management Corp. (hereinafter "CMC"). The testimony in this affidavit is based upon my review of documents maintained in the ordinary course of business, and to the best of my knowledge, the facts contained herein are true and correct.
2. CMC provides various services, one of which is subpoena compliance, to Citibank, N.A. (hereinafter "Citibank").
3. The accounts in question are or were owned and issued by Citibank.
4. Citibank provides CMC employees access to its account records to perform various services.
5. I am a duly authorized custodian of the records for Citibank and have authority to certify the attached records.
6. The attached records are copies or duplicates of the available records requested in the Subpoena.
7. The attached records were prepared in the ordinary course of business at or near the time of the act, condition or event.
8. Documents attached are in the matter of **WELLINGTON SPORTS CLUB, LLC, ET AL** my reference number *LSI-03202018-4576992.*

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 9, 2018 at San Antonio, TX.

_Elizabeth Piña_

Elizabeth Piña, Legal Support Specialist
Citigroup Management Corp.

Subscribed and sworn to before me on April 9, 2018.

AMANDA V MONTEMAYOR
Commission # 125885194
My Commission Expires
October 1, 2019

My commission expires 10-1-19

_Amanda Montemayor_
Notary Public

Citi Consumer Subpoena Compliance Unit on Behalf of Citibank, N.A. 100 Citibank Drive, Bldg. 1, Flr. 2, San Antonio, TX 78245
Escalations Line 866-582-6249, Office (210) 357-8615, Fax (210) 468-0241, Email elizabeth.pina@citi.com





# <u>AFFIDAVIT</u>

**STATE OF TEXAS)**

                          )SS:

**COUNTY OF BEXAR)**

I, **Elizabeth Piña**, do hereby state and declare as follows:

1. I am employed by Citibank, N.A. (hereinafter "CBNA"). The testimony in this affidavit is based upon my review of documents maintained in the ordinary course of business, and to the best of my knowledge, the facts contained herein are true and correct.
2. CBNA provides various services, one of which is subpoena compliance, to Citibank, N.A. (hereinafter "Citibank").
3. The accounts in question are or were owned and issued by Citibank.
4. Citibank provides CBNA employees access to its account records to perform various services.
5. I am a duly authorized custodian of the records for Citibank and have authority to certify the attached records.
6. The attached records are copies or duplicates of the available records requested in the Subpoena.
7. The attached records were prepared in the ordinary course of business at or near the time of the act, condition or event.
8. Documents attached are in the matter of **WELLINGTON SPORTS CLUB LLC (LA-4881)** my reference number **LSI-12052018-153313.**

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 18, 2019 at San Antonio, TX.

Elizabeth Piña, Legal Support Specialist
Citibank, N.A.

Subscribed and sworn to before me on January 18, 2019.

LAURIE FREIRE
Notary ID #11536199
My Commission Expires
September 13, 2021

My commission expires 9/13/21

Notary Public

Citibank, N.A., Subpoena Compliance Unit. 100 Citibank Drive, Bldg. 1, Flr. 2, San Antonio, TX 78245
Escalations Line 866-582-6249, Office (210) 357-8615, Fax (210) 468-0241, Email elizabeth.pina@citi.com



# EXHIBIT 7

**JPMorgan Chase Bank Declarations**

# AFFIDAVIT

## Case No. : LA-4881

Patsy L Curtis , certifies and declares as follows:

1.  I am over the age of 18 years and not a party to this action.
2.  My business address is 14800 Frye Road, Fort Worth, Texas 76155.
3.  I am a  Doc Review Sr Specialist I  and Custodian of Records for JPMorgan Chase Bank, N.A. in the National Subpoena Processing Department located in Fort Worth, Texas.
4.  Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5.  Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6.  It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated: 3/30/18

By: _Patsy L Curtis_

Patsy L Curtis
Doc Review Sr Specialist I
National Subpoena Processing

Sworn to before me this 30th day of March, 20 19

_Lavonne Gray_
Notary Public

6 | 11 | 2020
Commission Expires

LAVONNE GRAY
Notary ID #129024517
My Commission Expires
June 11, 2020

SD_SwornDocumentExecution_000136860134
SB922865-F1

**1**

SEC-JPMCB-P-0000005

## **AFFIDAVIT**

### **Case No. : LA-4881**

Savannah A Sifuentes, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist II and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 1/2/2019

By: _Savannah A Sifuentes_
Savannah A Sifuentes
Doc Review Sr Specialist II
National Subpoena Processing

VANESSA J. COLLINS
Marion County
My Commission Expires
February 23, 2026

Sworn to before me this 2 day of January, 2019.

_Vanessa J. Collins_
Notary Public

2-23-2026

Commission Expires

SD_SwornDocumentExecution_000168780076
SB992178-F1

**2**

## AFFIDAVIT

### Case No. : LA-4881

Vickie Bench, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.

3. I am a Doc Review Sr Specialist I and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Fort Worth, Texas.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated: 4/18/19

By: Vickie Bench
Vickie Bench
Doc Review Sr Specialist I
National Subpoena Processing

Sworn to before me this 18 day of April , 20 19.

Notary Public

1/29/2023
Commission Expires

JENNIFER GIBSON
Notary ID #131872366
My Commission Expires
January 29, 2023

SD_SwornDocumentExecution_000181330033
SB1018402-F1

# EXHIBIT 8

## Citizens Bank Declarations

 **Citizens Bank**

One Citizens Drive
ROP 210
Riverside, RI 02915

August 23, 2018

ENF-CPU
U.S. Securities and Exchange Commission
100 F Street N.E.
Mailstop 5973
Washington, DC 20549

RE: Subpoena - SEC 1 of 2
RE: In the Matter of Wellington Sports Club, LLC (Thomas Becker)

Dear Sir/Madam:

Pursuant to the above-mentioned subpoena I, as Keeper of Records, have conducted a search of our records. I am enclosing the required documentation in compliance with the summons/subpoena.

| Account Number | Account Name | Details | Timeframe |
|---|---|---|---|
| ▉8294 | Thomas J Becker | Statements<br>Checks<br>Deposits/Offsets<br>Wires<br>No other items found | 12/2012-07/2018 |

Sworn to this **the 23rd day of August, 2018** under the penalties of perjury.

Regards,

Jackmin Quinones
Keeper of Records
888-799-0482
REF# 850032

# ✖ Citizens Bank

One Citizens Drive
ROP 210
Riverside, RI 02915

February 27, 2019

ENF-CPU
US Securities and Exchange Commission
100 F Street NE
Mailstop 5973
Washington, DC 20549

RE: Subpoena - SEC follow up 864610
RE: In the Matter of Wellington Sports Club LLC

Dear Sir/Madam:

Pursuant to the above-mentioned subpoena I, as Keeper of Records, have conducted a search of our records. I am enclosing the required documentation in compliance with the summons/subpoena.

| Account Number | Account Name | Details | Timeframe |
|---|---|---|---|
| ▮8294 | Thomas J Becker | Signature Card | 12/18/2009 |
| | | Statements | 06/2018-01/2019 |
| | | Check | |
| | | Deposit/Offset | |
| | | No other items | |

Sworn to this **the 27th day of February, 2019** under the penalties of perjury.

Regards,

Jackmin Quinones
Keeper of Records
888-799-0482
REF# 870739

**2**

# ✖ Citizens Bank™

One Citizens Drive
ROP 210
Riverside, RI 02915

March 26, 2019

ENF-CPU
U.S. Securities and Exchange Commission
100 F St., N.E.
Mailstop 5973
Washington, DC 20549

RE: Subpoena - SEC (LA-4881)
RE: In the Matter of Wellington Sports Club, LLC

Dear Sir/Madam:

Pursuant to the above-mentioned subpoena I, as Keeper of Records, have conducted a search of our records. I am enclosing the required documentation in compliance with the summons/subpoena.

| Account Number | Account Name | Details | Timeframe |
|---|---|---|---|
| 8294 | Thomas Becker | Statements No other items | 12/2018-03/2019 |

Sworn to this **the 26th day of March, 2019** under the penalties of perjury.

Regards,

Jackmin Quinones
Keeper of Records
888-799-0482
REF# 876561

3

## RECORDS CERTIFICATION AFFIDAVIT

State of Rhode Island

COUNTY OF: All counties for states listed above

I, Jackmin Quinones, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am employed by Citizens Bank (hereinafter referred to as the Company), located at One Citizens Drive, Riverside, RI 02915.

2. My position/title at the Company is: Keeper of Records
3. I have been designated by the Company to [coordinate the] search for, to produce and to authenticate the records which are being provided simultaneous with the Affidavit [and are marked as follows) (the "Records"). I have made a through search and the Records being provided are all that exist [, unless stated otherwise].

4. I hereby certify that these Records:

    a) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; kept in the ordinary course of the business of the Company;

    b) were kept in the course of regularly conducted activity; and

    c) were made by the regularly conducted activity as a regular practice.

**Date: March 26, 2019**

Name: Jackmin Quinones
Title: Keeper of Records
Case: 876561

On this **26, March 2019**, before me, the undersigned notary public, personally appeared Jackmin Quinones, Keeper of Records Citizens Bank, proved to me through satisfactory evidence of identification, which were
_____employment Identification_____, to be the person whose name is signed on the preceding or attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of (his)(her) knowledge and belief.

Signature (affix seal)
My commission expires _____

4

# Citizens Bank

One Citizens Drive
ROP 210
Riverside, RI 02915

July 23, 2019

ENF-CPU
U.S. Securities and Exchange Commission
100 F St., N.E.
Mailstop 5973
Washington, DC 20549-5973

RE: Subpoena - SEC LA-4881
RE: In the Matter of Wellington Sports Clubs, LLC

Dear Sir/Madam:

Pursuant to the above-mentioned subpoena I, as Subpoena Summons Clerk, have conducted a search of our records. I am enclosing the required documentation in compliance with the summons/subpoena.

| Account Number | Account Name | Details | Timeframe |
|---|---|---|---|
| 8294 | Thomas Becker | Signature Card | 12/18/2009 |
| | | Statements | 02/2019-07/2019 |
| | | Deposits/ Offsets | |
| | | No other items found | |

Sworn to this **the 23rd day of July, 2019** under the penalties of perjury.

Regards,

Jackmin Quinones
Keeper of Records
888-799-0482
REF# 893586

**5**

# EXHIBIT 9

## Meadows Bank Declaration

[FOR DOMESTIC U.S. RECORDS]

## DECLARATION OF MELINA CAMPBELL CERTIFYING RECORDS
## OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, Melina Campbell, pursuant to 28 U.S.C. § 1746, declare that:

1. I am employed by Meadows Bank as Central Operations Supervisor and by reason of my position am authorized and qualified to make this declaration. I am custodian of records, and I am familiar with the company's recordkeeping practices or systems, etc.

2. I further certify that the documents attached hereto ENF-CPU@SEC.GOV email address and dated 5/8/2018 – 5/9/2018 are true copies of records that were:

   (a) Made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;

   (b) Kept in the course of regularly conducted business activity; and

   (c) Made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 5/22/2018.

Melina Campbell

**1**

# EXHIBIT 10

**Nevada State Bank Declarations**

## CUSTODIAN OF RECORDS AFFIDAVIT

**Client Name:** Einstein Sports Advisory Ltd
**Case No.:** LA-4881

COMES NOW, **Kevin Mwangi**                , who does swear and affirm the following:

1. I am a duly authorized custodian of the records for **Nevada State Bank, a division of ZB, N.A.**        and as such have access to the records and data maintained by this division in the regular course of its business.

2. I hereby certify that it is a regular practice of the above-described entity to make and keep records of the acts, events, conditions, and opinions of such entity in the ordinary course of its business.

3. I hereby certify that the attached documents are true and correct duplicates of all of the records described in the subpoena/summons that are in my possession or control as a custodian of such records.

4. I further certify that the original records, from which the attached documents were copied, were made by the personnel of the above-described entity at or near the time of the original business transactions by, or from information transmitted by, a person with knowledge of those matters. Such documents are made in the ordinary course of business at said entity and are regularly kept in order to record the acts, events, conditions, or opinions of said business entity in the course of its regular business practice.

5. I hereby declare under penalty of perjury under the laws of the State of **NEVADA**        that the foregoing is true and correct.

DATED this __6th__ day of __APRIL_____, 2018.

Signature: _____

State of Utah

County of Salt Lake

SUBSCRIBED and sworn to before me this

__6th__ day of __APRIL_____, 2018.

_____
Notary Public

TEVIN CADDLE

Commission No. 694311

Notary Public

State of Utah

My Commission Expires: 03/10/2021

1

STATE OF UTAH              )
                          : ss.
COUNTY OF SALT LAKE       )

**AFFIDAVIT OF CUSTODIAN OF RECORD**

CASE NAME: In the Matter of Wellington Sports Club, LLC

CASE NO: LA-4881

COMES NOW, **Kevin Mwangi**, who does swear and affirm the following:

I am a duly authorized custodian of the records for Zions Bancorporation, N.A. dba **Nevada State Bank** and as such have access to the records and data maintained by this division in the regular course of its business.

I hereby certify that it is a regular practice of the above-described entity to make and keep records of the acts, events, conditions, and opinions of such entity in the ordinary course of its business.

I hereby certify that the attached documents are true and correct copies of all records described in the legal order that are in my possession or control as a custodian of such records.

I further certify that the original records, from which the attached documents were copied, were made by the personnel of the above-described entity at or near the time of the original business transactions by, or from information transmitted by, a person with knowledge of those matters. Such documents are made in the ordinary course of business at said entity and are regularly kept in order to record the acts, events, conditions, or opinions of said business entity in the course of its regular business practice.

I hereby declare under penalty of perjury under the laws of the State of **Nevada** that the foregoing is true and correct.

*Kevin Mwangi*

AFFIANT

SUBSCRIBED AND SWORN to before me on August 13, 2019 by Kevin Mwangi

Notary Public

TEVIN CADDLE

Commission No. 694311

Notary Public

State of Utah

My Commission Expires: 03/10/2021

2

# EXHIBIT 11

**US Bank Declaration**

# AFFIDAVIT OF CUSTODIAN OF RECORDS

STATE OF MINNESOTA )
                        ) ss.
COUNTY OF HENNEPIN )

         I, _Carla Walsh_, being duly sworn, depose and state as follows:

         1.       I am the Legal Records Coordinator of U.S. Bank National Association, a corporation duly organized and existing under the laws of the United States, with offices at 800 Nicollet Mall, Minneapolis, Minnesota 55402, and as such have been designated as the Custodian of Records for the purpose of responding to the Subpoena Duces Tecum.

         2.       The documents delivered with this Affidavit in response to the Subpoena represent true and correct copies of documents which are in our files. These records were prepared in the ordinary course of business at or near the time of the act, condition or event.

         3.       The documents delivered together with this Affidavit represent a complete response to the Subpoena as of this date. A full and complete search has been performed to locate all documents which fall within the purview of the Subpoena, and I am not aware of the existence of any further documents which would fall within the boundaries of the Subpoena.

         DATED this _9_ day of _April_, 2018.

                                                         Custodian of Records

         Subscribed and sworn to before me this _9_ day of _April_, 2018.

                                               Notary Public

My Commission Expires:

_1/31/2023_

JODI K. MILLER
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2023

1

SEC-USBANK-P-0000003

# EXHIBIT 12

**Wells Fargo Declarations**



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

# BUSINESS RECORDS DECLARATION

I, Evonne Sepeda, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 19362678

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---:|---:|
| Checks Only | XXXXXX6502 | 234 | 234 |
| Statements | XXXXXX6502 | 66 | 66 |
| Statements | XXXXXX6502 | 6 | 6 |
| Checks Only | XXXXXX6666 | 66 | 66 |
| Customer Profile | XXXXXX6666 | 0 | 0 |
| THOMAS J BECKER, signatory date 01/03/2017. | | | |
| Statements | XXXXXX6666 | 24 | 24 |
| Debits to Close | XXXXXX6666 | 0 | 0 |
| Unable to locate Debits to Close for the time frame requested | | | |
| Deposits with offsets | XXXXXX6502 | 24 | 24 |
| Deposits with offsets | XXXXXX6666 | 6 | 6 |
| Customer Profile | XXXXXX6502 | 0 | 0 |
| THOMAS J BECKER  signatory date 04/17/2017 for account number 7272716502. | | | |

**Total Copies Delivered:** **426**

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of California that the foregoing is true and correct according to my knowledge and belief.   Executed on this 19th day of February, 2018, in the City of Chandler, State of ARIZONA.

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

# BUSINESS RECORDS DECLARATION

I, Shonnel Smith, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 19635593

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---:|---:|
| Deposits with offsets | XXXXXX0118 | 0 | 0 |
| All transactions requested are electronic and no images are available. | | | |
| Statements | XXXXXX2628 | 17 | 17 |
| Wire Request | XXXXXX2628 | 0 | 0 |
| Unable to locate any wires for account 2568992628 within the time frame requested. | | | |
| Certified Checks | XXXXXX3824 | 0 | 0 |
| Unable to locate any certified checks for account 8534713824 within the time frame requested. | | | |
| Wire Request | XXXXXX0118 | 0 | 0 |
| Unable to locate any wires for account 6568590118 within the time frame requested. | | | |
| Debits to Close | XXXXXX2628 | 1 | 1 |
| Account closed by Loss Prevention 10/09/2014 $177.06. | | | |
| Deposits with offsets | XXXXXX2628 | 106 | 106 |
| Debits to Close | XXXXXX7399 | 1 | 1 |
| Wire Request | XXXXXX7399 | 1 | 1 |
| Statements | XXXXXX3824 | 49 | 49 |
| Certified Checks | XXXXXX7399 | 7 | 7 |
| Account Opening | XXXXXX7399 | 0 | 0 |

Case No: 19635593; Agency Case No: LA4881

Case 19-18056-abl Doc 83-5 Entered 05/19/20 12:49:57 Page 48 of 60
Case 19-18056-abl Doc 83-5 Entered 05/19/20 12:49:57 Page 48 of 60
Document 7-1 Filed 09/05/19 Page 48 of 60

Account 3651 87399 opened 5/16/12.

| Description | Account | | |
|---|---|---|---|
| Signature Cards | XXXXXX0118 | 0 | 0 |
| This account is combined on Application with account ending in 2628. | | | |
| Checks Only | XXXXXX2628 | 0 | 0 |
| No records found with the information provided | | | |
| Debits to Close | XXXXXX0118 | 1 | 1 |
| Checks Only | XXXXXX7399 | 3 | 3 |
| Wire Request | XXXXXX3824 | 0 | 0 |
| Unable to locate any wires for account 8534713824 within the time frame requested. | | | |
| Deposits with offsets | XXXXXX3824 | 0 | 0 |
| All transactions requested are electronic, no images are available. | | | |
| Debits to Close | XXXXXX3824 | 0 | 0 |
| Unable to locate closing transaction. Account closed with $0.00 balance. | | | |
| Statements | XXXXXX7399 | 89 | 89 |
| Account Opening | XXXXXX3824 | 0 | 0 |
| Account 8534713824 opened 05/16/2012. | | | |
| Account Opening | XXXXXX0118 | 0 | 0 |
| Account 6568590118 opened on 08/04/2014. | | | |
| Signature Cards | XXXXXX2628 | 5 | 5 |
| Signature Cards | XXXXXX3824 | 0 | 0 |
| This account is combined on Application with account ending in 7399. | | | |
| Account Opening | XXXXXX2628 | 0 | 0 |
| Account 2568992628 opened on 08/04/2014. | | | |
| Statements | XXXXXX0118 | 12 | 12 |
| Certified Checks | XXXXXX2628 | 0 | 0 |
| Unable to locate Certified Checks for the time frame requested. | | | |
| Checks Only | XXXXXX3824 | 0 | 0 |
| No records found with the information provided | | | |
| Signature Cards | XXXXXX7399 | 3 | 3 |
| Checks Only | XXXXXX0118 | 0 | 0 |
| No records found with the information provided | | | |
| Certified Checks | XXXXXX0118 | 0 | 0 |
| Unable to locate Certified Checks for the time frame requested. | | | |

Case 19-18056-abl Doc 83-5 Entered 05/19/20 12:49:57 Page 42 of 60
Case 2:19-cv-01519-XXXXXX-7599 Document 7-19 Filed 09/03/19 Page 49 of 60

**Total Copies Delivered:** 323

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of California that the foregoing is true and correct according to my knowledge and belief.   Executed on this 12th day of April, 2018, in the City of Chandler, State of ARIZONA.

_____

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 19635593; Agency Case No: LA4881



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

# BUSINESS RECORDS DECLARATION

I, Jose Rivera, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

    A)   Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

    B)   It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

    C)   The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 19643903

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---:|---:|
| Wire Request | XXXXXX0118 | 0 | 0 |
| Unable to locate wires for the time frame requested. | | | |
| Wire Request | XXXXXX2628 | 0 | 0 |
| Unable to locate wires for the time frame requested. | | | |
| Statements | XXXXXX2628 | 17 | 17 |
| Signature Cards | XXXXXX6502 | 5 | 5 |
| Checks Only | XXXXXX0118 | 0 | 0 |
| No records found with the information provided | | | |
| Signature Cards | XXXXXX2628 | 5 | 5 |
| Certified Checks | XXXXXX6502 | 2 | 2 |
| Deposits with offsets | XXXXXX6666 | 6 | 6 |
| Signature Cards | XXXXXX0118 | 0 | 0 |
| Signature card combined with account 2628. | | | |
| Wire Request | XXXXXX6666 | 22 | 22 |
| Certified Checks | XXXXXX2628 | 0 | 0 |
| Unable to locate any certified checks for account 2568992628 within time frame requested. | | | |
| Statements | XXXXXX6502 | 82 | 82 |
| Checks Only | XXXXXX6666 | 42 | 42 |
| Deposits with offsets | XXXXXX2628 | 106 | 106 |
| Deposits with offsets | XXXXXX6502 | 30 | 30 |

Case No: 19643903; Agency Case No: LA4881

| Certified Checks | XXXXXX6666 | | 3 |
|---|---|---|---|
| Checks Only | XXXXXX6502 | 281 | 281 |
| Statements | XXXXXX0118 | 12 | 12 |
| Certified Checks | XXXXXX0118 | 0 | 0 |
| Unable to locate Certified Checks for the time frame requested. | | | |
| Signature Cards | XXXXXX6666 | 4 | 4 |
| Deposits with offsets | XXXXXX0118 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Checks Only | XXXXXX2628 | 0 | 0 |
| No records found with the information provided | | | |
| Statements | XXXXXX6666 | 24 | 24 |
| | | **Total Copies Delivered:** | **641** |

Additional comments: Note to Client: Unable to locate the following provided entities – Wellington Sports Club LLC; No More Bad Hires, Inc.; QSA LLC; Vegas Basketball Club LLC; Sports Psychometrics LLC; Boston Biometrics International Inc.; Boston Biometrics LLC and EFS Enterprises LLC with the information provided.

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of California that the foregoing is true and correct according to my knowledge and belief. Executed on this 25th day of April, 2018, in the City of Chandler, State of ARIZONA.

_____

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 19643903; Agency Case No: LA4881



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

## BUSINESS RECORDS DECLARATION

I, Darlene Sherwood, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 19643903

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Wire Request | XXXXXX6502 | 36 | 36 |
| | | **Total Copies Delivered:** | **36** |

Additional comments: Note to Client: Unable to locate the following provided entities – Wellington Sports Club LLC; No More Bad Hires, Inc.; QSA LLC; Vegas Basketball Club LLC; Sports Psychometrics LLC; Boston Biometrics International Inc.; Boston Biometrics LLC and EFS Enterprises LLC with the information provided.

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of California that the foregoing is true and correct according to my knowledge and belief. Executed on this 7th day of May, 2018, in the City of Chandler, State of ARIZONA.

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 19643903; Agency Case No: LA4881



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

# BUSINESS RECORDS DECLARATION

I, Christina Reside, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 20963416

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---:|---:|
| Statements | XXXXXX6502 | 69 | 69 |
| Note to Client | | 0 | 0 |
| Unable to locate accounts for Wellington Sports Club LLC; No More Bad Hires Inc.; Quantum Sports Advisory LLC; QSA LLC; Vegas Football Club LLC; Vegas Basketball Club LLC; Sports Psychometrics LLC; Boston Biometrics International Inc.; Boston Biometrics LLC; Sports Biometrics LLC; and EFS Enterprises LLC, without identifying information provided. | | | |
| Wire Request | XXXXXX6502 | 27 | 27 |
| Deposits with offsets | XXXXXX6502 | 8 | 8 |
| Free Form | XXXXXX6502 | 2 | 2 |
| Signature Cards | XXXXXX6502 | 5 | 5 |
| Checks/Debits | XXXXXX6502 | 498 | 498 |
| | | **Total Copies Delivered:** | **609** |

**Additional comments:**

The bank's standard record retention period is seven years.

Case No: 20963416; Agency Case No: LA4881

I declare under penalty of perjury under the law(s) of the state of California that the foregoing is true and correct according to my knowledge and belief.   Executed on this 21st day of December, 2018, in the City of Tempe, State of ARIZONA.


_Christina Reside_
_____
Subpoena Processing Representative


Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

# BUSINESS RECORDS DECLARATION

I, Andrea Franks, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A)   Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)   It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C)   The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 20963489

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---:|---:|
| Free Form | XXXXXX6482 | 0 | 0 |
| Unable to locate cashiers check for the time frame 03/01/2018 to 12/05/2018. | | | |
| Wire Request | XXXXXX2620 | 2 | 2 |
| Deposits with offsets | XXXXXX6482 | 4 | 4 |
| Free Form | XXXXXX6502 | 0 | 0 |
| Unable to  locate withdrawals for time frame 03/01/2018 to 12/05/2018 that were deposited into another account and including deposit slips. | | | |
| Signature Cards | XXXXXX6482 | 5 | 5 |
| Statements | XXXXXX2620 | 59 | 59 |
| Checks/Debits | XXXXXX2620 | 6 | 6 |
| Statements | XXXXXX6502 | 58 | 58 |
| Free Form | XXXXXX6502 | 0 | 0 |
| Unable to locate Cashier Checks for the time frame requested. | | | |
| Signature Cards | XXXXXX2620 | 2 | 2 |
| XCC Statements | XXXXXXXXXXXX2467 | 4 | 4 |
| Statements | XXXXXX6482 | 8 | 8 |
| Free Form | XXXXXX6482 | 0 | 0 |
| Unable to locate any withdrawals for time frame 3/1/18-12/5/18 that were deposited into another account and include the deposit slip. | | | |
| Free Form | XXXXXX2620 | 82 | 82 |

Case No: 20963489; Agency Case No: LA4881

| | | | |
|---|---|---|---|
| Signature Cards | XXXXXX6502 | | 5 |
| Checks/Debits | XXXXXX6482 | 45 | 45 |
| Deposits with offsets | XXXXXX6502 | 4 | 4 |
| Wire Request | XXXXXX6482 | 4 | 4 |
| XCC Applications | XXXXXXXXXXX2467 | 0 | 0 |
| XCC Application included with Signature Cards for account ending - 6482. | | | |
| Free Form | XXXXXX2620 | 0 | 0 |
| Unable to locate withdrawals that were deposited into another account, account 1230142620 for the time frame requested. | | | |
| Wire Request | XXXXXX6502 | 25 | 25 |
| Checks/Debits | XXXXXX6502 | 455 | 455 |
| Deposits with offsets | XXXXXX2620 | 4 | 4 |
| | | **Total Copies Delivered:** | **772** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of California that the foregoing is true and correct according to my knowledge and belief.   Executed on this 24th day of December, 2018, in the City of Tempe, State of ARIZONA.

_[signature]_
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

# BUSINESS RECORDS DECLARATION

I, Maira Aguirre, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

   A)   Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

   B)   It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

   C)   The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 21444845

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Free Form | XXXXXX6482 | 0 | 0 |
| Unable to locate cashier's checks for the time frame 12/01/2018- 03/15/2019 | | | |
| Checks/Debits | XXXXXX6502 | 75 | 75 |
| Free Form | XXXXXX6502 | 0 | 0 |
| Unable to locate any withdrawals deposited into any other account for the time frame requested. | | | |
| Statements | XXXXXX6502 | 13 | 13 |
| Wire Request | XXXXXX6502 | 12 | 12 |
| Signature Cards | XXXXXX6502 | 5 | 5 |
| Signature Cards | XXXXXX6482 | 5 | 5 |
| Statements | XXXXXX2620 | 16 | 16 |
| Statements | XXXXXX6482 | 9 | 9 |
| Free Form | XXXXXX6482 | 0 | 0 |
| Unable to locate withdrawals for time frame12/01/2018- 03/15/2019 that were deposited into another account and including deposit slips. | | | |
| XCC Applications | XXXXXXXXXXXX2467 | 5 | 5 |
| Checks/Debits | XXXXXX2620 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX6502 | 2 | 2 |
| Deposits with offsets | XXXXXX2620 | 0 | 0 |

Case No: 21444845; Agency Case No: LA4881

| | | | |
|---|---|---|---|
| All transactions requested are electronic and no images are available | | | |
| XCC Statements | XXXXXXXXXXXX2467 | 8 | 8 |
| Signature Cards | XXXXX2620 | 2 | 2 |
| Deposits with offsets | XXXXXX6482 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Request | XXXXXX6482 | 4 | 4 |
| Wire Request | XXXXXX2620 | 0 | 0 |
| Unable to locate wires for account 1230142620 and dates requested. | | | |
| Free Form | XXXXXX2620 | 0 | 0 |
| Unable to locate Cahiers checks for the time frame requested. | | | |
| Free Form | XXXXXX6502 | 0 | 0 |
| Unable to locate any cashier checks for the time frame requested. | | | |
| Checks/Debits | XXXXXX6482 | 57 | 57 |
| Free Form | XXXXXX2620 | 0 | 0 |
| Unable to locate withdrawals for time frame 12/1/18-03/15/19 that were deposited into another account and include the deposit slip for the time frame requested. | | | |

| | | |
|---|---|---|
| **Total Copies Delivered:** | | **213** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of California that the foregoing is true and correct according to my knowledge and belief. Executed on this 30th day of March, 2019, in the City of Tempe, State of ARIZONA.

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

# BUSINESS RECORDS DECLARATION

I, Maira Aguirre, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

    A)   Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

    B)   It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

    C)   The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 21445108

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---:|---:|
| Checks/Debits | XXXXXX6482 | 57 | 57 |
| Free Form | XXXXXX6502 | 0 | 0 |
| Unable to locate Official Checks for the time frame requested of 12/01/18 - 03/14/19. | | | |
| Free Form | XXXXXX6482 | 0 | 0 |
| Unable to locate any cashier checks for account 5109786482 within time frame requested. | | | |
| Checks/Debits | XXXXXX6502 | 75 | 75 |
| Free Form | XXXXXX6482 | 0 | 0 |
| Unable to locate any Withdrawals that were deposited into another account for account 5109786482 within time frame requested. | | | |
| XCC Statements | XXXXXXXXXXXX2467 | 8 | 8 |
| Free Form | XXXXXX6502 | 0 | 0 |
| Unable to locate Withdrawals that were deposited into another account for time frame 12/01/18 - 03/14/19. | | | |
| Debits to Close | XXXXXX6502 | 0 | 0 |
| account closed by loss prevention 1/31/19 $0.41. | | | |
| Wire Request | XXXXXX6482 | 4 | 4 |
| Signature Cards | XXXXXX6482 | 5 | 5 |
| Debits to Close | XXXXXX6482 | 0 | 0 |

Case No: 21445108; Agency Case No: LA4881

Unable to locate the closing transaction to account number 5109786482. Account closed 01/30/2019 with $0.00 balance.

| | | | |
|---|---|---|---|
| Signature Cards | XXXXXX6502 | 5 | 5 |
| Deposits with offsets | XXXXXX6502 | 2 | 2 |
| Deposits with offsets | XXXXXX6482 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX6482 | 9 | 9 |
| Wire Request | XXXXXX6502 | 12 | 12 |
| Statements | XXXXXX6502 | 13 | 13 |
| XCC Applications | XXXXXXXXXXXX2467 | 5 | 5 |
| | **Total Copies Delivered:** | | **195** |

Additional comments: Unable to locate records with the information provided for the following entities: Wellington Sports Club LLC, No More Bad Hires Inc, Quantum Sports Advisory LLC, Vegas Football Club LLC, Vegas Basketball Club LLC, Sports Psychometrics LLC, Boston Biometrics International Inc, Boston Biometrics LLC, Sports Biometrics LLC and EFS Enterprises LLC.

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of California that the foregoing is true and correct according to my knowledge and belief. Executed on this 4th day of April, 2019, in the City of Tempe, State of ARIZONA.

_Subpoena Processing Representative_

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.