# EXHIBIT 13

## APFCU Signature Cards



**Aloha Pacific** 832 South Hotel Street
FEDERAL CREDIT UNION Honolulu, Hawaii 96813

## LOANLINER.

### ACCOUNT CARD

| MEMBER APPLICATION AND OWNERSHIP INFORMATION | |
|---|---|
| Member/Owner: JOHN F THOMAS III | **Member No:** ▉259 |
| Street: | SSN/TIN: ▉-5205 |
| City/State/Zip: HENDERSON, NV | Driver's Lic. No: ▉6278 NV DL |
| Home Phone: (702) 408-6451  ☐ Listed  ☐ Unlisted | Date of Birth: ▉1945 |
| Work Phone: | Password: |
| E-mail: | Membership Eligibility: 9th Island Cultural Club of Las Vega |
| Employer: PRE-EMPLOYMENT CONSULTANT | |

### ACCOUNT OWNERSHIP

Designate the ownership of the accounts and responsibility for the services requested.

☒ Individual  ☐ Joint Account with Rights of Survivorship  ☐ Joint Account without Rights of Survivorship

| Joint Owner: | SSN/TIN: |
|---|---|
| Street: | Driver's Lic. No: |
| City/State/Zip: | Date of Birth: |
| Home Phone:  ☐ Listed  ☐ Unlisted | Password: |
| Work Phone: | E-mail: |
| Joint Owner: | SSN/TIN: |
| Street: | Driver's Lic. No: |
| City/State/Zip: | Date of Birth: |
| Home Phone:  ☐ Listed  ☐ Unlisted | Password: |
| Work Phone: | E-mail: |
| Joint Owner: | SSN/TIN: |
| Street: | Driver's Lic. No: |
| City/State/Zip: | Date of Birth: |
| Home Phone:  ☐ Listed  ☐ Unlisted | Password: |
| Work Phone: | E-mail: |

### ACCOUNT DESIGNATIONS

☐ **Payable on Death (POD)/Trust Account**  ☐ All Accounts  ☐ Designate Specific Accounts _____

Beneficiary/POD Payee:                    Beneficiary/POD Payee:
Street:                                   Street:
City/State/Zip:                           City/State/Zip:

☐ **UTMA/UGMA (as custodian for**                    (minor) under the Uniform Transfers/Gifts to
Minors Act)
Minor's SSN/TIN:

☐ **Agency**      Print Name of Agent: _____

Signature _____     Date: _____

☐ All Accounts  ☐ Designate Specific Accounts _____

☐ **Other:**                                        ☐ See Account Authorization Card

### ACCOUNT TYPE

All of the terms, conditions, form of account ownership, account selection and other information indicated on this Card apply to all of the accounts listed unless the Credit Union is notified in writing of a change.

Suffix                                    Suffix

☒ Share/Savings:          1 _____    ☐ Money Market: _____

☒ Share Draft/Checking:   30 _____    ☐ HSA:          _____

☐ Share Certificate/Certificate: _____    ☐ Other:        _____

The account number for each of the accounts listed consists of the suffix added to the end of the Member Number listed in the "MEMBER APPLICATION AND OWNERSHIP INFORMATION" section. If this Card applies to more than one account of the same type, more than one suffix will be listed for that account type.

© CUNA MUTUAL GROUP 1993, 96, 99, 2001, 03, 04, 07, 09, 11, 14 ALL RIGHTS RESERVED

D11005-e
APFCU000101

**1**

| ACCOUNT SERVICES | |
|---|---|
| ☐ Payroll Deduction/Direct Deposit: | |
| ☐ Audio Response: | |
| ☒ Overdraft Protection (Indicate transfer priority.): 0001 | |
| ☐ ATM Card: | ☒ Debit Card: Debit Card |
| ☐ PC Access/Internet Banking: | |
| ☒ Other: e-Statements | |

| TIN CERTIFICATION AND BACKUP WITHHOLDING INFORMATION |
|---|

*Under penalties of perjury, I certify that:*

*(1) The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued), and*
*(2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and*
*(3) I am a U.S. citizen or other U.S. person. For federal tax purposes, you are considered a U.S. person if you are: an individual who is a U.S. citizen or U.S. resident alien; a partnership, corporation, company, or association created or organized in the United States or under the laws of the United States; an estate (other than a foreign estate); or a domestic trust (as defined in Regulations section 301.7701-7).*
*(4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.*

**Certification Instructions.** Cross out item **2** above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. Complete a W-8 BEN if you are not a U.S. person. If a W-8 BEN is completed, your signature does not serve to certify this section.

| Exempt payee code (if any) _____ | Exemption from FATCA reporting code (if any) _____ |
|---|---|

| AUTHORIZATION |
|---|

By signing below, I/we agree to the terms and conditions of the Membership and Account Agreement, Truth-in-Savings Disclosure, Funds Availability Policy Disclosure, if applicable, and to any amendment the Credit Union makes from time to time which are incorporated herein. I/We acknowledge receipt of a copy of the agreements and disclosures applicable to the accounts and services requested herein. If an access card or EFT service is requested and provided, I/we agree to the terms of and acknowledge receipt of the Electronic Fund Transfers Agreement and Disclosure. *The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| X | | | X | |
|---|---|---|---|---|
| Signature | 02/07/2018 | Date | Signature | Date |

| X | | X | |
|---|---|---|---|
| Signature | Date | Signature | Date |

| FOR CREDIT UNION USE ONLY | ☐ See Account Change Card | ☐ See Insurance Beneficiary Card |
|---|---|---|
| Date of Membership: 2/7/2018 | Opened/App'd by: Desmond Toyama | Member Verification: NV DL |
| ☐ Credit Report | ☒ Check Verify | ☐ PIN Request |
| ☐ Access Card | ☐ Audio Response | ☐ PC Access/Internet Banking |

D11005-e
APFCU000102



**Aloha Pacific** 832 South Hotel Street
FEDERAL CREDIT UNION   Honolulu, Hawaii 96813

**LOANLINER.**

# ACCOUNT CARD

| MEMBER APPLICATION AND OWNERSHIP INFORMATION | | Member No: 5259 |
|---|---|---|
| Member/Owner: JOHN F THOMAS III | | |
| Street: | SSN/TIN: | 5205 |
| City/State/Zip: HENDERSON, NV | Driver's Lic. No: | 5278 NV DL |
| Home Phone: (702) 408-6451 ☐ Listed ☐ Unlisted | Date of Birth: | 1945 |
| Work Phone: | Password: | |
| E-mail: | Membership Eligibility: 9th Island Cultural Club of Las Vega | |
| Employer: PRE-EMPLOYMENT CONSULTANT *Owner/Consultant* | | |

## ACCOUNT OWNERSHIP

Designate the ownership of the accounts and responsibility for the services requested.

☒ Individual  ☐ Joint Account with Rights of Survivorship  ☐ Joint Account without Rights of Survivorship

| Joint Owner: | SSN/TIN: |
|---|---|
| Street: | Driver's Lic. No: |
| City/State/Zip: | Date of Birth: |
| Home Phone: ☐ Listed ☐ Unlisted | Password: |
| Work Phone: | E-mail: |
| Joint Owner: | SSN/TIN: |
| Street: | Driver's Lic. No: |
| City/State/Zip: | Date of Birth: |
| Home Phone: ☐ Listed ☐ Unlisted | Password: |
| Work Phone: | E-mail: |
| Joint Owner: | SSN/TIN: |
| Street: | Driver's Lic. No: |
| City/State/Zip: | Date of Birth: |
| Home Phone: ☐ Listed ☐ Unlisted | Password: |
| Work Phone: | E-mail: |

## ACCOUNT DESIGNATIONS

☐ Payable on Death (POD)/Trust Account  ☐ All Accounts  ☐ Designate Specific Accounts _____

| Beneficiary/POD Payee: | Beneficiary/POD Payee: |
|---|---|
| Street: | Street: |
| City/State/Zip: | City/State/Zip: |

☐ UTMA/UGMA (as custodian for _____ (minor) under the Uniform Transfers/Gifts to Minors Act)

Minor's SSN/TIN:

☐ Agency  Print Name of Agent: _____

Signature _____  Date: _____

☐ All Accounts  ☐ Designate Specific Accounts _____

☐ Other: _____  ☐ See Account Authorization Card

## ACCOUNT TYPE

All of the terms, conditions, form of account ownership, account selection and other information indicated on this Card apply to all of the accounts listed unless the Credit Union is notified in writing of a change.

| | Suffix | | | Suffix |
|---|---|---|---|---|
| ☒ Share/Savings: | 1 | ☐ Money Market: | | _____ |
| ☒ Share Draft/Checking: | 30 | ☐ HSA: | | _____ |
| ☐ Share Certificate/Certificate: | _____ | ☐ Other: | | _____ |

The account number for each of the accounts listed consists of the suffix added to the end of the Member Number listed in the "MEMBER APPLICATION AND OWNERSHIP INFORMATION" section. If this Card applies to more than one account of the same type, more than one suffix will be listed for that account type.

© CUNA MUTUAL GROUP 1993, 96, 99, 2001, 03, 04, 07, 09, 11, 14 ALL RIGHTS RESERVED

D11005-e

APFCU000103

| ACCOUNT SERVICES | | |
|---|---|---|
| ☐ Payroll Deduction/Direct Deposit: | | |
| ☐ Audio Response: | | |
| ☒ Overdraft Protection (Indicate transfer priority.): | 0001 | |
| ☐ ATM Card: | ☒ Debit Card: Debit Card | |
| ☐ PC Access/Internet Banking: | | |
| ☒ Other: e-Statements | | |

TIN CERTIFICATION AND BACKUP WITHHOLDING INFORMATION

*Under penalties of perjury, I certify that:*

(1) The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued), and
(2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
(3) I am a U.S. citizen or other U.S. person. For federal tax purposes, you are considered a U.S. person if you are: an individual who is a U.S. citizen or U.S. resident alien; a partnership, corporation, company, or association created or organized in the United States or under the laws of the United States; an estate (other than a foreign estate); or a domestic trust (as defined in Regulations section 301.7701-7).
(4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions. Cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. Complete a W-8 BEN if you are not a U.S. person. If a W-8 BEN is completed, your signature does not serve to certify this section.

| Exempt payee code (if any) _____ | Exemption from FATCA reporting code (if any) _____ |
|---|---|

AUTHORIZATION

By signing below, I/we agree to the terms and conditions of the Membership and Account Agreement, Truth-in-Savings Disclosure, Funds Availability Policy Disclosure, if applicable, and to any amendment the Credit Union makes from time to time which are incorporated herein. I/We acknowledge receipt of a copy of the agreements and disclosures applicable to the accounts and services requested herein. If an access card or EFT service is requested and provided, I/we agree to the terms of and acknowledge receipt of the Electronic Fund Transfers Agreement and Disclosure. *The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| X | | X | |
|---|---|---|---|
| Signature | 02/07/2018 Date | Signature | Date |

| X | | X | |
|---|---|---|---|
| Signature | Date | Signature | Date |

| FOR CREDIT UNION USE ONLY | ☐ See Account Change Card | ☐ See Insurance Beneficiary Card | |
|---|---|---|---|
| Date of Membership: 2/7/2018 | Opened/App'd by: Desmond Toyama | Member Verification: NV DL | |
| ☐ Credit Report | ☒ Check Verify | ☐ PIN Request | |
| ☐ Access Card | ☐ Audio Response | ☐ PC Access/Internet Banking | |

D11005-e

APFCU000104

**4**

# EXHIBIT 14

**American First Bank Signature Card**

American First National Bank, Las Vegas Branch
6822 W. Sahara Ave.
Las Vegas, NV 89146

| ACCOUNT NUMBER | PORTFOLIO NUMBER |
|---|---|
| 1504 | OFFICER: Lucheng Maillou |

**ACCOUNT OWNER(S) NAME & ADDRESS**
VEGAS BASKETBALL CLUB LLC

1810 E SAHARA AVE
LAS VEGAS, NV 89104

**OWNERSHIP OF ACCOUNT - CONSUMER PURPOSE**
☐ INDIVIDUAL ☐ _____
☐ JOINT - WITH SURVIVORSHIP (and not as tenants in common or community property)
☐ JOINT - NO SURVIVORSHIP (as tenants in common)
☐ COMMUNITY PROPERTY ACCOUNT - NO SURVIVORSHIP
☐ TRUST - SEPARATE AGREEMENT:
☐ REVOCABLE TRUST OR ☐ PAY-ON-DEATH
DESIGNATION AS DEFINED IN THIS AGREEMENT
Name and Address of Beneficiaries:

**TYPE OF ACCOUNT**
☒ NEW   ☐ EXISTING
☐ CHECKING   ☐ SAVINGS
☐ MONEY MARKET   ☐ CERTIFICATE OF DEPOSIT
☐ NOW   ☐
This is your (check one): COMMERCIAL CHECKING
☐ Permanent   ☐ Temporary   account agreement.

Number of signatures required for withdrawal __1__
FACSIMILE SIGNATURE(S) ALLOWED? ☐ YES ☒ NO

[ X ]

SIGNATURE(S) - The undersigned certifies the accuracy of the information he/she has provided and acknowledges receipt of a completed copy of this form. The undersigned authorizes the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge the receipt of a copy and agree to the terms of the following agreement(s) and/or disclosure(s):

☒ Terms & Conditions ☐ Truth in Savings ☒ Funds Availability
☐ Electronic Fund Transfers ☐ Privacy ☐ Substitute Checks
☒ Common Features ☐ _____

**OWNERSHIP OF ACCOUNT - BUSINESS PURPOSE**
☐ SOLE PROPRIETORSHIP
☐ CORPORATION:   ☐ FOR PROFIT   ☐ NOT FOR PROFIT
☐ PARTNERSHIP
☒ Limited Liability Corporation
BUSINESS: HIGH SCHOOL BASKETBALL Scholarship - Prescreen
COUNTY & STATE
OF ORGANIZATION: LARAMIE Wyoming
AUTHORIZATION DATED: ____01/09/2015____

DATE OPENED ____02/11/2016____ BY Jane shiah
INITIAL DEPOSIT $ 13,635.13
☐ CASH   ☒ CHECK   ☐ _____
HOME TELEPHONE # _____
BUSINESS PHONE # _____
DRIVER'S LICENSE # _____
E-MAIL JTHOMAS@VEGASBASKETBALLCLUB.COM Primary
EMPLOYER _____
MOTHER'S MAIDEN NAME _____
Name and address of someone who will always know your location: ____

(1): [ X ]
JOHN FRANK THOMAS III
I.D. # 5205   D.O.B. 1945

(2): [ X ]
I.D. # _____   D.O.B. _____

(3): [ X ]
I.D. # _____   D.O.B. _____

(4): [ X ]
I.D. # _____   D.O.B. _____

☐ Authorized

**BACKUP WITHHOLDING CERTIFICATIONS**
TIN: 3904
☒ TAXPAYER I.D. NUMBER - The Taxpayer Identification Number shown above (TIN) is my correct taxpayer identification number.
☒ BACKUP WITHHOLDING - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.
☐ EXEMPT RECIPIENTS - I am an exempt recipient under the Internal Revenue Service Regulations.
SIGNATURE: I certify under penalties of perjury the statements checked in this section and that I am a U.S. citizen or other U.S. person (as defined in the instructions).

X _____   2-10-16
JOHN FRANK THOMAS III   (Date)

[ X ] NEW ACCOUNT
entered by SL 2/18/16 reviewed
I.D.# _____   D.O.B. _____

# EXHIBIT 15

**Bank of the West Signature Card**

# BANK OF THE WEST    LIMITED LIABILITY COMPANY SIGNATURE CARD

Card Printed Date: _12/29/2015_    Account Number: ████ 9 2 2 8

| Account Name and Mailing Address | Account Information |
|---|---|

**Account Name and Mailing Address**

WELLINGTON SPORTS CLUB LLC
440 E WELPMAN WAY
HENDERSON, NV 89044

**Account Information**

| 12/29/2015 | 00261 - Sahara |
|---|---|
| Date Opened | Cost Center |

| _signature_ | _signature_ |
|---|---|
| Opened/Updated By | Approved By |

| 12/30/15 | _signature_ |
|---|---|
| Drive By Date(s) | Performed By |

| DDA | ████ 3642 | (702)767-7502 |
|---|---|---|
| Account Type | TIN | Phone |

**Ownership**   LIMITED LIABILITY COMPANY - LIMITED LIABILITY COMPANY

| Authorized Signer | Authorized Signer |
|---|---|
| _signature_ | |
| Signature | Signature |
| JOHN FRANK THOMAS III | |
| Printed Name | Printed Name |
| ████6205 | |
| Social Security No.    Date of Birth | Social Security No.    Date of Birth |
| US State Issued Driver's License/DPC   6278 | |
| Identification Type    Identification No. | Identification Type    Identification No. |
| Nevada | |
| Issuer    Expiration Date | Issuer    Expiration Date |

| Authorized Signer | Authorized Signer |
|---|---|
| Signature | Signature |
| Printed Name | Printed Name |
| Social Security No.    Date of Birth | Social Security No.    Date of Birth |
| Identification Type    Identification No. | Identification Type    Identification No. |
| Issuer    Expiration Date | Issuer    Expiration Date |

☐ Check the box if Authorized Signer(s) Supplement is included with signature card.

## W-9 Tax Certification

Check appropriate box for federal tax classification:

☐ Sole Proprietorship/Single Member LLC   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/Estate
☒ Limited Liability Company.  Enter the tax classification (C=C Corporation, S=S Corporation, P=Partnership) _S_
   **Note:** For single member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.
☐ Other (see instructions) _____

By signing below, I authorize the following Taxpayer Identification Number (TIN) to be used for tax reporting purposes.

Taxpayer Identification Number: ████3642.

Exempt Payee Code (if any): _____    Exempt from FATCA Reporting code if any: _____

Under penalties of perjury, I certify that:
(1) The number shown on this form is my correct taxpayer identification number, and
(2) I am not subject to backup withholding either because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, and
(3) I am a U.S. person (including a U.S. resident alien).
(4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

| _WELLINGTON SPORTS CLUB LLC_ | _signature_ | 12-28-15 |
|---|---|---|
| Name of U.S. Person (Print) | Signature of U.S. Person | Date |

☐ NON-RESIDENT ALIEN: Signed Certification(s) of Foreign Status on file.  Appropriate W-8 form(s) received on _____

The undersigned (1) certify that the information on this Limited Liability Company Signature Card is true and correct; (2) agree to open one or more deposit account(s) as of the date of this Limited Liability Company Signature Card at Bank of the West ("Bank"); (3) acknowledge and agree that any of the undersigned, whether acting collectively or alone, may open additional deposit accounts under this Limited Liability Company Signature Card at a later date; (4) acknowledge and agree that all deposit accounts established under this Limited Liability Company Signature Card have the same ownership and Authorized Signer(s) (5) authorize Bank to verify any information provided and to obtain credit reports or make any other inquiries on the Limited Liability Company and any of the undersigned; (6) acknowledge and agree that the deposit account(s) is/are subject to and governed by applicable law and the terms, conditions, rates, and charges provided in the Deposit Account Disclosure For Business Accounts, Schedule of Fees and Charges For Business Deposit Accounts, and such other applicable documents and agreements pertaining to the deposit account(s) (collectively, "Disclosures"), as such Disclosures are added to, deleted from, or otherwise amended from time to time in accordance with such Disclosures, and acknowledge receipt of such Disclosures; (7) agree to indemnify and hold Bank harmless from any claim or liability resulting from a breach of fiduciary duty; (8) represent and warrant: (a) the signatures appearing above are genuine signatures of the Authorized Signer(s); (b) each Authorized Signer is authorized to transact on the deposit account(s); (c) the authority granted to each Authorized Signer includes authority to sign checks and other items and to give Bank other instructions to withdraw funds, to endorse and deposit checks and other items that are payable to or that belong to the Limited Liability Company, and to transact other business relating to the Limited Liability Company's deposit account(s); (9) certify that the undersigned named below: (a) constitute all of the members of the Limited Liability Company or have been otherwise designated pursuant to the articles or organization and/or the operating agreement as managers or officers; and (b) acting individually, has the authority to enter into this Limited Liability Company Signature Card and other banking agreements on behalf of this Limited Liability Company; (10) certify that the Limited Liability Company is duly qualified to do business under the laws of each state where the nature of the business done requires such qualification; (11) certify that all necessary actions or formalities, where necessary, have been taken to authorize the undersigned and the Authorized Signer(s) to act; and (12) ratify and reaffirm the ownership, terms, and agreements provided in this Limited Liability Company Signature Card as of the date each new deposit account is established under this Limited Liability Company Signature Card.

LLC Member(s) or Manager(s):

WELLINGTON SPORTS CLUB LLC
Entity Name, if applicable

JOHN THOMAS
Individual Name

MANAGER
Title

_____
Signature

12-28-15
Date

_____
Entity Name, if applicable

_____
Individual Name

_____
Title

_____
Signature

_____
Date

_____
Entity Name, if applicable

_____
Individual Name

_____
Title

_____
Signature

_____
Date

_____
Entity Name, if applicable

_____
Individual Name

_____
Title

_____
Signature

_____
Date

| Opened Date | Account Number | Account Type | Opened By | Approved By | Customer Signature |
|---|---|---|---|---|---|
| 12/29/2015 | ████ 9 2 8 | DDA | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Limited Liability Company Signature Card
Page 2 of 2

e-Storage

030-05115 (09/15)

# EXHIBIT 16

**Bank of America 0049/9052 Signature Cards**

**Bank of America** 🇺🇸

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card**
**with Substitute Form W-9**

| Account Number: | 0049 | | | Bank Number: 336 |
|---|---|---|---|---|

Account Type:  ☐ DDA   ☒ SAV   ☐ CD

Account Title:

NO-MORE-BAD-HIRES INC

---

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☒ C Corporation   ☐ S Corporation

☐ Partnership  (Enter the type of partnership: General, LP, LLP or LLLP) _____

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) _____

☐ Other (Defined in W-9 Instructions) _____

Social Security Number _____  (or)  Employer Identification Number | 5323

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions).

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

☐ Exempt Payee (check if applicable)

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 JOHN F THOMAS | SECRETARY | | 2-7-14 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2012 Bank of America, N.A. All Rights Reserved

NNV
00-14-9297M 02-2013

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

Page 1 of 2

11/34

Bank of America 702-727-5836

8/Feb/2014 1:27:39 PM

SEC-BOA-P-0000062

**Account Number:** ████ 0049

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____        _SECRETARY_

Authorized Signer                                                    Title

**Review Information**

**Customer 1:**

Name JOHN F THOMAS

ID Type: US Driver License W/Photo          ID# ████ 6278          ID Issuer: Nevada                Iss. Date: ████   Exp. Date: ████

ID Type: Db/Chk Card-Oth Fin Insti          ID#: 0113                ID Issuer: WELLS FARGO DEBIT    Iss. Date: N/A    Exp. Date: 11/2016

**Customer 2:**

Name_____

ID Type:_____ ID#:_____ ID Issuer:_____    Iss. Date:_____ Exp. Date:_____

ID Type:_____ ID#:_____ ID Issuer:_____    Iss. Date:_____ Exp. Date:_____

**Customer 3:**

Name_____

ID Type:_____ ID#:_____ ID Issuer:_____    Iss. Date:_____ Exp. Date:_____

ID Type:_____ ID#:_____ ID Issuer:_____    Iss. Date:_____ Exp. Date:_____

**Customer 4:**

Name_____

ID Type:_____ ID#:_____ ID Issuer:_____    Iss. Date:_____ Exp. Date:_____

ID Type:_____ ID#:_____ ID Issuer:_____    Iss. Date:_____ Exp. Date:_____

**Customer 5:**

Name_____

ID Type:_____ ID#:_____ ID Issuer:_____    Iss. Date:_____ Exp. Date:_____

ID Type:_____ ID#:_____ ID Issuer:_____    Iss. Date:_____ Exp. Date:_____

**Bank Information**

Date                              02/07/2014

Banking Center Name              HORIZON RIDGE / EASTERN

Associate's Name                 Joaquin Pacuano

Associate's Phone Number         702-654-6316

NNV
00-14-9297M 02-2013

Page 2 of 2

2

SEC-BOA-P-0000063

**Bank of America** 🇺🇸

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

**Account Number:** ▮▮▮9052                     **Bank Number:** 336

**Account Type:**  ☒ DDA   ☐ SAV   ☐ CD

**Account Title:**

NO-MORE-BAD-HIRES INC

_____

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☒ C Corporation   ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP)

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) _____

☐ Other (Defined in W-9 Instructions) _____

Social Security Number _____ (or)   Employer Identification Number ▮▮▮5323

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9, Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions).

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

☐ Exempt Payee (check if applicable)

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 JOHN F THOMAS | SECRETARY | | 2-7-14 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2012 Bank of America, N.A. All Rights Reserved

NNV
00-14-9297M 02-2013

|||||||||||| ||| || ||||| ||| ||||||| |||||| |||||| |||||

Page 1 of 2

SEC-BOA-P-0000070

**Account Number:** �_____0052_____

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____     _____SECRETARY_____
Authorized Signer                                          Title

**Review Information**

**Customer 1:**

Name JOHN P THOMAS _____

ID Type: US Driver License W/Photo     ID# ____278     ID Issuer: Nevada _____     Iss. Date: ▮_____  Exp. Date: ▮_____

ID Type: Db/Clk Card-Othr Fin Inst     ID#: 0313 _____     ID Issuer: WELLS FARGO DEBIT     Iss. Date: N/A     Exp. Date: 11/2016

**Customer 2:**

Name _____

ID Type: _____ •     ID#: _____     ID Issuer: _____     Iss. Date: _____  Exp. Date: _____

ID Type: _____     ID#: _____     ID Issuer: _____     Iss. Date: _____  Exp. Date: _____

**Customer 3:**

Name _____

ID Type: _____     ID#: _____     ID Issuer: _____     Iss. Date: _____  Exp. Date: _____

ID Type: _____     ID#: _____     ID Issuer: _____     Iss. Date: _____  Exp. Date: _____

**Customer 4:**

Name _____

ID Type: _____     ID#: _____     ID Issuer: _____     Iss. Date: _____  Exp. Date: _____

ID Type: _____     ID#: _____     ID Issuer: _____     Iss. Date: _____  Exp. Date: _____

**Customer 5:**

Name _____

ID Type: _____     ID#: _____     ID Issuer: _____     Iss. Date: _____  Exp. Date: _____

ID Type: _____     ID#: _____     ID Issuer: _____     Iss. Date: _____  Exp. Date: _____

**Bank Information**

| | |
|---|---|
| **Date** | 02/07/2014 |
| **Banking Center Name** | HORIZON RIDGE / EASTERN |
| **Associate's Name** | Joaquin Pequeno |
| **Associate's Phone Number** | 702-554-6316 |

NNV
00-14-9297M 02-2013

Page 2 of 2

4

SEC-BOA-P-0000071

# EXHIBIT 17

**Bank of America 0188 Signature Card**

**Bank of America** 

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card**
**with Substitute Form W-9**

**Account Number:** [    ]0188

**Bank Number:** 336

**Account Type:** ☒ DDA ☐ SAV ☐ CD

**Account Title:**

SPORTS BIOMETRICS LLC

---

**Legal Designation:**

☐ Individual/Sole Proprietor  ☐ Trust/Estate  ☐ Unincorporated Association  ☐ C Corporation  ☐ S Corporation

☐ Partnership  (Enter the type of partnership: General, LP, LLP or LLLP) _____

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) M

☐ Other (Defined in W-9 instructions) _____

Social Security Number _____  (or)  Employer Identification Number [    ]8025

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore. I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions).

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

☐ Exempt Payee (check if applicable)

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 JOHN F THOMAS | MANAGING MEMBER | | 12/27/12 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2012 Bank of America, N.A. All Rights Reserved

NNV
00-14-9297M 08-2012

Page 1 of 2

2012-Dec-28 03:01 PM Bank of America 7027275836

23/42

SEC-BOA-P-0000056

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____

Authorized Signer

Title    **Managing Member**

---

**Review Information**

**Customer 1:**

Name _JOHN F THOMAS_

ID Type:US Driver License W/Photo    ID#: ████278    ID Issuer: NEVADA    Iss. Date: ████    Exp. Date: ████

ID Type:Db/Chk Card-Othr Fin Inst    ID#: 8907    ID Issuer: CITIBANK    Iss. Date: N/A    Exp. Date: 01/2015

**Customer 2:**

Name_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

**Customer 3:**

Name_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

**Customer 4:**

Name_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

**Customer 5:**

Name_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

---

**Bank Information**

**Date**    12/27/2012

**Banking Center Name**    HORIZON RIDGE / EASTERN

**Associate's Name**    AMELINDA LEE

**Associate's Phone Number**    702-654-6316

NNV
00-14-9297M 08-2012

Page 2 of 2

# EXHIBIT 18

**Bank of America 7210/3801 Signature Cards**

## Bank of America ⬦⬦⬦

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card**
**with Substitute Form W-9**

**Account Number:** [    ]7210                    **Bank Number:** 336

**Account Type:** ☒ DDA    ☐ SAV    ☐ CD

**Account Title:**

VEGAS FOOTBALL CLUB LLC

**Legal Designation:**

☐ **Individual/Sole Proprietor**    ☐ **Trust/Estate**    ☐ **Unincorporated Association**    ☐ **C Corporation**    ☑ **S Corporation**

☐ **Partnership** (Enter the type of partnership: General, LP, LLP or LLLP) _____

☒ **Limited Liability Company** (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) S

☐ **Other** (Defined in W-9 instructions) _____

**Social Security Number** _____    (or)    **Employer Identification Number** [    ]5571

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> **The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 JOHN FRANK THOMAS III | MANAGING MEMBER | | 10-2-14 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

NNV
00-14-9297MW  08-2014

© 2012 Bank of America, N.A. All Rights Reserved
Page 1 of 2

SEC-BOA-P-0000028

**Account Number:** ████ 7210

☐ Signature Card Addendum on File .

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____     _Managing    Member_____
Authorized Signer                                              Title

**Review Information**

**Customer 1:**

Name____JOHN FRANK THOMAS III_____

ID Type: US Driver Permit W/Photo    ID# ████ 278    ID Issuer: Nevada    Iss. Date: ████   . Exp. Date: ████

ID Type: BOA ATM/Cked No Photo    ID#: 3200    ID Issuer: BUSI DBT VISA    Iss. Date: N/A    Exp. Date: 08/2018

**Customer 2:**

Name_____

ID Type:_____    ID#:_____    ID Issuer:_____    Iss. Date:_____    Exp. Date:_____

ID Type:_____    ID#:_____    ID Issuer:_____    Iss. Date:_____    Exp. Date:_____

**Customer 3:**

Name_____

ID Type:_____    ID#:_____    ID Issuer:_____    Iss. Date:_____    Exp. Date:_____

ID Type:_____    ID#:_____    ID Issuer:_____    Iss. Date:_____    Exp. Date:_____

**Customer 4:**

Name_____

ID Type:_____    ID#:_____    ID Issuer:_____    Iss. Date:_____    Exp. Date:_____

ID Type:_____    ID#:_____    ID Issuer:_____    Iss. Date:_____    Exp. Date:_____

**Customer 5:**

Name_____

ID Type:_____    ID#:_____    ID Issuer:_____    Iss. Date:_____    Exp. Date:_____

ID Type:_____    ID#:_____    ID Issuer:_____    Iss. Date:_____    Exp. Date:_____

**Bank Information**

| Date | 10/02/2014 |
|---|---|
| Banking Center Name | HORIZON RIDGE / EASTERN |
| Associate's Name | David Dzarnoski |
| Associate's Phone Number | 702-727-5830 |

NNV
00-14-9297MW  08-2014

Page 2 of 2

SEC-BOA-P-0000029

2

**Bank of America** 

BANK OF AMERICA, N.A. ("THE "BANK")

**Business Signature Card**
with Substitute Form W-9

| Account Number: | 3801 | | Bank Number: 336 |
|---|---|---|---|

**Account Type:** ☒ DDA ☐ SAV ☐ CD

**Account Title:**

VEGAS FOOTBALL CLUB LLC

**Legal Designation:**

☐ Individual/Sole Proprietor ☐ Trust/Estate ☐ Unincorporated Association ☐ C Corporation ☐ S Corporation

☐ Partnership (Enter the type of partnership: General, LP, LLP or LLLP)

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)  S

☐ Other (Defined in W-9 instructions)

Social Security Number _____ (or) Employer Identification Number ▓▓5571

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, Item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 JOHN P THOMAS | MANAGING MEMBER | | 8-4-14 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2012 Bank of America, N.A. All Rights Reserved
Page 1 of 2

NNV
00-14-9297M 06-2014

SEC-BOA-P-0000041

Account Number ___ 3801

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____          _____
Authorized Signer                                              Title

---

**Review Information**

**Customer 1:**

Name _JOHN F THOMAS_

ID Type: US Driver License W/Photo     ID#: ____5278     ID Issuer: Nevada _____     Iss. Date: ____     Exp. Date: ____

ID Type: BOA ATM/Ckcd No Photo     ID#: 9010     ID Issuer: BOA DEBIT VISA     Iss. Date: N/A     Exp. Date: 12/2016

**Customer 2:**

Name_____

ID Type:_____     ID#:_____     ID Issuer:_____     Iss. Date:_____     Exp. Date:_____

ID Type:_____     ID#:_____     ID Issuer:_____     Iss. Date:_____     Exp. Date:_____

**Customer 3:**

Name_____

ID Type:_____     ID#:_____     ID Issuer:_____     Iss. Date:_____     Exp. Date:_____

ID Type:_____     ID#:_____     ID Issuer:_____     Iss. Date:_____     Exp. Date:_____

**Customer 4:**

Name_____

ID Type:_____     ID#:_____     ID Issuer:_____     Iss. Date:_____     Exp. Date:_____

ID Type:_____     ID#:_____     ID Issuer:_____     Iss. Date:_____     Exp. Date:_____

**Customer 5:**

Name_____

ID Type:_____     ID#:_____     ID Issuer:_____     Iss. Date:_____     Exp. Date:_____

ID Type:_____     ID#:_____     ID Issuer:_____     Iss. Date:_____     Exp. Date:_____

---

**Bank Information**

Date                                      08/04/2014

Banking Center Name             HORIZON RIDGE / EASTERN

Associate's Name                    Joaquin Pequeno

Associate's Phone Number      702-654-6316

NNV
00-14-9297M  06-2014

Page 2 of 2

18/46                                    Bank of America 702-727-5836                                    5/Aug/2014 5:02:04 PM

SEC-BOA-P-0000042

# EXHIBIT 19

**Citibank 2406 Signature Card**

## CitiBusiness®

## citibank

| Financial Center # | 891 | Marketplace | CA | | | Current Date | 1-25-12 |
|---|---|---|---|---|---|---|---|
| Tax ID | | 2406 | | Number of Signers required to transact | | | 1 |
| Business Entity Name | Boston Biometrics LLC | | | | | | |
| Account # (S) | Print Signer's Name | | | | Signature | | |

| | Signer 1: | | |
|---|---|---|---|
| 0183 | JOHN F. Thomas | X | |

| | Signer 2: | |
|---|---|---|
| | | X |

| | Signer 3: | |
|---|---|---|
| | | X |

CITI000095

# EXHIBIT 20

**Citibank 5323 Signature Card**

# CitiBusiness®

# citibank®

| Financial Center # | 0011 | Marketplace | 013 | | Current Date | FEBRUARY 7, 2014 |
|---|---|---|---|---|---|---|
| Tax ID | ████5323 | | | | | |
| Business Name | NO-MORE-BAD-HIRES-INC | | | | | |

| Account # (S) | Print First and Last Name | | Signature |
|---|---|---|---|
| ████6907 | Signer 1: John F Thomas | | X |
| | Signer 2: | | X |
| | Signer 3: | | X |
| | Signer 4: | | X |

**1**

# EXHIBIT 21

**Citibank 2612 Signature Card**

# CitiBusiness®



| Financial Center # | 891 | Marketplace | CA | | | Current Date | 1-19-12 |
|---|---|---|---|---|---|---|---|
| Tax ID | | 2612 | | Number of Signers required to transact | | | |
| Business Entity Name | Sports Psychometrics LLC | | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| 0894 | Signer 1: JOHN F. Thomas | (X) |
| | Signer 2: | X |
| | Signer 3: | X |

CITI000067

# EXHIBIT 22

**Wells Fargo 7399 Signature Card**

# Consumer Account Application



| Bank Name: | | Store Name: | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | | MARYLAND PARKWAY | |
| Banker Name: | | Officer/Portfolio Number: | Date: |
| MARIBEL GONZALEZ | | N1419 | 05/16/2012 |
| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
| 702/632-2300 | 00832 | 0006463 | S4719-011 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

| Product Name: | Minor: | COID: | Product: | Account Number: |
|---|---|---|---|---|
| Wells Fargo Opportunity Checking | | 825 | DDA | ███████ 7399 |
| Wells Fargo Opportunity Savings | | 825 | DDA | ███████ 3824 |

New Account Kit:
Printed

## Related Customers

| Customer Name: | Account Relationship: |
|---|---|
| JOHN F THOMAS | Sole Owner |

## Checking/Savings Statement Mailing Information

| Customer(s) Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| JOHN F THOMAS | ████████████████ | |
| | Address Line 2: | |
| | City: | State: |
| | LAS VEGAS | NV |
| | ZIP/Postal Code: | Country: |
| | ██████ | US |



2W02-000487776638-01

Consumer Account Application

## Customer 1 Information

| Customer Name:<br>JOHN F THOMAS | | Street Address: |
|---|---|---|
| Account Relationship:<br>Sole Owner | | Address Line 2: |

| Taxpayer Identification Number (TIN):<br>-5205 | TIN Type:<br>SSN | Date of Birth:<br>1945 | Address Line 3: |
|---|---|---|---|

| Primary ID Type:<br>DLIC | Primary ID Description:<br>6278 | | City:<br>LAS VEGAS | State:<br>NV |
|---|---|---|---|---|

| Primary ID St/Ctry/Prov:<br>NV | Primary ID Issue Date: | Primary ID Expiration Date: | ZIP/Postal Code: | Country:<br>US | Time at this address:<br>Year(s)      Month(s) |
|---|---|---|---|---|---|

| Secondary ID Type:<br>OTHR CC | Secondary ID Description:<br>MASTER USA | | Directional Address:<br>*(Document when no physical residence, business or alternate street address.)* |
|---|---|---|---|

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date:<br>08/31/2012 | |
|---|---|---|---|

| Home Phone:<br>484/366-7707 | Business Phone: | Previous Street Address: |
|---|---|---|

| Current Employer:<br>BOSTON | City: | State: |
|---|---|---|

| Check Reporting:<br>OPPORTUNITY | ZIP/Postal Code: | Country: | Time at this address:<br>Year(s)      Month(s) |
|---|---|---|---|

| Country of Citizenship:<br>US | |
|---|---|

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).

3. I am a U.S. person (including a U.S. resident alien).    ☐ I am subject to backup withholding    ☐ I am exempt from backup withholding

| Tax Responsible Customer Name:<br>JOHN F THOMAS | Taxpayer Identification Number (TIN):<br>5205 |
|---|---|

TIN Certification Signature

| JOHN F THOMAS | ☐ Submit manually | Date: |
|---|---|---|
| | ☐ Signature not required | 05/16/2012 |

## Customer Signatures

Everything I have stated in this application is correct. You are authorized to make any inquires that you consider appropriate to determine if you should open the account. This may include ordering a credit report or other report (i.e. information from any motor vehicle department or other state agency) on me. I have received a copy of the applicable account agreement and privacy brochure and agree to be bound by them, **including the terms of the Direct Deposit Advance® service described in the Service Agreement and Product Guide and any amendment or addendum (***Direct Deposit Advance* **service currently not available in all states). I also agree to the terms of the dispute resolution program described in the account agreement and the** *Direct Deposit Advance* **Service Agreement and Product Guide. Under this program our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.**



2W02-000487776638-02

Consumer Account Application

**Customer 1 Name**

JOHN F THOMAS

**Customer 1 Signature**

JOHN F THOMAS

☐ Submit manually

☐ Signature not required

Date:

05/16/2012



2W02-000487776638-03

**3**

DSG8921 (11-11 SVP )

Page 3 of 3

Wells Fargo Confidential

# EXHIBIT 23

**Wells Fargo 2628 Signature Card**

# Business Account Application



| | |
|---|---|
| Bank Name: | Store Name: |
| WELLS FARGO BANK, N.A. | HORIZON POINTE |
| Banker Name: | Officer/Portfolio Number: | Date: |
| KATHERINE DARRALL | N1744 | 08/04/2014 |

| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 702/270-9270 | 07126 | 0067857 | S3714-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only     [ ] New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | Purpose of Account 1 : |
|---|---|
| Gold Business Services Package | General Operating Account |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 825 | DDA | ████2628 | $50.00 | CACK |

| Account 2 Product Name: | Purpose of Account 2 : |
|---|---|
| Business Market Rate Savings | Savings |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 825 | DDA | ████0118 | $50.00 | CACK |

| New Account Kit: | Checking/Savings Bonus Offer Available: |
|---|---|
| B20140407-0005625023 | NO |

## Related Customer Information

| Customer 1 Name: | Account Relationship: |
|---|---|
| VEGAS FOOTBALL CLUB LLC | Sole Owner |

| Enterprise Customer Number (ECN): |
|---|
| ████2416 |

| Customer 2 Name: | Account Relationship: |
|---|---|
| JOHN F THOMAS | Signer |

| Enterprise Customer Number (ECN): |
|---|
| ████1215 |

## Checking/Savings Statement Mailing Information



2W02-000669870846-01

Business Account Application

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| VEGAS FOOTBALL CLUB LLC | 1810 E SAHARA AVE | |
| | Address Line 2: | |
| | City: | State: |
| | LAS VEGAS | NV |
| | ZIP/Postal Code: | Country: |
| | 89104-3707 | US |

## Customer 1 Information

| Customer Name: | Street Address: | |
|---|---|---|
| VEGAS FOOTBALL CLUB LLC | 1810 E SAHARA AVE | |
| Enterprise Customer Number (ECN): | Address Line 2: | |
| ▮2416 | | |
| Account Relationship: | Address Line 3: | |
| Sole Owner | | |
| Taxpayer Identification Number (TIN): TIN Type: | City: | State: |
| ▮6571 EIN | LAS VEGAS | NV |
| Business Type: | ZIP/Postal Code: | Country: |
| Limited Liability Company | 89104-3707 | US |
| Business Sub-Type/Tax Classification: Non-Profit: | Business Phone: Fax: | |
| No | 484/366-7707 | |
| Date Originally Established: Current Ownership Since: Number of Employees: | Cellular Phone: Pager: | |
| 05/29/2014 4 | | |
| Annual Gross Sales: Year Sales Reported: Fiscal Year End: | e-Mail Address: | |
| $150,000.00 01/01/2014 | | |
| Primary Financial Institution: Number of Locations: | Website: | |
| 1 | | |
| Primary State 1: Primary State 2: Primary State 3: | Sales Market: | |
| | LOCAL | |
| Primary Country 1: Primary Country 2: Primary Country 3: | | |
| | | |

Industry:
Information/Media

Description of Business:
Cell phone app

Major Suppliers/Customers:

## Bank Use Only

| Name/Entity Verification: | Address Verification: | BACC Reference Number: |
|---|---|---|
| Articles of Organization | | 6142160003135 |
| Document Filing Number/Description: | Filing Country: Filing State: Filing Date: | Expiration Date: |
| 2014-000665789 | US WY 05/29/2014 | |
| Country of Registration: State of Registration: | International Transactions: | Check Reporting: |
| US WY | | NO RECORD |

| Customer 1 Name: | Internet Gambling Business?: |
|---|---|
| VEGAS FOOTBALL CLUB LLC | No |



2W02-000669870846-02

BBG2307 (5-14 SVP)

Business Account Application

## Owner/Key Individual 1 Information

| Customer Name: | | | Residence Address: | |
|---|---|---|---|---|
| JOHN F THOMAS | | | ███████████ | |

| Business Relationship: | | | Address Line 2: | |
|---|---|---|---|---|
| Owner with Control of the Entity | | | | |

| Position/Title: | Date of Birth: | Enterprise Customer Number (ECN): | Address Line 3: | |
|---|---|---|---|---|
| SALES | ████ 1945 | ████ 1215 | | |

| Taxpayer Identification Number (TIN): | TIN Type: | City: | State: |
|---|---|---|---|
| ████ 5205 | SSN | LAS VEGAS | NV |

| Primary ID Type: | Primary ID Description: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| DLIC | ████ 6278 | ████████ | US |

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Check Reporting: |
|---|---|---|---|
| NV | | ████████ | NO RECORD |

| Secondary ID Type: | Secondary ID Description: |
|---|---|
| OTHR DC | WFDC |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
|---|---|---|
| | | 11/01/2016 |

| Country of Citizenship: | Permanently Resides in US: |
|---|---|
| US | |



2W02-000669870846-03

Business Account Application

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Bank deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so by the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name
JOHN F THOMAS

Position/Title:
SALES

Owner/Key Individual 1 Signature

☐ Submit manually
☐ Signature not required

Date:
08/04/2014



Business Account Application

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).

☐ I am subject to backup withholding      ☐ I am exempt from backup withholding

3. I am a U.S. citizen or other U.S. person.

4. I am exempt from Foreign Account Tax Compliance Act (FATCA) reporting.

**Note: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Tax Responsible Customer Name:
VEGAS FOOTBALL CLUB LLC

Taxpayer Identification Number (TIN):
██████5571

TIN Certification Signature:

| Signature | |
|---|---|
| JOHN F THOMAS | ☐ Submit manually |
| | ☐ Signature not required |

Date:
08/04/2014

## Authorized Signers - Signature Capture

Authorized Signer 1 Name
JOHN F THOMAS

Position/Title:
SALES

Authorized Signer 1 Signature

| Signature | |
|---|---|
| JOHN F THOMAS | ☐ Submit manually |
| | ☐ Signature not required |

Date:
08/04/2014

# EXHIBIT 24

**Bank of America 8189/8192 Signature Cards**

# Bank of America 🦅

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card**
**with Substitute Form W-9**

Account Number: [   ]8189                                    Bank Number: 336

Account Type:  ☒ DDA    ☐ SAV    ☐ CD

Account Title:

VEGAS BASKETBALL CLUB LLC

---

**Legal Designation:**

☐ Individual/Sole Proprietor    ☐ Trust/Estate    ☐ Unincorporated Association    ☐ C Corporation    ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP) _____

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)  C

☐ Other (Defined in W-9 instructions) _____

Social Security Number _____    (or)  Employer Identification Number [   ]8904

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents.  By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.  The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions:  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> **The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 JOHN FRANK THOMAS | Manager | | 1/26/15 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

NNV                                                        © 2012 Bank of America, N.A.  All Rights Reserved
00-14-9297MW  08-2014                                                                     Page 1 of 2

Date: 1/27/2015 Time: 3:42:03 PM (US Central Time) Scanned From IP:10.175.56.12

SEC-BOA-P-0000037

**Account Number:** ▮▮▮8189

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____     Title: _Manager_____
Authorized Signer

**Review Information**

**Customer 1:**

Name ___JOHN FRANK THOMAS_____

ID Type: US Driver License W/Photo     ID#: ▮278     ID Issuer: NV DL     Iss. Date: ▮▮     Exp. Date: ▮▮

ID Type: BOA ATM/Ckcd No Photo     ID#: 3200     ID Issuer: BOA DBT VISA     Iss. Date: N/A     Exp. Date: 08/2018

**Customer 2:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Customer 3:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Customer 4:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Customer 5:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Bank Information**

Date: 01/26/2015

Banking Center Name: HORIZON RIDGE / EASTERN

Associate's Name: David Dzarnoski

Associate's Phone Number: 702-727-5830

NNV
00-14-9297MW 08-2014     Page 2 of 2

Date: 1/27/2015 Time: 3:42:03 PM (US Central Time) Scanned From IP:10.175.56.12

**2**

**Bank of America**
BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

**Account Number:** ____8192        **Bank Number:** 336

**Account Type:**  ☒ DDA   ☐ SAV   ☐ CD

**Account Title:**
VEGAS BASKETBALL CLUB LLC

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP) _____

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)  C

☐ Other (Defined in W-9 instructions) _____

**Social Security Number** _____   (or)   **Employer Identification Number** ____3904

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 JOHN FRANK THOMAS | Manager | | 1/26/15 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

NNV
00-14-9297MW 08-2014

© 2012 Bank of America, N.A. All Rights Reserved
Page 1 of 2

SEC-BOA-P-0000039

**Account Number:** 8192

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____

Authorized Signer                                    Title _Manager_

**Review Information**

**Customer 1:**

Name: JOHN FRANK THOMAS

ID Type: US Driver License W/Photo    ID#: 5278    ID Issuer: NV DL    Iss. Date:    Exp. Date:

ID Type: BOA ATM/Cked No Photo    ID#: 3200    ID Issuer: BOA DBT VISA    Iss. Date: N/A    Exp. Date: 08/2018

**Customer 2:**

Name:

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

**Customer 3:**

Name:

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

**Customer 4:**

Name:

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

**Customer 5:**

Name:

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

**Bank Information**

| | |
|---|---|
| Date | 01/26/2015 |
| Banking Center Name | HORIZON RIDGE / EASTERN |
| Associate's Name | David Dzurnoski |
| Associate's Phone Number | 702-727-5830 |

NNV
00-14-9297MW 08-2014

Date: 1/27/2015 Time: 3:43:03 PM (US Central Time) Scanned From IP:10.175.56.12

Page 2 of 2

4

SEC-BOA-P-0000040

# EXHIBIT 25

**Nevada State Bank 7518 Signature Card**

## Nevada State Bank Signature Card

| Account Title: JOHN F THOMAS III | | | | Branch ID: 064 |
|---|---|---|---|---|
| EINSTEIN SPORTS ADVISORY LTD | | | 5205 | Cost Center: 04864 |

| Account Structure: Limited Liability Company | | | | Date: 12/18/2015 |
|---|---|---|---|---|
| Supersedes Card dated: | | Replaced by Card dated: | | FileNet Document ID: |

| Account Number | Opened Date | Opened/Revised By | Acct Type | Approved | Closed Date |
|---|---|---|---|---|---|
| 7518 | 12/18/2015 | z000237 Sally Marcus | DDA 105 | | |
| | | | | | |
| | | | | | |
| | | | | | |

### Authorized Signers

| | Signature | Relationship |
|---|---|---|
| 1. JOHN F THOMAS III | | Type: Non-Title  TIN: 5205 |
| 2. EINSTEIN SPORTS ADVISORY LTD | UNUSED SIGNATURE LINE | Type: LLC  TIN: 3961 |
| 3. | | Type:  TIN: |
| 4. | | Type:  TIN: |
| 5. | | Type:  TIN: |
| 6. | | Type:  TIN: |

### TAX REPORTING INFORMATION – W-9 CERTIFICATION

Complete this section only if you are a U.S. citizen or U.S. resident alien.

Under penalties of perjury, I certify that:

☒ Individual / Sole Proprietor / Single-member LLC ☐ Trust / Estate ☐ Other
☐ C Corporation ☐ S Corporation ☐ Partnership
☐ LLC C Corporation ☐ LLC S Corporation ☐ LLC Partnership

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person, and
4. I am exempt from FATCA reporting

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN.

Signature of U.S. Person _____     TIN: 5205     Date: 12-18-15

The Entity/account owner named above ("Customer"), through its authorized signers signing above, hereby requests that Nevada State Bank ("the Bank") open the account(s) designated and agrees:

- The account(s) listed on this signature card above hereafter is governed by the most current version of the following ("Deposit Documents"): 1) Deposit Agreement and Disclosure, 2) fee schedule and disclosures therein. I (we), authorized individual(s), have placed my (our) signature(s) above authorizing entry into all agreements set forth in the Bank Deposit Agreement and Disclosure, acknowledging having received and read the Deposit Documents before any deposit account or special feature contemplated thereby is used, understanding the Deposit Documents may be amended, including but not limited to those provisions concerning arbitration and venue. The Deposit Documents and this Signature Card, as they may be amended from time to time by Bank, constitute a contractual agreement between Bank and Customer.

- Bank is authorized to accept instructions of any kind with respect to the account from any one of the authorized signers listed above.

- The Fair Credit Reporting Act prohibits obtaining certain consumer reports relating to business accounts unless consent is obtained. By signing above, the authorized signer(s) consent to Nevada State Bank making inquiry of and ordering reports from credit reporting, check clearing and other such entities concerning the signer(s) personal financial and other information, even though this may be a business account, to be used for evaluating and handling this and other deposit and loan accounts at Nevada State Bank, and to disclose information about the account to credit reporting agencies and to other persons or agencies who, in its judgment, have a legitimate business purpose for obtaining such information. Upon request, you will inform me (us) if a consumer report has been obtained and will give me the name and address of the agency furnishing such report.

### LIMITED LIABILITY COMPANY* AUTHORIZATION

The undersigned hereby certify that he/she/they are member(s) or manager(s) of the limited liability company named on this Signature Card, with authority to transact banking business on behalf of such limited liability company. I (we) hereby agree to the authorization listed below. The Limited Liability Company is referred to as "Entity".

| 12-18-15 | | |
|---|---|---|
| Manager or Member     Date | Manager or Member     Date | |

| | | |
|---|---|---|
| Manager or Member     Date | Manager or Member     Date | |

*Names of limited liability companies must contain the words "limited company", "LLC", or "LC".

DEC 2 3 2015

1

## RESOLUTION AUTHORIZATION

This Entity shall open an account with Nevada State Bank (the "Bank"), and the representative(s) of the Entity are authorized and instructed to enter into the Bank's standard agreements governing accounts and name the persons who are authorized on behalf of the Entity to transact business on accounts at the Bank. Until this authority is revoked by written notification to the Bank of such action by those authorizing this action, the persons named and whose signatures appear on any signature card are hereby authorized to sign checks, drafts, withdrawal orders, bills of exchange, and make telephone transfers from this account for and in behalf of this Entity. The Entity will provide a new authorization and complete a new signature card or account agreement for any change in signers. The Bank shall be indemnified and held harmless from any loss suffered or any liability incurred by it in continuing to act in accordance with this authorization. The Entity agrees that this account will be utilized according to applicable laws and the Deposit Agreement of the Bank. This resolution or authorization supersedes all prior authorizations, which are hereby canceled.

### Non-Consumer Information

| | ChexSystems Contacted: Y | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Primary Contact Name | |
| HENDERSON NV | | Primary Contact Phone Number | |

| Tax ID 3961 | Primary ID Type AOOL | Number/Description E05191620155 | Issuer NV | Issue Date 11/03/2015 | Exp. Date 11/30/2016 |
|---|---|---|---|---|---|

### Client Information

| Signer #1 | ChexSystems Contacted: Y | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth 1945 | Cell (702) 767-7502 |
| HENDERSON NV | | Primary Phone Number (702) 767-7502 | Secondary Phone Number |
| Primary ID Type DL | Number/Description 6278 | Issuer NV | Issue Date | Exp. Date |
| Secondary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |

| Signer #2 | ChexSystems Contacted: Y | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth | |
| HENDERSON NV | | Primary Phone Number (702) 767-7502 | Secondary Phone Number |
| Primary ID Type AOOL | Number/Description E05191620155 | Issuer NV | Issue Date 11/03/2015 | Exp. Date 11/30/2016 |
| Secondary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |

| Signer #3 | ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth | |
| | | Primary Phone Number | Secondary Phone Number |
| Primary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |
| Secondary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |

| Signer #4 | ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth | |
| | | Primary Phone Number | Secondary Phone Number |
| Primary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |
| Secondary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |

| Signer #5 | ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth | |
| | | Primary Phone Number | Secondary Phone Number |
| Primary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |
| Secondary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |

| Signer #6 | ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth | |
| | | Primary Phone Number | Secondary Phone Number |
| Primary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |
| Secondary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |

Rev. 4/24/2015

2

# EXHIBIT 26

**Nevada State Bank 4947 Signature Card**

## Zions Bancorporation, N.A. dba Nevada State Bank Signature Card

| Account Title: ESA LTD | | | | 580 | Branch ID: 0036 |
|---|---|---|---|---|---|
| | | | | | Cost Center: 04036 |
| Account Structure: Limited Liability Company | | | | | Date: 02/25/2019 |
| Supersedes Card dated: | | Replaced by Card dated: | | FileNet Document ID: | |

| Account Number | Opened Date | Opened/Revised By | Acct Type | Approved | Closed Date |
|---|---|---|---|---|---|
| 4947 | 02/25/2019 | z088988 C Kaneko | DDA 154 | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Authorized Signers | Signature | Relationship |
|---|---|---|
| 1. ESA LTD | UNUSED SIGNATURE LINE | Type: LLC TIN: 580 |
| 2. THOMAS J BECKER | *[signature]* | Type: Non-Title TIN: -3157 |
| 3. | | Type: TIN: |
| 4. | | Type: TIN: |
| 5. | | Type: TIN: |
| 6. | | Type: TIN: |

### TAX REPORTING INFORMATION – W-9 CERTIFICATION

Complete this section only if you are a U.S. citizen or U.S. resident alien.

☐ Individual / Sole Proprietor / Single-member LLC ☐ Trust / Estate ☐ Other
☐ C Corporation ☐ S Corporation ☐ Partnership
☐ LLC C Corporation ☒ LLC S Corporation ☐ LLC Partnership

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person, and
4. I am exempt from FATCA reporting.

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN.

Signature of U.S. Person *[signature]* TIN: 580 Date: 02/25/2019

The Entity/account owner named above ("Customer"), through its authorized signers signing above, hereby requests that Zions Bancorporation, N.A. dba Nevada State Bank ("Bank") open the account(s) designated and agrees:

- The account(s) listed on this signature card above hereafter is governed by the most current version of the following ("Deposit Documents"): 1) Deposit Account Agreement, 2) Rate and Fee Schedules. I (we), authorized individual(s), have placed my (our) signature(s) above authorizing entry into all agreements set forth in Bank Deposit Account Agreement, acknowledging having received and read the Deposit Documents before any deposit account or special feature contemplated thereby is used, understanding the Deposit Documents may be amended, including but not limited to those provisions concerning arbitration and venue. The Deposit Documents and this Signature Card, as they may be amended from time to time by Bank, constitute a contractual agreement between Bank and Customer.

- Bank is authorized to accept instructions of any kind with respect to the account from any one of the authorized signers listed above.

- The Fair Credit Reporting Act prohibits obtaining certain consumer reports relating to business accounts unless consent is obtained. By signing above, the authorized signer(s) consent to Zions Bancorporation, N.A. making inquiry of and ordering reports from credit reporting, check clearing and other such entities concerning the signer(s) personal financial and other information, even though this may be a business account, to be used for evaluating and handling this and other deposit and loan accounts at Zions Bancorporation, N.A., and to disclose information about the account to credit reporting agencies and to other persons or agencies who, in its judgment, have a legitimate business purpose for obtaining such information. Upon request, you will inform me (us) if a consumer report has been obtained and will give me the name and address of the agency furnishing the report.

### LIMITED LIABILITY COMPANY* AUTHORIZATION

The undersigned hereby certify that he/she/they are member(s) or manager(s) of the limited liability company named on this Signature Card, with authority to transact banking business on behalf of such limited liability company. I (we) hereby agree to the authorization listed below. The Limited Liability Company is referred to as "Entity".

| *[signature]* | 2/25/19 | | |
|---|---|---|---|
| Manager or Member | Date | Manager or Member | Date |
| | | | |
| Manager or Member | Date | Manager or Member | Date |

*Names of limited liability companies must contain the words "limited company", "LLC", or "LC".

This Entity shall open an account with Zions Bancorporation, N.A. dba Nevada State Bank ("Bank"), and the representative(s) of the Entity are authorized and instructed to enter into Bank's standard agreements governing accounts and name the persons who are authorized on behalf of the Entity to transact business on accounts at Bank. Until this authority is revoked by written notification to Bank of such action by those authorizing this action, the persons named and whose signatures appear on any signature card are hereby authorized to sign checks, drafts, withdrawal orders, bills of exchange, and make telephone transfers from this account for and in behalf of this Entity. The Entity will provide a new authorization and complete a new signature card or account agreement for any change in signers. Bank shall be indemnified and held harmless from any loss suffered or any liability incurred by it in continuing to act in accordance with this authorization. The Entity agrees that this account will be utilized according to applicable laws and the Deposit Account Agreement of Bank. This resolution or authorization supersedes all prior authorizations, which are hereby canceled.

## Non-Consumer Information

| | | ChexSystems Contacted: Y | | Override Approved By: | | CIP Verification: ☐ | | |
|---|---|---|---|---|---|---|---|---|
| Physical Address | | | | Primary Contact Name | | | | |
| HENDERSON NV | | | | Primary Contact Phone Number | | | | |
| Tax ID 580 | Primary ID Type ACOL | Number/Description E0457602016-5 | Issuer NV | Issue Date | 10/19/2016 | | Exp. Date | 10/31/2019 |

## Client Information

| Signer #1 | | ChexSystems Contacted: Y | | Override Approved By: | | CIP Verification: ☐ | | |
|---|---|---|---|---|---|---|---|---|
| Physical Address | | | | Date of Birth | | | | |
| HENDERSON NV | | | | Primary Phone Number (401) 480-3436 | | | Secondary Phone Number | |
| Primary ID Type ADOL | | Number/Description E0457602016-5 | Issuer NV | Issue Date | 10/19/2016 | | Exp. Date | 10/31/2019 |
| Secondary ID Type | | Number/Description | Issuer | Issue Date | / / | | Exp. Date | / / |

| Signer #2 | | ChexSystems Contacted: N | | Override Approved By: | | CIP Verification: ☐ | | |
|---|---|---|---|---|---|---|---|---|
| Physical Address | | | | Date of Birth 1948 | | | Cell (401) 480-3436 | |
| HENDERSON NV | | | | Primary Phone Number (401) 480-3436 | | | Secondary Phone Number | |
| Primary ID Type DL | | Number/Description 2248 | Issuer NV | Issue Date | | | Exp. Date | |
| Secondary ID Type | | Number/Description | Issuer | Issue Date | / / | | Exp. Date | / / |

| Signer #3 | | ChexSystems Contacted: | | Override Approved By: | | CIP Verification: ☐ | | |
|---|---|---|---|---|---|---|---|---|
| Physical Address | | | | Date of Birth | | | | |
| | | | | Primary Phone Number | | | Secondary Phone Number | |
| Primary ID Type | | Number/Description | Issuer | Issue Date | / / | | Exp. Date | / / |
| Secondary ID Type | | Number/Description | Issuer | Issue Date | / / | | Exp. Date | / / |

| Signer #4 | | ChexSystems Contacted: | | Override Approved By: | | CIP Verification: ☐ | | |
|---|---|---|---|---|---|---|---|---|
| Physical Address | | | | Date of Birth | | | | |
| | | | | Primary Phone Number | | | Secondary Phone Number | |
| Primary ID Type | | Number/Description | Issuer | Issue Date | / / | | Exp. Date | / / |
| Secondary ID Type | | Number/Description | Issuer | Issue Date | / / | | Exp. Date | / / |

| Signer #5 | | ChexSystems Contacted: | | Override Approved By: | | CIP Verification: ☐ | | |
|---|---|---|---|---|---|---|---|---|
| Physical Address | | | | Date of Birth | | | | |
| | | | | Primary Phone Number | | | Secondary Phone Number | |
| Primary ID Type | | Number/Description | Issuer | Issue Date | / / | | Exp. Date | / / |
| Secondary ID Type | | Number/Description | Issuer | Issue Date | / / | | Exp. Date | / / |

| Signer #6 | | ChexSystems Contacted: | | Override Approved By: | | CIP Verification: ☐ | | |
|---|---|---|---|---|---|---|---|---|
| Physical Address | | | | Date of Birth | | | | |
| | | | | Primary Phone Number | | | Secondary Phone Number | |
| Primary ID Type | | Number/Description | Issuer | Issue Date | / / | | Exp. Date | / / |
| Secondary ID Type | | Number/Description | Issuer | Issue Date | / / | | Exp. Date | / / |

Rev. 01/18/2017

2

# EXHIBIT 27

**Bank of America 6257 Signature Card**

**Bank of America** ⟨logo⟩

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

| **Account Number:** | ___5257 | | **Bank Number:** 336 |
|---|---|---|---|

**Account Type:** ☒ DDA  ☐ SAV  ☐ CD

**Account Title:**

WELSCORP INC

___

**Legal Designation:**

☐ **Individual/Sole Proprietor**   ☐ **Trust/Estate**   ☐ **Unincorporated Association**   ☒ **C Corporation**   ☐ **S Corporation**

☐ **Partnership**   (Enter the type of partnership: General, LP, LLP or LLLP) ___

☐ **Limited Liability Company** (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) ___

☐ **Other** (Defined in W-9 instructions) ___

**Social Security Number** ___   **(or)   Employer Identification Number** ___5339

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

**Exempt payee code (if any)** ___

**Exemption from FATCA reporting code (if any)** ___

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 THOMAS J BECKER | PRESIDENT | ⟨signature⟩ | 9/13/16 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

NNV
00-14-9297MW 08-2014

© 2012 Bank of America, N.A. All Rights Reserved
Page 1 of 2

1

**Account Number:** ____5257

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____     President
Authorized Signer                                    Title

---

**Review Information**

**Customer 1:**

Name____THOMAS J BECKER

ID Type: US Driver License W/Photo    ID# ____2248    ID Issuer: Nevada    Iss. Date: ____    Exp. Date ____

ID Type: Major Retail Credit Card    ID#: 2247    ID Issuer: US Bank    Iss. Date: N/A    Exp. Date: 08/2018

**Customer 2:**

Name_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

**Customer 3:**

Name_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

**Customer 4:**

Name_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

**Customer 5:**

Name_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

---

**Bank Information**

| | |
|---|---|
| **Date** | 09/13/2016 |
| **Banking Center Name** | HORIZON RIDGE / EASTERN |
| **Associate's Name** | Nathan Curran |
| **Associate's Phone Number** | 702-727-5827 |

NNV
00-14-9297MW 08-2014

Page 2 of 2

2

SEC-BOA-P-0000046

# EXHIBIT 28

**Bank of Nevada 1580 Signature Card**

# LIMITED LIABILITY COMPANY BANKING RESOLUTION AND ACCOUNT AGREEMENT

**Institution Name and Address**

Western Alliance Bank
10199 South Eastern Ave
Henderson, NV 89052

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

**Backup Withholding Certifications**

*(If not a "U.S. Person," certify foreign status separately.)*

TIN: ████1580

Under penalties of perjury, I certify that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (as defined by the IRS); and
4. The Foreign Account Tax Compliance Act (FATCA) code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Exemptions from FATCA reporting code (if any) _____

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. IRS Form W-9 Instructions are available upon request.

X _____    Date 1/23/17
   Signature

| Account Description | Account Number |
|---|---|
| Enterprise Checking | ████3753 |
| | |
| | |
| | |
| | |
| | |

**Owner/Account Holder Information**

| | |
|---|---|
| Account Holder | Esa Ltd |
| Account Title | Esa Ltd |
| EIN | ████1580 |
| Phone | (401) 480-3436 |
| Physical Address | 1810 E Sahara Ave # 1449 Las Vegas, NV 89104-3735 United States of America |
| Mailing Address (if different) | Esa Ltd 1810 E Sahara Ave # 1449 Las Vegas NV 89104-3735 |

**Signature(s)**

The undersigned managers, members employees or agents of the above named Limited Liability Company ('Authorized Signers') authorize Western Alliance Bank' to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the Authorized Signers is authorized to make withdrawals from the account(s). The Authorized Signers personally and as, or on behalf of, the account owner(s) agree to the terms of and acknowledge receipt of the Deposit Account Agreement and Disclosures, Privacy Policy and all other relevant account disclosures and fee schedules (collectively "Account Agreement").

AUTHORIZED SIGNERS(S):

X _____
   Thomas J Becker

X _____
   XXXXXXXXXX

X _____
   XXXXXXXXXX

X _____
   XXXXXXXXXX

X _____
   XXXXXXXXXX

X _____
   XXXXXXXXXX

X _____
   XXXXXXXXXX

X _____
   XXXXXXXXXX

IN CONSIDERATION OF the existing or proposed banking relationships between  Esa Ltd                              , a  Nevada           limited liability company ("Company") and Western Alliance Bank[1] ("Bank"), the managers/members listed below jointly and severally and on behalf of the Company represent, certify and agree as follows:

1. That Company is organized and existing under and by virtue of the laws of the state of  Nevada             and its principal office is located at:  1810 E SAHARA AVE STE 1449 LAS VEGAS NV 89104  .
2. The complete and correct name of the business is  ESA LTD                              .
3. Excluding the name of the Company, the following is a list of all assumed business or trade names under which the Company does business:                                                                  . Company has filed the required assumed business or trade names with the appropriate government authority.
4. The following are authorized as the Authorized Signers for the Company:

| Agent Name and Title | Member (Y/N) | Manager (Y/N) | Agent Name and Title | Member (Y/N) | Manager (Y/N) |
|---|---|---|---|---|---|
| Thomas J Becker Authorized Signer | | | | | |
| | | | | | |
| | | | | | |

I/We FURTHER CERTIFY that a meeting of all members of the  Company or the person or persons designated by the members of the Company to manage the Company as provided in the articles of organization or an operating agreement, duly and regularly called and held on  10/19/2016 , at which a quorum was present and voting, the following resolutions were adopted and appear in the minutes of that meeting and have not been rescinded or modified:

RESOLVED, that Bank at any one or more of its offices or branches, be and it hereby is designated as a depository for the funds of this Company, which may be withdrawn on checks, drafts, advices of debit, notes or other orders for the payment of monies bearing the signature of any one (1) of the above named Authorized Signers ("Agents").

Bank shall be and is authorized to honor and pay the same whether or not they are payable to bearer or to the individual order of any Agent or Agents signing the same.

BE IT FURTHER RESOLVED, that any one (1) of the Agents may now and in the future enter into any such agreements, and perform other such other acts as they deem reasonably necessary to carry out the provisions of the Account Agreement with Bank, and those agreements will bind the Company, such authority will include but not be limited to, the following:

1. Any one of such named Agents are authorized and empowered to act as Authorized Signer, execute and bind the Company to the terms and conditions of the Account Agreement and supporting documents (including but not limited to fee schedules) as to accounts opened in the Company's name and in the future.
2. The signature of an Agent named on this resolution is conclusive evidence of their authority to act on behalf of the Company. Any one of such named Agents is authorized to endorse all checks, drafts, notes and other items payable to or owned by this Company for deposit with Bank, or for collection or discount by Bank; and to accept drafts and other items payable at Bank. Bank is hereby directed to accept and pay without further inquiry any item drawn against any of the Company's accounts with Bank bearing the signature or signatures of Agents, as authorized above, even though drawn or endorsed to the order of any Agent signing or tendered by such Agent for cashing or in payment of the individual obligation of such Agent or for deposit to the Agent's personal account, and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issue or use of any item signed in accordance with the resolutions contained herein, or the application or disposition of such item or proceeds of the item.
3. Any one of the Agents may enter into a lease for the purpose of renting, maintaining, accessing and terminating a safe deposit box with Bank.
4. Any one of the Agents are further authorized and empowered to execute such other agreements now and in the future, including, but not limited to, special depository and service agreements including but not limited to, arrangements regarding the manner, conditions, or purposes for which funds, checks, or items of the Company may be deposited, collected, or withdrawn and to perform such other acts as they deem reasonably necessary to carry out the provisions of these resolutions (each respectfully "Other Documents" and "Other Acts").
5. All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of the Company with Bank prior to adoption of this resolution are hereby ratified, approved and confirmed.
6. The Company acknowledges and agrees that Bank may furnish at its discretion automated access devices to Agents to facilitate those powers authorized by this resolution or other resolutions in effect at the time of issuance. The term "automated access device" includes, but is not limited to, credit cards, automated teller machines (ATM), and debit cards.
7. The Company acknowledges and agrees that Bank may rely on alternative signature and verification codes issued to or obtained from an Agent. The term "alternative signature and verification codes" includes, but is not limited to, facsimile signatures on file with Bank, personal identification numbers (PIN), and digital signatures. Bank shall have no responsibility or liability for unauthorized use of alternative signature and verification codes unless otherwise agreed in writing.
8. The Company acknowledges that the Account Agreement and Other Documents may be amended or supplemented by Bank from time to time and are incorporated herein by this reference; and that by entering into the Account Agreement and continuing to use Bank's products and services, the Company agrees to any and all such amendments or supplements.
9. The authority hereby conferred upon the above named Agents shall be and remain in full force and effect until written notice of any amendment or revocation thereof has been received and recorded by Bank. Any and all prior resolutions adopted by the members of the Company and certified to Bank as governing the operation of this company's account(s), are in full force and effect, until Bank receives and acknowledges an express written notice of its revocation, modification, or replacement. Any revocation, modification or replacement of a resolution must be accompanied by documentation, satisfactory to the Bank, establishing the authority for such changes. Company shall indemnify and hold Bank harmless from any loss it suffered or any liability it incurred by it in continuing to act in accordance with this resolution. Any such notice shall not affect any items in process at the time notice is given.

I/WE FURTHER CERTIFY that the persons named occupy the positions set forth opposite their respective names and signatures; that the signatures set forth as Authorized Signer(s) are the genuine signatures of the identified persons; that the foregoing Resolutions now stand of record on the books of the Company; and that they are in full force and effect and have not been modified in any manner whatsoever.

I/We each have read all the provisions of these resolutions, I/we individually and each jointly and severally and on behalf of the Company certify and agree to its terms as of  01/23/2017            (date).

X _____    X    XXXXXXXXXX

Print Name:  Thomas J Becker            Print Name: _____

[1] Alliance Bank of Arizona, Bank of Nevada, Bridge Bank, First Independent Bank, and Torrey Pines Bank are divisions of Western Alliance Bank.  Member FDIC.

# EXHIBIT 29

**Bank of the West 5082 Signature Card**

# BANK OF THE WEST
## BNP PARIBAS

## PERSONAL SIGNATURE CARD

Account Number: ____5 0 8 2

Card Printed Date: 1/10/2019

The undersigned, signing as an account owner ("Owner(s)"), (1) certifies that the information on this Personal Signature Card is true and correct; (2) agrees to open one or more deposit account(s) as of the date of this Personal Signature Card, at Bank of the West ("Bank"); (3) acknowledges and agrees that any Owner, whether acting collectively or alone, may open additional deposit accounts under this Personal Signature Card at a later date; (4) acknowledges and agrees that all deposit accounts established under this Personal Signature Card have the same ownership; (5) authorizes Bank to verify any information provided and to obtain credit reports or make any other inquiries on any of the undersigned Owners; (6) acknowledges receiving and agrees that the deposit account(s) is/are subject to and governed by the terms, conditions, rates, and charges provided in the Deposit Account Disclosure For Personal Accounts, Schedule of Fees and Charges For Personal Deposit Accounts, Privacy Policy, and any such other documents and agreements (collectively, "Disclosures") as such Disclosures are added to, deleted from, or otherwise amended from time to time in accordance with such Disclosures; and (7) ratifies and reaffirms the ownership, terms, and agreements provided in this Personal Signature Card as of the date each new deposit account is established under this Personal Signature Card.

| Account Name(s) and Address | Account Information | |
|---|---|---|
| THOMAS JOSEPH BECKER | 1/10/2019 | DDA |
| | Date Opened | Account Type |
| HENDERSON NV ____ | 00266 - Green Valley | |
| | Cost Center | |
| | Opened /Updated By | Approved By |

**Ownership** INDIVIDUAL - INDIVIDUAL

| Owner One | | Owner Two | |
|---|---|---|---|
| Signature | | Signature | |
| THOMAS JOSEPH BECKER | ____3157 | | |
| Name | Social Security No. | Name | Social Security No. |
| US State Issued Driver's License/DPC | ____2248 | | |
| Identification Type | Identification No. | Identification Type | Identification No. |
| Nevada | | | |
| Issuer | Expiration Date | Issuer | Expiration Date |
| ____1948 | | | |
| Date of Birth | Mother's Maiden Name | Date of Birth | Mother's Maiden Name |
| | (401)480-3436 | | |
| Residence Phone | Business Phone | Mobile Phone | Residence Phone | Business Phone | Mobile Phone |

| Owner Three | | Owner Four | |
|---|---|---|---|
| Signature | | Signature | |
| Name | Social Security No. | Name | Social Security No. |
| Identification Type | Identification No. | Identification Type | Identification No. |
| Issuer | Expiration Date | Issuer | Expiration Date |
| Date of Birth | Mother's Maiden Name | Date of Birth | Mother's Maiden Name |
| Residence Phone | Business Phone | Mobile Phone | Residence Phone | Business Phone | Mobile Phone |

## Pay On Death (POD) Beneficiary Information

| POD Beneficiary | Date of Birth |
|---|---|
| POD Beneficiary | Date of Birth |
| POD Beneficiary | Date of Birth |

☐ Check the box if Owner/POD Beneficiary/POA Supplement is included with signature card.

## W-9 Tax Certification

By signing below, I authorize the following Taxpayer Identification Number (TIN) to be used for tax reporting purposes.
Taxpayer Identification Number: ____3157

Exempt Payee Code (if any): _____     Exempt from FATCA Reporting code (if any): _____

Under penalties of perjury, I certify that:
(1) The number shown on this form is my correct taxpayer identification number, and
(2) I am not subject to backup withholding either because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, and
(3) I am a U.S. person (including a U.S. resident alien).
(4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

| THOMAS JOSEPH BECKER | X _____ | 1-10-19 |
|---|---|---|
| Name of U.S. Person (Print) | Signature of U.S. Person | Date |

Personal Signature Card
Page 1 of 2
e-Storage

1

030-05111 (07/16)



Account Number: ▮▮▮▮ 5 0 8 2

| W-8 Certification |
| --- |
| ☐ NON-RESIDENT ALIEN: Appropriate Signed Certificate(s) of Foreign Status (W-8) received and on file. If NRA indicated on the W-8, an ITIN or a Social Security Number issued specifically "For Work Purposes Only," enter such Tax ID Number here: |

_____      ☑ N/A

ITIN or Work Purpose Only SSN

| Opened Date | Account Number | Account Type | Opened By | Approved By | Customer Signature |
| --- | --- | --- | --- | --- | --- |
| 1/10/2019 | ▮▮▮▮ 5 0 8 2 | DDA | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# EXHIBIT 30

**Bank of the West 4937 Signature Card**



## BANK OF THE WEST
### BNP PARIBAS

# LIMITED LIABILITY COMPANY SIGNATURE CARD

Account Number: ▮▮ 4 9 3 7

Card Printed Date: 1/10/2019

| Account Name and Mailing Address | Account Information | | |
|---|---|---|---|
| QSA LLC | 1/10/2019 | 00266 - Green Valley | |
| 440 WELPMAN WAY | Date Opened | Cost Center | |
| HENDERSON NV 89044 | | | |
| | Opened/Updated By | | Approved By |
| | DDA | ▮▮6103 | |
| | Account Type | TIN | Phone |

**Ownership** LIMITED LIABILITY COMPANY - LIMITED LIABILITY COMPANY

| Authorized Signer | | Authorized Signer | |
|---|---|---|---|
| Signature | | Signature | |
| THOMAS JOSEPH BECKER | | - - - - - - - - - - - - - - - - | |
| Printed Name | | Printed Name | |
| ▮▮3157 | 1948 | - - - - - - - - - | - - - - - - - - - |
| Social Security No. | Date of Birth | Social Security No. | Date of Birth |
| US State Issued Driver's License/DPC | ▮▮2248 | - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - |
| Identification Type | Identification No. | Identification Type | Identification No. |
| Nevada | | - - - - - - - - - - - - - - - - | - - - - - - - - - |
| Issuer | Expiration Date | Issuer | Expiration Date |

| Authorized Signer | | Authorized Signer | |
|---|---|---|---|
| Signature | | Signature | |
| - - - - - - - - - - - - - - - | | - - - - - - - - - - - - - - - | |
| Printed Name | | Printed Name | |
| - - - - - - - - - | - - - - - - - - - | - - - - - - - - - | - - - - - - - - - |
| Social Security No. | Date of Birth | Social Security No. | Date of Birth |
| - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - |
| Identification Type | Identification No. | Identification Type | Identification No. |
| - - - - - - - - - - - - - - - - | - - - - - - - - - | - - - - - - - - - - - - - - - - | - - - - - - - - - |
| Issuer | Expiration Date | Issuer | Expiration Date |

☐ Check the box if Authorized Signer(s) Supplement is included with signature card.

## W-9 Tax Certification

Check appropriate box for federal tax classification:

☐ Sole Proprietorship/Single Member LLC   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/Estate

☑ Limited Liability Company. Enter the tax classification (C=C Corporation, S=S Corporation, P=Partnership) ___S___

Note: For single member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

☐ Other (see instructions) ___

By signing below, I authorize the following Taxpayer Identification Number (TIN) to be used for tax reporting purposes.

Taxpayer Identification Number: ▮▮6103 ___

Exempt Payee Code (if any): ___       Exempt from FATCA Reporting code if any: ___

Under penalties of perjury, I certify that:
(1) The number shown on this form is my correct taxpayer identification number, and
(2) I am not subject to backup withholding either because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, and
(3) I am a U.S. person (including a U.S. resident alien).
(4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

| QSA LLC | | 1/10/19 |
|---|---|---|
| Name of U.S. Person (Print) | Signature of U.S. Person | Date |

☐ NON-RESIDENT ALIEN: Signed Certification(s) of Foreign Status on file. Appropriate W-8 form(s) received on ___

Limited Liability Company Signature Card
Page 1 of 2

e-Storage

030-05115 (09/15)



SEC-BOTW-E-0000161

1

Account Number: [redacted] 4 9 3 7

The undersigned (1) certify that the information on this Limited Liability Company Signature Card is true and correct; (2) agree to open one or more deposits account(s) as of the date of this Limited Liability Company Signature Card at Bank of the West ("Bank"); (3) acknowledge and agree that any of the undersigned, whether acting collectively or alone, may open additional deposit accounts under this Limited Liability Company Signature Card at a later date; (4) acknowledge and agree that all deposit accounts established under this Limited Liability Signature Card have the same ownership and Authorized Signer(s) (5) authorize Bank to verify any information provided and to obtain credit reports or make any other inquiries on the Limited Liability Company and any of the undersigned; (6) acknowledge and agree that the deposit account(s) is/are subject to and governed by applicable law and the terms, conditions, rates, and charges provided in the Deposit Account Disclosure For Business Accounts, Schedule of Fees and Charges For Business Deposit Accounts, and such other applicable documents and agreements pertaining to the deposit account(s) (collectively, "Disclosures"), as such Disclosures are added to, deleted from, or otherwise amended from time to time in accordance with such Disclosures, and acknowledge receipt of such Disclosures; (7) agree to indemnify and hold Bank harmless from any claim or liability resulting from a breach of fiduciary duty; (8) represent and warrant: (a) the signatures appearing above are genuine signatures of the Authorized Signer(s); (b) each Authorized Signer is authorized to transact on the deposit account(s); (c) the authority granted to each Authorized Signer includes authority to sign checks and other items and to give Bank other instructions to withdraw funds, to endorse and deposit checks and other items that are payable to or that belong to the Limited Liability Company, and to transact other business relating to the Limited Liability Company's deposit account(s); (9) certify that the undersigned named below: (a) constitute all of the members of the Limited Liability Company or have been otherwise designated pursuant to the articles or organization and/or the operating agreement as managers or officers; and (b) acting individually, has the authority to enter into this Limited Liability Company Signature Card and other banking agreements on behalf of this Limited Liability Company; (10) certify that the Limited Liability Company is duly qualified to do business under the laws of each state where the nature of the business done requires such qualification; (11) certify that all necessary actions or formalities, where necessary, have been taken to authorize the undersigned and the Authorized Signer(s) to so act; and (12) ratify and reaffirm the ownership, terms, and agreements provided in this Limited Liability Company Signature Card as of the date each new deposit account is established under this Limited Liability Company Signature Card.

**LLC Member(s) or Manager(s):**

| | |
|---|---|
| Entity Name, if applicable | Entity Name, if applicable |
| QSA, LLC | |
| Individual Name | Individual Name |
| THOMAS J. BECKER | |
| Title | Title |
| MANAGER | |
| Signature | Signature |
| Date | Date |
| 1/10/19 | |
| Entity Name, if applicable | Entity Name, if applicable |
| Individual Name | Individual Name |
| Title | Title |
| Signature | Signature |
| Date | Date |

| Opened Date | Account Number | Account Type | Opened By | Approved By | Customer Signature |
|---|---|---|---|---|---|
| 1/10/2019 | 4 9 3 7 | DDA | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Limited Liability Company Signature Card
Page 2 of 2

030-05115 (09/15)

e-Storage

SEC-BOTW-E-0000162

# EXHIBIT 31

**Citibank 7862 Signature Card**

DATE: 2/3/2017    FIMP: 13    CITIBANK, N.A. ACCOUNT    citi

ACCOUNT TITLE: THOMAS  J.  BECKER

ADDRESS: ▮▮▮▮▮  Henderson  NV  ▮▮▮

ACCOUNT NUMBER(S): CKG  ▮▮▮  7862

NAME / SIGNER    CARD

| | YES |
| --- | --- |
| Thomas  J.  Becker | |
| | |
| | |

By signing below, I: (1) agree to be bound by all Citibank, N.A. terms and conditions applicable to my account(s); including the Client Manual Consumer Accounts, its Marketplace Addendum and/or any applicable loan note(s) or agreement(s); (2) understand and acknowledge that such note(s)/agreement(s) provide that any dispute between us will be resolved by binding arbitration; and (3) unless I am opening a Personal Loan or Secured Personal Loan, such arbitration provisions apply to all my other Citibank deposit, Custom Credit Line, Ready Credit, Secured Ready Credit, Checking Plus (variable rate) or Checking Plus accounts.

| Signer 1 Signature | Signer 2 Signature |
| --- | --- |
| | |
| Signer 3 Signature | Signer 4 Signature |
| | |

CITI000001

# EXHIBIT 32

**Citibank 3671 Signature Card**

PRINT    SAVE    CL[  ]R



## CitiBusiness®

| Financial Center # | 011 | Marketplace | 013 | | Current Date | February 3, 2017 |
|---|---|---|---|---|---|---|
| Tax ID | | 3103 | | | | |
| Business Name | QSA, LLC | | | | | |

| Account # (S) | Print First and Last Name | Signature |
|---|---|---|
| 3671 | Signer 1: THOMAS J BECKER | X _____ |
| | Signer 2: | X _____ |
| | Signer 3: | X _____ |
| | Signer 4: | X _____ |

**1**

CITI000002

# EXHIBIT 33

**U.S. Bank 0504/8128/0008 Signature Cards**

 **bank.**　　　　**SIGNATURE CARD - CONSUMER**

| Account Holder Name(s) | Account Number |
|---|---|
| THOMAS J BECKER, IND | 0504 |

**CUSTOMER NAME: THOMAS J BECKER**

| TIN: 3157 | DOB: 03/17/1948 | MOTHER'S MAIDEN NAME: |
|---|---|---|
| ADDRESS: | | PRIMARY PHONE: (401) 480-3436 |
| LAS VEGAS, NV | | EMPLOYED BY: SELF EMPLOYED |

TYPE OF ACCOUNT: Gold Package Checking

OWNERSHIP: Individual

DATE OPENED: 08/30/2015  TIME OPENED: 01:52 PM  OPENED BY: Vanessa N Herrera　　OFFICE: EASTERN & HORIZON SMITH'S

**Certification:** Under penalties of perjury, I certify that:
(1)　3157) is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), and
(2)　I am a U.S. Citizen or other U.S. person, and
(3)　I am not subject to backup withholding because (a) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (b) the IRS has notified me that I am no longer subject to backup withholding.
(4)　I am exempt from FATCA reporting.

**Certification Instructions.** You must cross out item 3 above if you have been notified by the IRS that you are currently subject to back up withholding because you have failed to report all interest and dividends on your tax return. For real estate transaction, item 3 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividend you are not required to sign the Certification, but you must provide your correct TIN.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

E-SIGNed 08/30/2015 by　THOMAS J BECKER

_Becker_

THOMAS J BECKER　　　　　　　　　　Date:

**Terms And Conditions:** The bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank. Refer to resolution file for authorization of signatures where authorization is required.
By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 08/30/2015 by　THOMAS J BECKER

_Becker_

THOMAS J BECKER　　　　　　　　　　Date:

All of **bank** serving you™　　　　　　Page 1 of 1　　　　　153756870504  276  Form CSIGCD 052014



**1**

U.S. Bank
Customer Confidential

SEC-USBANK-P-0000037

 **usbank.** **SIGNATURE CARD - BUSINESS**

| ACCOUNT TITLE: THOMAS J BECKER | | |
| --- | --- | --- |
| **DBA QSA LLC** | | |

| ADDRESS: STE 500S | | TIN: ▮▮▮3157 |
| --- | --- | --- |
| 3773 HOWARD HUGHES PKWY | | PHONE: (401) 480-3436 |
| CITY: LAS VEGAS   STATE: NV   ZIP: 89169-6014 | | |

TYPE OF BUSINESS: Limited Liability Comp - Single Member

TYPE OF ACCOUNT: Silver Business Checking

OWNERSHIP: Limited Liability Comp - Single Member

| Account Holder Name(s) | Account Number |
| --- | --- |
| THOMAS J BECKER, JOF | ▮▮▮3128 |

DATE OPENED: 07/12/2016  TIME OPENED: 12:29 PM  OPENED BY: Chelsey D Gritton     OFFICE: 04623

**Certification:** Under penalties of perjury, I certify that:

(1)     ▮▮▮3157) is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), and

(2)     I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

(3)     I am a U.S. Citizen or other U.S. person, and

(4)     The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to back up withholding because you have failed to report all interest and dividends on your tax return. For real estate transaction, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividend you are not required to sign the Certification, but you must provide your correct TIN.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

E-SIGNed 07/12/2016 by   THOMAS J BECKER

*[signature]*

THOMAS J BECKER                         Date:

**Terms And Conditions:** The bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank. Refer to resolution file for authorization of signatures where authorization is required.

By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 07/12/2016 by   THOMAS J BECKER

*[signature]*

THOMAS J BECKER                         Date:

All of **us** serving you™

Page 1 of 1



153756948128  276  Form BSIGCD 11/2015

U.S. Bank
Customer Confidential

SEC-USBANK-P-0000038

 **usbank.** **SIGNATURE CARD - BUSINESS**

| ACCOUNT TITLE: | THOMAS J BECKER |
|---|---|
| | DBA ESA LTD |

ADDRESS: 440 WELPMAN WAY

TIN: ▬3157
PHONE: (401) 480-3436

CITY: HENDERSON      STATE: NV      ZIP: 89044-9561

TYPE OF BUSINESS: Limited Liability Company

TYPE OF ACCOUNT: Platinum Business Checking

OWNERSHIP:   LLC (SSN or ITIN)

| Account Holder Name(s) | Account Number |
|---|---|
| THOMAS J BECKER, JOF | ▬0008 |

DATE OPENED: 08/17/2017  TIME OPENED: 01:45 PM  OPENED BY: Matthew W Pedroza      OFFICE: 04623

**Certification:**  Under penalties of perjury, I certify that:
(1)   (▬3157) is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), and
(2)   I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
(3)   I am a U.S. Citizen or other U.S. person, and
(4)   The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.**  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to back up withholding because you have failed to report all interest and dividends on your tax return. For real estate transaction, item 2 does not apply.  For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividend you are not required to sign the Certification, but you must provide your correct TIN.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

E-SIGNed 08/17/2017 by   THOMAS J BECKER

*[signature]*

THOMAS J BECKER                                Date:

**Terms And Conditions:**  The bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account.  All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card.  Upon request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank.  Refer to resolution file for authorization of signatures where authorization is required.
By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 08/17/2017 by   THOMAS J BECKER

*[signature]*

THOMAS J BECKER                                Date:



153757610008  276  Form BSIGCD 11/2015

U.S. Bank
Customer Confidential

**3**

SEC-USBANK-P-0000039

# EXHIBIT 34

**Wells Fargo 6502/6666 Signature Cards**

# Business Account Application



**WELLS FARGO**

| Bank Name: | Store Name: | | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | HORIZON POINTE | | |

| Banker Name: | Officer/Portfolio Number: | Date: |
|---|---|---|
| LUIS MACIAS VENEGAS | N1608 | 04/17/2017 |

| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 702/270-9270 | 07126 | 0067857 | S3714-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only          [ ] New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | Purpose of Account 1: |
|---|---|
| WELLS FARGO SIMPLE BUSINESS CHECKING | General Operating Account |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 825 | DDA | ▮▮▮▮6502 | | |

## Related Customer Information

| Customer 1 Name: | Account Relationship: |
|---|---|
| WELSCORP INC. | Sole Owner |

| Enterprise Customer Number (ECN): |
|---|
| ▮▮▮▮▮2510 |

| Customer 2 Name: | Account Relationship: |
|---|---|
| THOMAS J BECKER | Signer |

| Enterprise Customer Number (ECN): |
|---|
| ▮▮▮▮▮5615 |

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| WELSCORP INC. | 3773 HOW HUGHES PKWY STE 500S | |
| | Address Line 2: | |
| | | |
| | City: | State: |
| | LAS VEGAS | NV |
| | ZIP/Postal Code: | Country: |
| | 891696014 | |



2W02-000893358962-01

BBG2307 (8-15 SVP)                                                                   Wells Fargo Confidential

**1**

Business Account Application

## Customer 1 Information

| Customer Name: | Street Address: |
| --- | --- |
| WELSCORP INC. | 3773 HOW HUGHES PKWY STE 500S |

| Enterprise Customer Number (ECN): | Address Line 2: |
| --- | --- |
| ███ 2510 | |

| Account Relationship: | Address Line 3: |
| --- | --- |
| Sole Owner | |

| Taxpayer Identification Number (TIN): | TIN Type: | City: | State: |
| --- | --- | --- | --- |
| ███ 6339 | EIN | LAS VEGAS | NV |

| Business Type: | ZIP/Postal Code: | Country: |
| --- | --- | --- |
| Corporation Type C | 89169-6014 | US |

| Business Sub-Type/Tax Classification: | Non-Profit: | Business Phone: | Fax: |
| --- | --- | --- | --- |
| Corporation | No | 401/480-3436 | |

| Date Originally Established: | Current Ownership Since: | Number of Employees: | Cellular Phone: | Pager: |
| --- | --- | --- | --- | --- |
| 09/09/2016 | | 1 | | |

| Annual Gross Sales: | Year Sales Reported: | Fiscal Year End: | e-Mail Address: |
| --- | --- | --- | --- |
| $100,000.00 | 01/03/2017 | | |

| Primary Financial Institution: | Number of Locations: | Website: |
| --- | --- | --- |
| | 1 | |

| Primary State 1: | Primary State 2: | Primary State 3: | Sales Market: |
| --- | --- | --- | --- |
| | | | LOCAL |

| Primary Country 1: | Primary Country 2: | Primary Country 3: | |
| --- | --- | --- | --- |
| | | | |

| Industry: |
| --- |
| Real Estate, Rental and Leasing |

| Description of Business: |
| --- |
| REAL ESTATE AGENT SALES |

| Major Suppliers/Customers: |
| --- |
| |

## Bank Use Only

| Name/Entity Verification: | Address Verification: | BACC Reference Number: |
| --- | --- | --- |
| AI | NONE | |

| Document Filing Number/Description: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
| --- | --- | --- | --- | --- |
| 20160401743-38 | US | NV | 09/09/2016 | 09/09/2030 |

| Country of Registration: | State of Registration: | International Transactions: | Check Reporting: |
| --- | --- | --- | --- |
| US | NV | | |

| Customer 1 Name: | Internet Gambling Business?: |
| --- | --- |
| | |



2W02-000893358962-02

Business Account Application

## Owner/Key Individual 1 Information

| Customer Name: | | | Residence Address: | |
|---|---|---|---|---|
| THOMAS  J  BECKER | | | ███████ | |

| Business Relationship: | | | Address Line 2: | |
|---|---|---|---|---|
| | | | | |

| Position/Title: | Date of Birth: | Enterprise Customer Number (ECN): | Address Line 3: | |
|---|---|---|---|---|
| CHIEF OF OPERAT | 1948 | 5615 | | |

| Taxpayer Identification Number (TIN): | TIN Type: | City: | State: |
|---|---|---|---|
| 3157 | SSN | LAS VEGAS | NV |

| Primary ID Type: | Primary ID Description: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| DLIC | 2248 | | US |

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Check Reporting: |
|---|---|---|---|
| NV | | | |

| Secondary ID Type: | Secondary ID Description: |
|---|---|
| OTHR DC | USAA DC |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
|---|---|---|
| | | 06/01/2017 |

| Country of Citizenship: | Permanently Resides in US: |
|---|---|
| US | |



2W02-000893358962-03

BBG2307 (8-15 SVP)

Case 19-18056-abl Doc 83-6 Entered 05/19/20 12:49:57 Page 75 of 96
Case 2:19-cv-01519-APG-VCF Document 72 Filed 09/03/19 Page 75 of 96

Business Account Application

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Bank deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

  (1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

  (2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

  (3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

  (4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

  (1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

  (2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

  (3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name
THOMAS J BECKER

Position/Title:
CHIEF OF OPERAT

Owner/Key Individual 1 Signature

☐ Submit manually
☐ Signature not required

Date:
04/17/2017

## Authorized Signers - Certificate of Authority Cross Reference

Existing Customers - New Accounts

For use when persons identified as authorized signers on the customer's existing Business Account Application/Certificate of Authority are identical to the persons designated as authorized signers for the accounts listed on this Business Account Application. Please refer to the Business Account Application/Certificate of Authority currently on file for the following account.

Existing Account Number to be Cross Referenced:
6666



BBG2307 (8-15 SVP)

2W02-000893358962-04

Business Account Application

## Authorized Signers - Signature Capture

Authorized Signer 1 Name
THOMAS J BECKER

Position/Title:
CHIEF OF OPERAT

Authorized Signer 1 Signature

THOMAS J BECKER

☐ Submit manually
☐ Signature not required

Date:
04/17/2017



2W02-000893358962-05

5

# Business Account Application



**WELLS FARGO**

| | |
|---|---|
| Bank Name:<br>WELLS FARGO BANK, N.A. | Store Name:<br>HORIZON POINTE |

| Banker Name:<br>LUIS MACIAS VENEGAS | Officer/Portfolio Number:<br>N1608 | Date:<br>01/03/2017 |
|---|---|---|

| Banker Phone:<br>702/270-9270 | Store Number:<br>07126 | Banker AU:<br>0067857 | Banker MAC:<br>S3714-010 |
|---|---|---|---|

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only      [ ] New Deposit Account(s) and Business Credit Card

| Account 1 Product Name:<br>Wells Fargo Simple Business Checking | Purpose of Account 1 :<br>General Operating Account |
|---|---|

| COID:<br>825 | Product:<br>DDA | Account Number:<br>████ 6666 | Opening Deposit:<br>$50.00 | Type of Funds:<br>CACK |
|---|---|---|---|---|

| New Account Kit:<br>BA-010049418 | Checking/Savings Bonus Offer Available:<br>NO |
|---|---|

## Related Customer Information

| Customer 1 Name:<br>WELSCORP INC. | |
|---|---|
| Enterprise Customer Number (ECN):<br>████ 2510 | Account Relationship:<br>Sole Owner |

| Customer 2 Name:<br>THOMAS J BECKER | |
|---|---|
| Enterprise Customer Number (ECN):<br>████ 5615 | Account Relationship:<br>Signer |

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement:<br>WELSCORP INC. | Statement Mailing Address:<br>3773 HOW HUGHES PKWY STE 500S |
|---|---|
| | Address Line 2: |
| | City:<br>LAS VEGAS | State:<br>NV |
| | ZIP/Postal Code:<br>89169-6014 | Country:<br>US |



2W02-000873156628-01

BBG2307 (5-16 SVP)

6

Business Account Application

## Customer 1 Information

| Customer Name: |
|---|
| WELSCORP INC. |

| Enterprise Customer Number (ECN): | Street Address: |
|---|---|
| 2510 | 3773 HOW HUGHES PKWY STE 500S |

| Account Relationship: | Address Line 2: |
|---|---|
| Sole Owner | |

| Taxpayer Identification Number (TIN): | TIN Type: | Address Line 3: |
|---|---|---|
| 5339 | EIN | |

| Business Type: | City: | State: |
|---|---|---|
| Corporation Type C | LAS VEGAS | NV |

| Business Sub-Type/Tax Classification: | Non-Profit: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| Corporation | No | 89169-6014 | US |

| Date Originally Established: | Current Ownership Since: | Number of Employees: | Business Phone: | Fax: |
|---|---|---|---|---|
| 09/09/2016 | | 1 | 401/480-3436 | |

| Annual Gross Sales: | Year Sales Reported: | Fiscal Year End: | Cellular Phone: | Pager: |
|---|---|---|---|---|
| $100,000.00 | 01/03/2017 | | | |

| Primary Financial Institution: | Number of Locations: | e-Mail Address: |
|---|---|---|
| | 1 | |

| Primary State 1: | Primary State 2: | Primary State 3: | Website: |
|---|---|---|---|
| | | | |

| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market: |
|---|---|---|---|
| | | | LOCAL |

| Industry: |
|---|
| Real Estate, Rental and Leasing |

| Description of Business: |
|---|
| REAL ESTATE AGENT SALES |

| Major Suppliers/Customers: |
|---|
| |

## Bank Use Only

| Name/Entity Verification: | Address Verification: |
|---|---|
| Articles of Incorporation | NONE |

| BACC Reference Number: |
|---|
| 6170030000633 |

| Document Filing Number/Description: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
|---|---|---|---|---|
| 20160401743-38 | US | NV | 09/09/2016 | 09/09/2030 |

| Country of Registration: | State of Registration: | International Transactions: | Check Reporting: |
|---|---|---|---|
| US | NV | | NO RECORD |

| Customer 1 Name: | Internet Gambling Business?: |
|---|---|
| WELSCORP INC. | No |



2W02-000873156628-02

Business Account Application

## Owner/Key Individual 1 Information

| Customer Name: | Residence Address: |
|---|---|
| THOMAS J BECKER | ▉ |

| Business Relationship: | Address Line 2: |
|---|---|
| Owner with Control of the Entity | |

| Position/Title: | Date of Birth: | Percent of Ownership: | Address Line 3: |
|---|---|---|---|
| | ▉ 1948 | 100.0 | |

| Enterprise Customer Number (ECN): | City: | State: |
|---|---|---|
| ▉ 6615 | LAS VEGAS | NV |

| Taxpayer Identification Number (TIN): | TIN Type: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| ▉ 3157 | SSN | ▉ | US |

| Primary ID Type: | Primary ID Description: | Country of Citizenship: | Permanently Resides in US: |
|---|---|---|---|
| DLIC | ▉ 2248 | US | |

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Check Reporting: |
|---|---|---|---|
| NV | ▉ | | NO RECORD |

| Secondary ID Type: | Secondary ID Description: |
|---|---|
| OTHR DC | USAA DC |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
|---|---|---|
| | | 06/01/2017 |



2W02-000873156628-03

Business Account Application

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name
THOMAS J BECKER

Position/Title:

Owner/Key Individual 1 Signature

☐ Submit manually
☐ Signature not required

Date:
01/03/2017

## Authorized Signers - Signature Capture

Authorized Signer 1 Name
THOMAS J BECKER

Position/Title:

Authorized Signer 1 Signature

☐ Submit manually
☐ Signature not required

Date:
01/03/2017



2W02-000873156628-04

**9**

BBG2307 (5-16 SVP)

# EXHIBIT 35

**Wells Fargo 6482 Signature Card**

# Business Account Application



WELLS FARGO

| Bank Name: | | Branch Name: | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | | ANTHEM VILLAGE | |

| Banker Name: | | Officer/Portfolio Number: | Date: |
|---|---|---|---|
| EFRAIN GONZALEZ | | N1878 | 10/18/2018 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 702/616-2488 | 02985 | 0000733 | S4771-011 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

☐ New Deposit Account(s) Only          ☒ New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | | Purpose of Account 1 : | |
|---|---|---|---|
| Wells Fargo Simple Business Checking | | General Operating Account | |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 825 | DDA | ▮▮▮6482 | $1,000.00 | INTX |

| New Account Kit: | Checking/Savings Bonus Offer Available: |
|---|---|
| bc-002630387 | NO |

## Related Customer Information

| Customer 1 Name: | |
|---|---|
| QSA LLC | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| ▮▮▮▮9367 | Sole Owner |

| Customer 2 Name: | |
|---|---|
| THOMAS J BECKER | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| ▮▮▮▮5615 | Signer |

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| QSA LLC | 440 WELPMAN WAY | |
| | Address Line 2: | |
| | | |
| | City: | State: |
| | HENDERSON | NV |
| | ZIP/Postal Code: | Country: |
| | 89044-9561 | US |



2W02-001117731061-01

Business Account Application

## Customer 1 Information

Customer Name:
QSA LLC

| | |
|---|---|
| Enterprise Customer Number (ECN): 9367 | Street Address: 440 WELPMAN WAY |
| Account Relationship: Sole Owner | Address Line 2: |
| Taxpayer Identification Number (TIN): 6103    TIN Type: EIN | Address Line 3: |

| | | |
|---|---|---|
| Business Type: Limited Liability Company | City: HENDERSON | State: NV |
| Business Sub-Type/Tax Classification: S Corporation    Non-Profit: No | ZIP/Postal Code: 89044-9561 | Country: US |

| | | |
|---|---|---|
| Date Originally Established: 06/29/2016 | Current Ownership Since: | Number of Employees: 6 | Business Phone: 401/480-3436    Fax: |
| Annual Gross Sales: $0.00 | Year Sales Reported: 10/18/2018 | Fiscal Year End: | Cellular Phone:    Pager: |
| Primary Financial Institution: | Number of Locations: 1 | | e-Mail Address: |
| Primary State 1: | Primary State 2: | Primary State 3: | Website: |
| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market: LOCAL |

Industry:
Real Estate, Rental and Leasing

Description of Business:
buying selling residential properities

Major Suppliers/Customers:


## Bank Use Only

| | |
|---|---|
| Name/Entity Verification: Articles of Organization | Address Verification: NONE |

BACC Reference Number:
182910001463

| | | | | |
|---|---|---|---|---|
| Document Filing Number/Description: 20160289902-69 | Filing Country: US | Filing State: NV | Filing Date: 06/29/2016 | Expiration Date: |
| Country of Registration: US | State of Registration: NV | International Transactions: | | Check Reporting: NO RECORD |



2W02-001117731061-02

Business Account Application

## Owner/Key Individual 1 Information

| Customer Name: | Residence Address: | |
|---|---|---|
| THOMAS J BECKER | | |

| Business Relationship: | Address Line 2: | |
|---|---|---|
| Owner with Control of the Entity | | |

| Position/Title: | Date of Birth: 1948 | Percent of Ownership: 100.0 | Address Line 3: | |
|---|---|---|---|---|

| Enterprise Customer Number (ECN): 5615 | City: LAS VEGAS | State: NV |
|---|---|---|

| Taxpayer Identification Number (TIN): 3157 | TIN Type: SSN | ZIP/Postal Code: | Country: US |
|---|---|---|---|

| Primary ID Type: DLIC | Primary ID Description: 1705412248 | Country of Citizenship: US | Permanently Resides in US: |
|---|---|---|---|

| Primary ID St/Ctry/Prov: NV | Primary ID Issue Date: | Primary ID Expiration Date: | Check Reporting: NO RECORD |
|---|---|---|---|

| Secondary ID Type: OTHR DC | Secondary ID Description: WELLS FARGO VISA 5208 | |
|---|---|---|

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: 03/31/2022 |
|---|---|---|

## Certified/Agreed To

| Owner/Key Individual 1 Name | Position/Title: |
|---|---|
| THOMAS J BECKER | |

Owner/Key Individual 1 Signature



☐ Submit manually
☐ Signature not required

Date: 10/18/2018

## Authorized Signers - Signature Capture

| Authorized Signer 1 Name | Position/Title: |
|---|---|
| THOMAS J BECKER | |

Authorized Signer 1 Signature

☐ Submit manually
☐ Signature not required

Date: 10/18/2018

BBG2307 (3-17 SVP)

2W02-001117731061-03

## Terms and Conditions for the Wells Fargo® Business Platinum Credit Card

**By signing in the "Certified/Agreed To" or "Authorized Signers - Signature Capture" sections of this Application ("Application"),** if I am an owner of the business, I accept on behalf of the Customer named above ("Applicant") all terms and conditions, including the additional terms of acceptance appearing below, and the terms and conditions of the Customer Agreement that will be sent to the Applicant. By signing this form, I also accept **in my individual capacity** the terms of guaranty appearing below. I agree that a facsimile of my signature, in any capacity, may be used to evidence my acceptance of these agreements. Any new business credit card application for the same business will supersede the pre-approved business credit card offer. Non-profit entities are not eligible for pre-approved business credit card offers.

I certify that I am authorized to submit this Application on behalf of the Applicant and that all information and documents provided in connection with the Application, including federal and state income tax returns (if any), are true, correct, and complete. I further certify that this credit request is for my business only, and that all proceeds will be used solely for business or commercial purposes. I authorize Wells Fargo Bank, N.A. ("Bank") to obtain balance and payoff information on all accounts requiring payoff as a condition of approving this Application and to obtain consumer and business reports from and to report credit information to others, including the Internal Revenue Service and state taxing authorities, about me and my business. I agree to notify Bank promptly of any material change in such information. I acknowledge that (i) this Application is subject to final approval of the Applicant and its owners, and that (ii) additional information may be required in order for the Bank to make the final credit decision. I agree to pay Bank's costs and attorney's fees in enforcing the Customer Agreement. I further agree that use of any feature of the Business Platinum Credit Card account may be used as evidence of the foregoing authorizations, acceptances, and agreements. If the signer is married and resides in Arizona, the spouse's signature is required. I understand that the offer may be amended or cancelled.

I, along with each owner signing this Application, jointly and severally unconditionally guarantee **in my individual capacity** (even though I may place a title or other designation next to my signature), and promise to pay to Bank all indebtedness of the Applicant at any time arising under or relating to this Application and/or the Customer Agreement, as well as any extensions, increases, or renewals of that indebtedness. As guarantor, I waive (a) presentment, demand, protest, and notice of non-payment; (b) any defense arising by reason of any defense of the Applicant or other guarantor; and (c) the right to require Bank to proceed against Applicant or any other guarantor, to pursue any remedy in connection with the guaranteed indebtedness, or to notify guarantor of any additional indebtedness incurred by the Applicant, or of any changes in the Applicant's financial condition. I also authorize Bank, without notice or prior consent, to (x) extend, modify, compromise, accelerate, renew, increase, or otherwise change the terms of the guaranteed indebtedness, (y) proceed against one or more guarantors without proceeding against the Applicant or another guarantor; and (z) release or substitute any Applicant, co-Applicant and/or guarantor. I agree (i) I will pay Bank's costs and attorneys' fees in enforcing this guaranty; (ii) this guaranty is made in South Dakota and will be governed by South Dakota law; (iii) this guaranty shall benefit the Bank and its successors and assigns; and (iv) an electronic facsimile of my signature, in any capacity, may be used as evidence of my agreement to the terms of the guaranty.

**Telephone Monitoring And Contacting You:** From time to time Bank may monitor and record telephone calls regarding your Account to assure the quality of our service. You agree, in order for Bank to service the Account or to collect any amounts you may owe, that we may from time to time make calls and send text messages to you, using prerecorded/artificial voice messages or through the use of an automatic dialing device, at any telephone number associated with your account, including mobile telephone numbers that could result in charges to you. You also expressly consent to Bank sending email messages regarding your Account to your email address.

## Features and Pricing

(i)   **Annual Fee** $0.

(ii)  **Annual Percentage Rate** is variable based on Wells Fargo's Prime Rate plus a spread. APR may differ for Purchases and Cash transactions.

(iii) **Grace Period for Repayment of the Balance for Purchase** No less than 21 days.

(iv)  **Minimum Payment** See the Customer Agreement for details.

(v)   **Annual Business Card Rewards Membership Fee (optional program)** $50 Your annual membership fee will be charged to your account in the first billing cycle.

## Business Platinum Credit Card Account Details

| Individual Cardholder Name (First, Last): | Individual Credit Line Limit: | Business Owner: |
|---|---|---|
| THOMAS  BECKER | $15,000 | Yes |
| Total Credit Line Limit (Can be less than or equal to amount approved for business): | $15,000 | |

Features enrolled in:

| Wells Fargo Business Card Rewards® | Automatic Payment | Overdraft Protection |
|---|---|---|
| Rewards  Points | No | No |

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);



2W02-001117731061-04

**4**

Case 19-18056-abl Doc 83-6 Entered 05/19/20 12:49:57 Page 86 of 96
Case 2:19-cv-00515-APG-VCF Document 52-9 Filed 09/05/19 Page 86 of 96

Business Account Application

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

**D. Each person who is either the Customer (sole proprietor) or an owner of the Customer has read and agreed to the Terms and Conditions for the Wells Fargo® Business Platinum Credit Card appearing below including the  personal guaranty.**

E. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

F. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

G. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

H. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.



2W02-001117731061-05

**5**

# EXHIBIT 36

**Wells Fargo 2620 Signature Card**

# Consumer Account Application



| | |
|---|---|
| **Bank Name:** WELLS FARGO BANK, N.A. | **Store Name:** HORIZON POINTE |
| **Banker Name:** LUIS MACIAS VENEGAS | **Officer/Portfolio Number:** N1608 **Date:** 01/03/2017 |
| **Banker Phone:** 702/270-9270 **Store Number:** 07126 | **Banker AU:** 0067857 **Banker MAC:** S3714-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

| | | |
|---|---|---|
| **Product Name:** Wells Fargo Everyday Checking | **Account Number:** ▮▮2620 | **Product:** DDA |
| **Purpose of Account:** Personal/Household | **Minor:** **COID:** 825 | |
| **New Account Kit:** CA-028160204 | **Checking/Savings Bonus Offer Available:** NO | |

## Related Customers

| | |
|---|---|
| **Customer Name:** THOMAS J BECKER | **Account Relationship:** Sole Owner |

## Statement Mailing Information

| | |
|---|---|
| **Customer(s) Listed on Statement:** THOMAS J BECKER | **Statement Mailing Address:** ▮▮▮▮▮▮▮ |
| | **Address Line 2:** |
| | **City:** LAS VEGAS **State:** NV |
| | **ZIP/Postal Code:** ▮▮▮▮▮ **Country:** US |



2W02-000873163898-01

DSG8921 (5-16 SVP )

Consumer Account Application

## Customer 1 Information

| Customer Name:<br>THOMAS J BECKER | Street Address: |
|---|---|
| Customer Number (ECN):<br>████████5615 | Address Line 2: |
| Account Relationship:<br>Sole Owner | Address Line 3: |

| Taxpayer Identification Number (TIN): TIN Type: | Date of Birth: | City:<br>LAS VEGAS | | | State:<br>NV |
|---|---|---|---|---|---|
| ██████3157 \| SSN | ██████1948 | | | | |

| Primary ID Type:<br>DLIC | Primary ID Description:<br>████████2248 | | ZIP/Postal Code:<br>██████ | Country:<br>US | Time at this address:<br>17 Year(s)  0 Month(s) |
|---|---|---|---|---|---|
| Primary ID St/Ctry/Prov:<br>NV | Primary ID Issue Date:<br>████████ | Primary ID Expiration Date: | Directional Address:<br>*(Document when no physical residence, business or alternate street address.)* | | |
| Secondary ID Type:<br>OTHR DC | Secondary ID Description:<br>USAA DC | | | | |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date:<br>06/01/2017 | Previous Street Address: | | |
| Home Phone: | Business Phone: | | City: | | State: |
| Current Employer:<br>WELSCORP INC. | | | ZIP/Postal Code: | Country: | Time at this address:<br>Year(s)  Month(s) |
| Check Reporting:<br>NO RECORD | | | Country of Citizenship:<br>US | | |

## Customer Signatures

Everything I have stated in this application is correct. You are authorized to make any inquiries that you consider appropriate to determine if you should open or maintain the account. This may include ordering a credit report or other report (i.e. information from any motor vehicle department or other state agency) on me. **I have received a copy of the applicable account agreement and the privacy policy (each may be amended from time to time) and agree to be bound by their terms.** I also agree to the terms of the dispute resolution program described in the foregoing agreements. **Under the dispute resolution program, our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.**

Customer 1 Name
THOMAS J BECKER

Customer 1 Signature

THOMAS J BECKER   *[signature]*

☐ Submit manually
☐ Signature not required

Date:
01/03/2017

# EXHIBIT 37

**JPMorgan Chase 9386 Signature Card**

27-Mar-18

27Mar18-1967

## CHASE ◯

**Business Signature Card**

**ACCOUNT TITLE ("DEPOSITOR")**
ESA LTD

| | |
|---|---|
| ACCOUNT NUMBER | 3386 |
| ACCOUNT TYPE | Chase Performance Business Checking |
| TAXPAYER ID NUMBER | 580 |
| DATE OPENED | 12/26/2017 |
| FORM OF BUSINESS | Limited Liability Company - Member Managed (LLC) |
| ISSUED BY | JPMorgan Chase Bank, N.A ( 703 ) |
| | Horizon Marketplace - 740934 |

**BUSINESS ADDRESS**
440 WELPMAN WAY

HENDERSON, NV 89044-9561

LANCE K EBERHART
(702) 914-1728
12/26/2017

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | E0457600018-5 | NV | 10/19/2018 | 10/31/2018 |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the 'Bank'). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | THOMAS JOSEPH BECKER | **(401) 480-3436 | 3157 | Member | 12-26-17 | |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1 of 1

M1207-01-13-CS (3/14 v3)

1

SEC-JPMCB-P-0000006

# EXHIBIT 38

**Citizens Bank 8294 Signature Card**

Case 19-18056-abl Doc 83-6 Entered 05/19/20 12:49:57 Page 93 of 96
Case 2:19-cv-02519-APG-VCF Document 72 Filed 09/03/19 Page 93 of 96
Page 1 of 1

## ❊ Citizens Bank™

## Personal
## Signature Card

In this signature card, the words *I*, *me*, and *my* mean each Account owner who signs below, *Bank* means RBS Citizens, N.A. and *Account* means the deposit account(s) identified below which I will use primarily for personal, family or household purposes.

**1** **Account Information**

| TITLE AND ADDRESS | ACCOUNT TYPE | ACCOUNT NUMBER |
|---|---|---|
| THOMAS J BECKER | Circle Ckg | █ 8294 |
| | Circle Sav | █ 0870 |

NORTH KINGSTOWN, RI ███

**2** **Taxpayer Identification Number (TIN) Certification**

Under the penalties of perjury, I certify that

1. ███ 3157 is my correct TIN, and

2. I am not subject to backup withholding because (a) I am exempt from backup withholding, (b) I have not been notified by the Internal Revenue Service (IRS) that I am currently subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. person (including a U.S. resident alien)

Cross out Item 2 above if the IRS has notified you that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return

Signature of Account Owner/Signer #1          Date 12/18/09

**3** **Agreement and Signatures** *All signers must sign*

By signing below, I acknowledge that I have read and understand the Bank's deposit account agreement and related fee schedule, Pledge Regarding the Responsible Use and Protection of Customer Information, Overdraft Line of Credit Agreement (if applicable), Overdraft Protection Agreement (if applicable), and any other documents that the Bank provided to me about my Account and any Account services, each as amended from time to time (all collectively and each individually referred to in this signature card as the *Agreement*). By signing below, I agree to all of the terms of the Agreement. I also agree that the Bank may terminate the Agreement and close my Account at any time in its sole discretion. I certify and promise to the Bank that (a) I have read and understand the information included on this signature card, (b) the information that I have provided in connection with my Account and any Account services, including overdraft protection (if applicable), is true and complete, and (c) all of the signatures appearing on this signature card are genuine. I will inform the Bank promptly of any changes in this information.

I authorize and give the Bank my permission to request and obtain, from time to time, consumer reports from consumer reporting agencies and other information about me from other third parties that the Bank believes is beneficial to determine my eligibility to open or maintain my Account or receive Account services, to verify the information contained in this signature card, to manage its relationship with me, or for any other legitimate business purpose.

**IMPORTANT INFORMATION ABOUT PROTECTING ACCOUNTS:** I agree to provide the Bank with new specimen signatures or any other information requested by the Bank to establish my identity or the authenticity of any signature, or to protect my Account and the Bank's systems from fraud or other problems. This information may include new specimen signatures and other information that the Bank must obtain under applicable law, including laws designed to stop the funding of terrorism and money laundering activities. I agree to hold the Bank harmless for refusing to pay or to release funds or to take any other action relating to my Account where the refusal is based on my failure to provide the signatures or other information requested by the Bank from time to time

**Check Return:** By signing below you acknowledge that you will receive images of cancelled checks (if available) instead of original cancelled checks with your account statement, unless you have indicated otherwise

**ATM/Debit Card:** By signing below I acknowledge that I have requested and authorized the Bank to issue an ATM card or a debit card, if available

The undersigned hereby acknowledge that they understand that Citizens Bank is a brand name of RBS Citizens, N.A. and Citizens Bank of Pennsylvania. Citizens Bank is a division of RBS Citizens, N.A. and that Citizens Bank accounts and other RBS Citizens, N.A. accounts are not separately insured by the FDIC. Citizens Bank of Pennsylvania is not part of RBS Citizens, N.A. and is a separate institution for purposes of FDIC deposit coverage.

By signing below I agree to all of the preceding terms.

THOMAS J BECKER          Date 12/18/09          Date

2/25/2019

# EXHIBIT 39

**Meadows Bank 4424 Signature Card**

## Account Agreement

Date: 10/25/16

### Institution Name & Address

**MEADOWSBANK**

Henderson

2970 St Rose Parkway Ste 100

Henderson, NV 89052

www.meadowsbank.com

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

Enter **Non-Individual Owner Information** on page 2. There is additional **Owner/Signer Information** space on page 2.

### Owner/Signer Information 1

| | |
|---|---|
| Name | Thomas Josph Becker |
| Relationship | Managing MBR |
| Address | Henderson NV ▮ |
| Mailing Address (if different) | Same |
| Home Phone | (401) 480-3436 |
| Work Phone | (401) 480-3436 |
| Mobile Phone | (401) 480-3436 |
| E-Mail | tombecker1@cox.net |
| Birth Date | ▮48 |
| SSN/TIN | ▮3157 |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | Drivers License   DL ▮2248  NV-▮ |
| Other ID (Description, Details) | 2247  Visa Exp 8/2018 |
| Employer | Retired - Business Recruiter |
| Previous Financial Inst. | US Bank |

### Owner/Signer Information 2

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

### Internal Use   Business Check Acct

**Account Title & Address**

ESA LTD

1810 E Sahara Ave PMB 1449

Las Vegas NV 89104-3735

### Ownership of Account

The specified ownership will remain the same for all accounts.

☐ Individual
☐ Joint with Survivorship (not as tenants in common or community property)
☐ Joint with No Survivorship (as tenants in common)
☐ Community Property (no survivorship)
☐ Trust-Separate Agreement Dated: _____
☐

☐ Corporation - For Profit
☐ Corporation - Nonprofit
☐ Partnership
☐ Sole Proprietorship
☒ Limited Liability Company

### Beneficiary Designation

*(Check appropriate ownership above.)*
☐ Revocable Trust    ☐ Pay-On-Death (POD)
☐

### Beneficiary Name(s), Address(es), and SSN(s)

*(Check appropriate beneficiary designation above.)*

☐ If checked, this is a temporary account agreement.

Number of signatures required for withdrawal: 1

### Signature(s)

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☒ Terms and Conditions      ☐ Privacy
☐ Electronic Fund Transfers  ☐ Truth in Savings
☐ Substitute Checks         ☒ Funds Availability
☒ Common Features           ☒ Specific Acct Details

☐ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

1 [ X _Thomas Josph Becker_ ]
2 [ X XXXXXXXXX ]
3 [ X XXXXXXXXX ]  4 [ X XXXXXXXXX ]

Signature Card-NV
Bankers Systems™
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ-NV 5/2/2007
Initials _____   Page 1 of 2

| Owner/Signer Information 3 | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

| Owner/Signer Information 4 | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

### Non-Individual Owner Information

| | |
|---|---|
| Name | ESA LTD |
| EIN | 1580 |
| Phone | (401) 480-3436 |
| Mobile Phone | (401) 480-3436 |
| E-Mail | tombecker1@cox.net |
| Type of Entity | Limited Liability Company |
| State/Country & Date of Organization | NV USA 10/19/2016 |
| Nature of Business | Real Estate Investments |
| Address | 440 Welpman Way, Henderson NV 89044 |
| Mailing Address (if different) | 1810 E Sahara Ave PMB 1449 Las Vegas NV 89104-3735 |
| Authorization/ Resolution Date | 10/25/16 |
| Previous Financial Inst. | US Bank |

| Account Description | Account # | Initial Deposit/Source |
|---|---|---|
| Checking | 1424 | 1,000.00 10,000 — $ ☒ Cash ☒ Check ☐ |
| | | $ ☐ Cash ☐ Check ☐ |
| | | $ ☐ Cash ☐ Check ☐ |

### Services Requested

☐ ATM ☐ Debit/Check Cards (No. Requested: _____ )
☐ _____ ☐ _____
☐ _____ ☐ _____

### Other Terms/Information

Verified OFAC - YES
Verified ChexSystem - YES

### Backup Withholding Certifications

*(If not a "U.S. Person," certify foreign status separately.)*

**TIN:** 1580

☒ **Taxpayer I.D. Number (TIN)** - The number shown above is my correct taxpayer identification number.

☒ **Backup Withholding** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipients** - I am an exempt recipient under the Internal Revenue Service Regulations.

**I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).**

X _____ 10-25-16 (Date)

Signature Card-NV
Bankers Systems ™
Wolters Kluwer Financial Services ©2003, 2006



Date _____
Callback 10-31-16



MPMP-LAZ-NV 5/2/2007
Initials _____ Page 2 of 2