# EXHIBIT 40

**4/20/17 Email re: Donald Berger**

**Bcc:** Tom Becker <tom@quantumsports.net>
**Subject:** Donald Berger -- 10K 2.5-Fold Agreement and Wiring Instructions
**To:** Donald Berger <donberger.ca@gmail.com>
**Cc:** Phil Mannoni <phil@utilityenergysolutions.com>, Damian Ostertag <damian@utilityenergysolutions.com>, Paul Hanson <hanson@quantumsports.net>, Paul Hanson <paulhanson123@gmail.com>
**From:** Jonathan West <jwest@quantumsports.net>
**Sent:** Thu, 20 Apr 2017 19:33:03 -0700
0=Donald

Donald,

Thank you for allowing Quantum to manage your funds.

Attached is your **2.5-Fold Contract for a $10,000 investment.**
The Contract guarantees you the option of a second contract at 3-fold
if you reinvest at least $25,000 of the proceeds of the first contract.

Your Account ID/Password for your Accounting Spreadsheet will be ▮▮▮▮▮▮▮▮

To move forward, please sign the attached agreement, scan and email it to me.
Upon receipt of the funds, I will countersign, scan and email it back to you.

The attached agreement is for a **$10,000** Starting Bankroll.
Please deposit/wire **$10,020.66** into the following bank account
*(if you add $20.66 to any deposit you make with us, we will always know it is you).*

Below are the wiring instructions.

**Wiring Instructions**

QSA, LLC
3773 Howard Hughes Pkwy
South Building, Suite 500
Las Vegas, NV 89169
702-408-6451

Account # ▮▮▮▮▮▮▮▮8128

**Routing #: 121201694**
SWIFT CODE: USBKUS44IMT

US Bank
10565 S. Eastern Avenue
Henderson, NV 89052
702-263-5170

Best regards,

Jonathan West
702-408-6451

1



2

# EXHIBIT 41

**Summary of Receipts and Disbursements**

Summary of Reciepts and Disbursements

| DEPOSITS | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | TOTALS |
|---|---|---|---|---|---|---|---|
| **Investor Deposits** | | | | | | | |
| Individuals or Entities with Invesment Agreements | $ 1,840,233.43 | $ 7,823,913.62 | $ 13,531,039.35 | $ 1,300,910.62 | $ 668,935.92 | $ 50,014.35 | $ 25,215,047.29 |
| Investors Identified Through Numerical Identifiers | $ 550,249.68 | $ 869,492.49 | | | | | $ 1,419,742.17 |
| Investors Identified Through Other Documentation | $ 25,000.00 | $ 626,829.52 | $ 1,180,481.85 | $ 156,096.78 | $ 630,718.93 | $ 289,747.42 | $ 2,908,874.50 |
| **Total Investor Deposits** | **$ 2,415,483.11** | **$ 9,320,235.63** | **$ 14,711,521.20** | **$ 1,457,007.40** | **$ 1,299,654.85** | **$ 339,761.77** | **$ 29,543,663.96** |
| **Other Deposits** | | | | | | | |
| Other Income | $ 16,273.89 | $ 118,721.33 | $ 125,344.93 | $ 103,954.77 | $ 50,030.89 | $ 63,111.16 | $ 477,436.97 |
| Cash Deposits | $ 162,816.76 | $ 103,262.62 | $ 47,611.38 | $ 77,619.06 | $ 214,530.84 | $ 114,145.87 | $ 719,986.53 |
| Payments from Related Parties | $ 15,585.00 | $ 257,954.00 | $ 55,164.00 | $ 49,803.33 | $ 15,354.00 | $ 14,680.00 | $ 408,540.33 |
| **Total Other Deposits** | **$ 194,675.65** | **$ 479,937.95** | **$ 228,120.31** | **$ 231,377.16** | **$ 279,915.73** | **$ 191,937.03** | **$ 1,605,963.83** |
| **Total Deposits (Excluding Interbank Transfers)** | **$ 2,610,158.76** | **$ 9,800,173.58** | **$ 14,939,641.51** | **$ 1,688,384.56** | **$ 1,579,570.58** | **$ 531,698.80** | **$ 31,149,627.79** |

| DISBURSEMENTS | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | TOTALS |
|---|---|---|---|---|---|---|---|
| **Distributions to Investors** | | | | | | | |
| Payments to Investors Identified by QuickBooks or Investment Contracts | $ 220,309.79 | $ 3,435,879.04 | $ 7,279,460.31 | $ 368,381.39 | $ 301,460.00 | $ 251.00 | $ 11,605,741.53 |
| Payments to Investors Identifed Using Other Documents | $ 342,361.08 | $ 832,801.04 | $ 360,998.96 | $ 19,450.00 | $ 53,443.94 | $ 7,500.00 | $ 1,616,555.02 |
| **Total Payments to Investors** | **$ 562,670.87** | **$ 4,268,680.08** | **$ 7,640,459.27** | **$ 387,831.39** | **$ 354,903.94** | **$ 7,751.00** | **$ 13,222,296.55** |
| **Commission Payments** | | | | | | | |
| Commission Payments Identified Through QuickBooks and Agreements | $ 256,255.59 | $ 1,587,792.46 | $ 1,486,235.40 | $ 193,405.99 | $ 129,397.50 | $ 10,750.00 | $ 3,663,836.94 |
| Commission Payments Identified Through Other Documents | $ 631,575.83 | $ 1,211,931.51 | $ 354,113.16 | $ - | $ - | $ - | $ 2,197,620.50 |
| **Total Commission Payments** | **$ 887,831.42** | **$ 2,799,723.97** | **$ 1,840,348.56** | **$ 193,405.99** | **$ 129,397.50** | **$ 10,750.00** | **$ 5,861,457.44** |
| **Business and Personal Expenses** | | | | | | | |
| Loan Repayments | $ 5,100.00 | $ 18,750.00 | $ 85,200.00 | $ 1,000.00 | $ - | $ - | $ 110,050.00 |
| Newsletters | $ 428.22 | $ 9,817.35 | $ 960.42 | $ 4,165.90 | $ - | $ - | $ 15,371.89 |
| Payments to PayPal | $ 23,077.00 | $ 74,761.87 | $ 46,621.92 | $ 6,394.34 | $ 8,650.72 | $ 1,862.66 | $ 161,368.51 |
| Payments to Credit Cards and Banking Fees | $ 30,750.51 | $ 26,688.07 | $ 44,981.65 | $ 18,050.76 | $ 15,301.84 | $ 7,494.73 | $ 143,267.56 |
| Business Services and Taxes | $ 24,852.13 | $ 206,554.39 | $ 41,857.78 | $ 40,056.20 | $ 57,045.40 | $ 11,157.12 | $ 381,523.02 |
| Office Supplies and Equipment | $ 26,280.96 | $ 69,769.07 | $ 57,625.07 | $ 35,652.61 | $ 37,099.86 | $ 8,636.22 | $ 235,063.79 |
| Phone and Internet | $ 28,897.61 | $ 74,397.83 | $ 90,314.21 | $ 27,547.20 | $ 21,744.22 | $ 8,525.76 | $ 251,426.83 |
| Legal | $ 150,581.32 | $ 353,744.95 | $ 180,886.04 | $ 10,347.99 | $ 15,511.15 | $ - | $ 711,071.45 |
| Consulting Fees | $ 20,000.00 | $ 73,331.00 | $ 47,387.59 | $ - | $ - | $ - | $ 140,718.59 |
| Insurance | $ 9,868.54 | $ 15,997.40 | $ 11,735.64 | $ 9,732.75 | $ 4,748.82 | $ - | $ 52,083.15 |
| Payroll and Payroll Related | $ 289,656.10 | $ 435,886.26 | $ 507,527.24 | $ 232,481.16 | $ 140,674.33 | $ 24,694.64 | $ 1,630,919.73 |
| Travel | $ 13,064.96 | $ 13,829.25 | $ 20,174.32 | $ 16,083.53 | $ 5,901.67 | $ 565.40 | $ 69,619.13 |
| Rent | $ 69,000.00 | $ 170,193.00 | $ 180,138.89 | $ 125,167.76 | $ 201,336.51 | $ 1,769.60 | $ 747,605.76 |
| Home repairs and maintenance | $ 155,742.97 | $ 304,168.16 | $ 130,052.48 | $ 682.00 | $ - | $ - | $ 590,645.61 |
| Auto | $ 12,091.20 | $ 20,667.14 | $ 18,730.62 | $ 12,562.87 | $ 10,828.86 | $ 11,645.50 | $ 86,526.19 |
| Education | $ - | $ 791.00 | $ - | $ 2,450.00 | $ 50.00 | $ - | $ 3,291.00 |
| Entertainment | $ 214.21 | $ 1,327.16 | $ 5,411.15 | $ 180.45 | $ 739.24 | $ - | $ 7,872.21 |

1

Case 19-18056-abl Doc 83-7 Entered 05/19/20 12:49:57 Page 6 of 8
Case 2:19-cv-01515-APG-VCF Document 73 Filed 09/05/19 Page 6 of 8
Summary of Reciepts and Disbursements

| | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|
| Medical and Pharmacy | $ 2,264.78 | $ 32,486.03 | $ 37,666.43 | $ 10,420.06 | $ 255.74 | $ - | $ 83,093.04 |
| Nutritional Supplements, Fitness, and Accessories | $ 4,785.42 | $ 21,149.43 | $ 31,917.42 | $ 3,353.28 | $ 1,166.54 | $ - | $ 62,372.09 |
| Miscellaneous Retailers and Service Providers | $ 28,515.42 | $ 111,020.92 | $ 71,885.14 | $ 12,918.20 | $ 5,694.84 | $ 1,331.65 | $ 231,366.17 |
| Restaraunts and Groceries | $ 22,835.89 | $ 41,557.58 | $ 46,417.77 | $ 38,801.10 | $ 21,805.98 | $ 7,299.70 | $ 178,718.02 |
| Payents for Unknown Purposes | $ 64,069.31 | $ 1,529,175.18 | $ 500,358.89 | $ 4,352.68 | $ 39,841.29 | $ 21,514.66 | $ 2,159,312.01 |
| **Total Business and Personal Expenses** | **$ 982,076.55** | **$ 3,606,063.04** | **$ 2,157,850.67** | **$ 612,400.84** | **$ 588,397.01** | **$ 106,497.64** | **$ 8,053,285.75** |
| | | | | | | | |
| **Cash Withdrawals** | **$ 219,282.71** | **$ 273,144.48** | **$ 602,412.30** | **$ 350,098.90** | **$ 519,798.05** | **$ 163,083.55** | **$ 2,127,819.99** |
| | | | | | | | |
| **Payments to Related Parties** | | | | | | | |
| Almerinda Thomas | $ - | $ - | $ 6,400.00 | $ 1,700.00 | $ 1,400.00 | $ - | $ 9,500.00 |
| Andrea Thomas | $ 15,928.16 | $ 33,715.00 | $ 474,409.67 | $ - | $ 2,450.00 | $ 150.00 | $ 526,652.83 |
| Beverly Horbay | $ - | $ - | $ 10,000.00 | $ - | $ 1,200.00 | $ - | $ 11,200.00 |
| Daria Johnson - Merry Christmas (Citizen Bank) | $ - | $ - | $ - | $ - | $ 150.00 | $ - | $ 150.00 |
| Dennis Becker | $ 1,500.00 | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 |
| Dianne Pritchard - Merry Christmas (Citizen Bank) | $ - | $ - | $ - | $ 350.00 | $ - | $ - | $ 350.00 |
| FRANCESCA HORBAY | $ 16,400.00 | $ 45,500.00 | $ 36,722.72 | $ 29,000.00 | $ 9,750.00 | $ 5,000.00 | $ 142,372.72 |
| Gloria Thomas Justin (happy 95th birthday) | $ - | $ 9,500.00 | $ 9,500.00 | $ - | $ - | $ 2,500.00 | $ 21,500.00 |
| Guy R Thomas | $ - | $ - | $ 20,633.56 | $ 596.45 | $ - | $ 2,500.00 | $ 23,730.01 |
| John Thomas | $ 1,007.72 | $ 346,005.00 | $ 8,000.00 | $ 87,000.00 | $ 40,000.00 | $ 5,000.00 | $ 487,012.72 |
| Krystal R Thomas | $ 8,822.22 | $ 26,564.70 | $ 3,991.12 | $ - | $ - | $ - | $ 39,378.04 |
| Russell Thomas | $ - | $ 53,462.00 | $ 178,500.00 | $ 1,000.00 | $ - | $ 2,500.00 | $ 235,462.00 |
| Thomas Becker | $ 15,660.00 | $ 436,787.46 | $ 361,456.30 | $ 25,150.00 | $ 13,665.00 | $ 1,500.00 | $ 854,218.76 |
| **Total Payment to Related Parties** | **$ 59,318.10** | **$ 951,534.16** | **$ 1,109,613.37** | **$ 144,796.45** | **$ 68,615.00** | **$ 19,150.00** | **$ 2,353,027.08** |
| | | | | | | | |
| **Total Disbursements** | **$ 2,711,179.65** | **$ 11,899,145.73** | **$ 13,350,684.17** | **$ 1,688,533.57** | **$ 1,661,111.50** | **$ 307,232.19** | **$ 31,617,886.81** |

# EXHIBIT 42

**Account Balances for June 2018**

**Account Balances for all Known Accounts Open in June 2018**

| Entity | Account Owner | Bank | Account Number | June 2018 Beginning Balance | June 2018 Ending Balance | June 2018 High Balance | High Balance Date |
|---|---|---|---|---|---|---|---|
| Welscorp Inc. | Welscorp Inc | Wells Fargo | xx6502 | $ 669,150.32 | $ 572,434.60 | $ 669,150.32 | 6/1/2018 |
| Thomas J Becker | Thomas J Becker | Wells Fargo | xx2620 | $ 3,287.81 | $ 6,980.81 | $ 52,117.11 | 6/4/2018 |
| Thomas J Becker | Thomas J Becker | Citibank | xx7862 | $ 49.01 | $ 49.01 | $ 49.01 | 6/1/2018 |
| QSA LLC | QSA LLC | Citibank | xx3671 | $ 366,742.43 | $ 404,490.14 | $ 459,343.57 | 6/27/2018 |
| ESA Ltd | ESA LTD | JP Morgan Chase | xx9386 | $ 469,571.85 | $ 366,547.09 | $ 474,143.87 | 6/4/2918 |
| Thomas J Becker | Thomas J Becker | Citizens Bank | xx8294 | $ 4,781.13 | $ 4,397.27 | $ 4,781.13 | 6/1/2018 |
| John F Thomas | John Thomas | Aloha Pacific | xx0001 | $ 52.29 | $ 52.29 | $ 52.29 | 6/1/2018 |
| John F Thomas | John Thomas | Aloha Pacific | xx0030 | $ 76,254.52 | $ 126,645.88 | $ 128,233.88 | 6/29/2018 |
| Welscorp Inc. | Welscorp Inc | Bank of America | xx6257 | $ 290.06 | $ 276.06 | $ 290.06 | 6/1/2018 |
| | | | | $ 1,590,179.42 | $ 1,481,873.15 | $ 1,788,161.24 | |