# EXHIBIT "D"

| Date | Debtor | Check No. | Transferee | Amount |
|---|---|---|---|---|
| **Four Year Transfers** | | | | - |
| 12/11/17 | Vegas Basketball Club, LLC | 3626 | William Castaldi | 7,500.00 |
| 12/11/2017 | ESA Ltd. | 2251 | William Castaldi | 7,500.00 |
| 12/11/17 | Welscorp Inc. | 7316 | William Castaldi | 7,500.00 |
| 12/12/2017 | Sports Psychometrics, LLC | 7245 | William Castaldi | 5,000.00 |
| **Two Year Transfers** | | | | |
| 12/20/17 | Vegas Basketball Club, LLC | 3627 | William Castaldi | 5,000.00 |
| 12/20/2017 | Sports Psychometrics, LLC | 7248 | William Castaldi | 5,000.00 |
| 12/20/2017 | ESA Ltd. | 2278 | William Castaldi | 7,500.00 |
| 12/20/17 | Welscorp Inc. | 7323 | William Castaldi | 7,500.00 |
| 12/28/2017 | ESA Ltd. | 3881 | William Castaldi | 25,000.00 |
| 12/28/2017 | ESA Ltd. | 3882 | William Castaldi | 7,500.00 |
| 12/28/17 | Welscorp Inc. | 7328 | William Castaldi | 7,500.00 |
| 12/29/2017 | Sports Psychometrics, LLC | 7257 | William Castaldi | 5,000.00 |
| 01/08/2018 | Sports Psychometrics, LLC | 7264 | William Castaldi | 5,000.00 |
| 01/08/18 | Welscorp Inc. | 7335 | William Castaldi | 7,500.00 |
| 01/12/18 | Vegas Basketball Club, LLC | 3649 | William Castaldi | 7,500.00 |
| 01/12/2018 | Sports Psychometrics, LLC | 7272 | William Castaldi | 5,000.00 |
| 01/12/2018 | Welscorp Inc. | 7342 | William Castaldi | 7,500.00 |
| 01/19/2018 | Sports Psychometrics, LLC | 7276 | William Castaldi | 5,000.00 |
| 01/19/2018 | Welscorp Inc. | 7343 | William Castaldi | 7,500.00 |
| 01/26/18 | Vegas Basketball Club, LLC | 3648 | William Castaldi | 7,500.00 |
| 01/26/2018 | Sports Psychometrics, LLC | 7280 | William Castaldi | 5,000.00 |
| 01/26/2018 | Welscorp Inc. | 7347 | William Castaldi | 7,500.00 |
| 01/30/2018 | Sports Psychometrics, LLC | 7287 | William Castaldi | 5,000.00 |
| 01/30/2018 | Welscorp Inc. | 7353 | William Castaldi | 7,500.00 |
| 02/14/18 | Vegas Basketball Club, LLC | 3646 | William Castaldi | 7,500.00 |
| 02/14/2018 | Sports Psychometrics, LLC | 7291 | William Castaldi | 5,000.00 |
| 02/14/2018 | Welscorp Inc. | 7366 | William Castaldi | 7,500.00 |
| 02/21/2018 | Welscorp Inc. | 7379 | William Castaldi | 7,500.00 |
| 03/05/18 | Welscorp Inc. | 7388 | William Castaldi | 7,500.00 |
| 03/15/18 | Vegas Basketball Club, LLC | 3684 | William Castaldi | 7,500.00 |
| 03/15/2018 | Welscorp Inc. | 7415 | William Castaldi | 7,500.00 |
| 03/19/2018 | Welscorp Inc. | 7418 | William Castaldi | 7,500.00 |
| 04/05/18 | Welscorp Inc. | 7448 | William Castaldi | 7,500.00 |
| 04/12/2018 | Welscorp Inc. | 7455 | William Castaldi | 7,500.00 |
| 04/23/2018 | Welscorp Inc. | 7469 | William Castaldi | 7,500.00 |
| 04/25/2018 | Welscorp Inc. | 7474 | William Castaldi | 7,500.00 |
| 05/01/18 | Welscorp Inc. | 7478 | William Castaldi | 7,500.00 |
| 05/08/18 | Welscorp Inc. | 7488 | William Castaldi | 7,500.00 |
| 05/14/2018 | Welscorp Inc. | 7489 | William Castaldi | 7,500.00 |
| 05/21/2018 | Welscorp Inc. | 7499 | William Castaldi | 7,500.00 |

| Date | Payee | Check # | Memo | Amount |
|---|---|---|---|---|
| 05/23/2018 | Welscorp Inc. | 7500 | William Castaldi | 7,500.00 |
| 05/30/2018 | Welscorp Inc. | 7510 | William Castaldi | 7,500.00 |
| 06/04/18 | Welscorp Inc. | 7515 | William Castaldi | 7,500.00 |
| 06/11/18 | Welscorp Inc. | 7537 | William Castaldi | 7,500.00 |
| 06/14/2018 | Welscorp Inc. | 7545 | William Castaldi | 7,500.00 |
| 06/18/2018 | Welscorp Inc. | 7558 | William Castaldi | 7,500.00 |
| 06/26/2018 | Welscorp Inc. | 7564 | William Castaldi | 7,500.00 |
| 06/29/2018 | Welscorp Inc. | 7591 | William Castaldi | 7,500.00 |
| 07/02/18 | Welscorp Inc. | 7601 | William Castaldi | 7,500.00 |
| 07/06/18 | Welscorp Inc. | 7619 | William Castaldi | 7,500.00 |
| 07/09/18 | Welscorp Inc. | 7621 | William Castaldi | 7,500.00 |
| 07/13/2018 | Welscorp Inc. | 7623 | William Castaldi | 7,500.00 |
| 07/19/2018 | Welscorp Inc. | 7624 | William Castaldi | 7,500.00 |
| 07/23/2018 | Welscorp Inc. | 7627 | William Castaldi | 7,500.00 |
| 07/24/2018 | Welscorp Inc. | 7628 | William Castaldi | 7,500.00 |
| 07/27/2018 | Welscorp Inc. | 7630 | William Castaldi | 7,500.00 |
| 07/30/2018 | Welscorp Inc. | 7634 | William Castaldi | 7,500.00 |
| 08/02/18 | Welscorp Inc. | 7641 | William Castaldi | 7,500.00 |
| 08/06/18 | Welscorp Inc. | 7649 | William Castaldi | 7,500.00 |
| 08/06/18 | Welscorp Inc. | 7683 | William Castaldi | 7,500.00 |
| 08/09/18 | Welscorp Inc. | 7707 | William Castaldi | 7,500.00 |
| 08/13/2018 | Welscorp Inc. | 7709 | William Castaldi | 7,500.00 |
| 08/14/2018 | Welscorp Inc. | 7710 | William Castaldi | 7,500.00 |
| 08/15/2018 | Welscorp Inc. | 7713 | William Castaldi | 7,500.00 |
| 08/20/2018 | Welscorp Inc. | 7717 | William Castaldi | 7,500.00 |
| 08/22/2018 | Welscorp Inc. | 7721 | William Castaldi | 7,500.00 |
| 08/27/2018 | Welscorp Inc. | 7726 | William Castaldi | 7,500.00 |
| 08/28/2018 | Welscorp Inc. | 7728 | William Castaldi | 7,500.00 |
| 08/30/2018 | Welscorp Inc. | 7730 | William Castaldi | 7,500.00 |
| 09/04/18 | Welscorp Inc. | 7737 | William Castaldi | 7,500.00 |
| 09/05/18 | Welscorp Inc. | 7740 | William Castaldi | 7,500.00 |
| 09/07/18 | Welscorp Inc. | 7729 | William Castaldi | 7,500.00 |
| 09/11/2018 | Welscorp Inc. | 7750 | William Castaldi | 7,500.00 |
| 09/13/2018 | Welscorp Inc. | 7752 | William Castaldi | 7,500.00 |
| 09/17/2018 | Welscorp Inc. | 7755 | William Castaldi | 7,500.00 |
| 09/19/2018 | Welscorp Inc. | 7758 | William Castaldi | 7,500.00 |
| 09/21/2018 | Welscorp Inc. | 7759 | William Castaldi | 7,500.00 |
| 09/25/2018 | Welscorp Inc. | 7761 | William Castaldi | 7,500.00 |
| 09/27/2018 | Welscorp Inc. | 7767 | William Castaldi | 7,500.00 |
| 10/01/18 | Welscorp Inc. | 7771 | William Castaldi | 7,500.00 |
| 10/03/18 | Welscorp Inc. | 7773 | William Castaldi | 7,500.00 |
| 10/05/18 | Welscorp Inc. | 7790 | William Castaldi | 7,500.00 |
| 10/09/18 | Welscorp Inc. | 7799 | William Castaldi | 7,500.00 |

| Date | Entity | Number | Name | Amount |
|---|---|---|---|---|
| 10/11/18 | Welscorp Inc. | 7802 | William Castaldi | 7,500.00 |
| 10/15/18 | Welscorp Inc. | 7808 | William Castaldi | 7,500.00 |
| 10/17/18 | Welscorp Inc. | 7812 | William Castaldi | 7,500.00 |
| 10/19/2018 | QSA LLC | 9536 | William Castaldi | 5,000.00 |
| 10/19/18 | Welscorp Inc. | 7814 | William Castaldi | 7,500.00 |
| 10/22/2018 | QSA LLC | 9537 | William Castaldi | 5,000.00 |
| 10/22/18 | Welscorp Inc. | 7815 | William Castaldi | 7,500.00 |
| 10/24/2018 | QSA LLC | 9538 | William Castaldi | 5,000.00 |
| 10/24/18 | Welscorp Inc. | 7819 | William Castaldi | 7,500.00 |
| 10/26/2018 | QSA LLC | 9542 | William Castaldi | 5,000.00 |
| 10/26/18 | Welscorp Inc. | 7823 | William Castaldi | 7,500.00 |
| 10/29/2018 | QSA LLC | 9543 | William Castaldi | 5,000.00 |
| 10/29/18 | Welscorp Inc. | 7825 | William Castaldi | 7,500.00 |
| 10/31/18 | Welscorp Inc. | 7827 | William Castaldi | 7,500.00 |
| 11/02/18 | Welscorp Inc. | 7830 | William Castaldi | 7,500.00 |
| 11/05/18 | Welscorp Inc. | 7834 | William Castaldi | 7,500.00 |
| 11/07/18 | Welscorp Inc. | 7852 | William Castaldi | 7,500.00 |
| 11/09/18 | Welscorp Inc. | 7853 | William Castaldi | 7,500.00 |
| 11/14/18 | Welscorp Inc. | 7865 | William Castaldi | 7,500.00 |
| 11/16/18 | Welscorp Inc. | 7868 | William Castaldi | 7,500.00 |
| 11/19/18 | Welscorp Inc. | 7869 | William Castaldi | 7,500.00 |
| 11/21/18 | Welscorp Inc. | 7871 | William Castaldi | 7,500.00 |
| 11/23/18 | Welscorp Inc. | 7872 | William Castaldi | 7,500.00 |
| 11/27/18 | Welscorp Inc. | 7875 | William Castaldi | 7,500.00 |
| 11/29/18 | Welscorp Inc. | 7877 | William Castaldi | 7,500.00 |
| 11/30/18 | Welscorp Inc. | 7878 | William Castaldi | 7,500.00 |
| 12/04/18 | Welscorp Inc. | 7896 | William Castaldi | 7,500.00 |
| 12/17/18 | Welscorp Inc. | 7912 | William Castaldi | 7,500.00 |
| 12/18/18 | Welscorp Inc. | 7917 | William Castaldi | 7,500.00 |
| 12/20/18 | Welscorp Inc. | 7920 | William Castaldi | 7,500.00 |
| 12/24/18 | Welscorp Inc. | 7922 | William Castaldi | 7,500.00 |
| 12/26/18 | Welscorp Inc. | 7923 | William Castaldi | 7,500.00 |
| 12/28/18 | Welscorp Inc. | 7925 | William Castaldi | 7,500.00 |
| 12/31/18 | Welscorp Inc. | 7926 | William Castaldi | 7,500.00 |
| 01/02/19 | Welscorp Inc. | 7928 | William Castaldi | 7,500.00 |
| 01/16/2019 | Welscorp Inc. | 7951 | William Castaldi | 7,500.00 |
| 04/09/2019 | ESA Ltd. | 4043 | William Castaldi | 2,500.00 |
| 04/10/2019 | QSA LLC | 10105 | William Castaldi | 3,000.00 |
| 05/06/2019 | ESA Ltd. | 4137* | William Castaldi | 1,500.00 |
| **Two Year Transfers SUBTOTAL** | | | | **852,000.00** |
| **Four Year Transfers Total** | | | | **879,500.00** |

| Date | Debtor | Check No. | Transferee | Dr./(Cr.) |
|---|---|---|---|---|
| **Two and Four Tear Transfers** | | | | |
| 12/7/2018 | Welscorp, Inc. | 7899 | Karin Castaldi | 7,500.00 |
| 12/12/2018 | Welscorp, Inc. | 7909 | Karin Castaldi | 7,500.00 |
| 12/14/2018 | Welscorp, Inc. | 7911 | Karin Castaldi | 7,500.00 |
| 1/4/2019 | Welscorp, Inc. | 7931 | Karin Castaldi | 7,500.00 |
| 1/7/2019 | Welscorp, Inc. | 7949 | Karin Castaldi | 7,500.00 |
| 01/11/2019 | Welscorp, Inc. | 7950 | Karin Castaldi | 7,500.00 |
| **Total Two and Four Year Transfers** | | | | **45,000.00** |