**LENARD E. SCHWARTZER**
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>WELSCORP, INC.<br>dba WELLINGTON SPORTS CLUB,<br><br>Debtor .<br><br>☐ Affects Einstein Sports Advisory Ltd.<br>☐ Affects QSA LLC<br>☐ Affects Wellington Sports Club, LLC<br>☐ Affects Welscorp, Inc<br>■ Affects All Debtors | Case No. BK-S 19-18056-ABL (Lead Case)<br><br>IN PROCEEDINGS UNDER CHAPTER 7<br><br>Consolidated under BK-S-19-18056-ABL with:<br><br>Case No. BK-S-20-11597-ABL<br>Case No. BK-S-20-11211-ABL<br>Case No. BK-S--20-11215-ABL<br><br>CERTIFICATE OF SERVICE |

1. On October 7, 2022, I caused to be served the following documents:

a. Trustee's Notice of Assets and Notice to File Claims

2. I served the above-named document by the following means to the persons as listed below

☐ a. **By ECF System:**

■ b. **By United States Mail, Postage fully prepaid:**

☐ c. **By Personal Service**

See attached mailing matrix

❑ For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk of other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

❑ For a party, delivery was made by handing the document(s) to the party by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

❑ d. **By Direct email (as opposed to through the ECF System)**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax number listed below. No error was reported by fax machine that I used. A copy of the recorded fax transmission is attached

Dated: October 13, 2022

An Employee of LENARD E. SCHWARTZER

AARON PERNA
11696 ROSSOVINO ST.
LAS VEGAS, NV 89183

Adam Hutchings
170 Levister Cr. Apt 108
Raleigh, NC 27601

Adam Shug
6850 E. Mayo Blvd.
Unit 3302
Phoenix, AZ 85054

Akenda, LLC.
c/o Kenneth Clarke
7348 Monroe Avenue #1
Hammond, IN 46324

Alan Gruskoff
1201 North Rainbow Blvd., Apt 50
Las Vegas, NV 89108

Alan Riley
130 Cynthia Ann Parker Lane
Weatherford, TX 76087

Allen Schwartz
111 West St. John Street, Suite 555
San Jose, CA 95113

Andrea Gandara, Esq.
Mary Langsner, Ph.D.
400 S. 4th Street, Suite 300
Las Vegas, NV 89101

Andrea Thomas
7761 Locke Haven Dr.
Las Vegas, NV 89123

ANDRES J. SOLARES, et. al.
C/O JOSEPH SARACHEK, esq.
SARACHEK LAW FIRM
101 PARK AVENUE, 27TH FLOOR
NEW YORK, NY 10178

Anna Buss
PO Box 2807
Iowa City, IA 52244

Anthony J. DeGirolamo, Esq.
3930 Fulton Dr., NW, Suite 100B
Canton, OH 44718

ATHLIMA AGENCY, LLC.
11696 ROSSOVINO ST.
LAS VEGAS, NV 89183

B, N, & S Enterprises
c/o Anna Buss
525 W. Benton St.
Iowa City, IA 52246

BEN BRIGHT
4130 SKYVIEW ROAD
MINNETONKA, MN 55345

Boris Kogan
264 North Highland Avenue
Elmhurst Il, 60126

BOSTON BIOMETRICS, LLC.
C/O JOHN THOMAS (RESIDENT AGENT)
1810 EAST SAHARA AVE, STE 1449
LAS VEGAS, NV 89104

Bravo Valenti Entertainment LLC
Run Vegas Partners, LLC.
c/o Spiegel & Utrera P.A. CRA
2545 Chandler Avenue
Suite 4
Las Vegas NV 89120

Bravo Valenti Entertainment, LLC
Attn Michael Berkowitz
367 N Sierra Bonita Avenue Apt 202
Los Angeles CA 90036

Brian Mogensen
Mogensen Steel Erectors, Inc.
316 W. Dayton St.
Cedar Rapids, NE 68827

BRIAN SHUI
475 REDWOOD STREET
UNIT 304
SAN DIEGO, CA 92103

Caley McKelvy
16363 E. Fremont Ave.
Apt 1617
Aurora, CO 80016

CHARDAE JONES
4129 HIGHLAND AVENUE, UNIT 4
SAN DIEGO, CA 92105

CHARLES ALBERT
11465 RIDGE ROAD
KING GEORGE, VA 22485

CHARLES KINCAID
13189 ADAIR CREEK WAY, N.E.
REDMOND, WA 98053

CHRISTOPHER F. KLINK, ESQ.
2576 SUNDEW AVENUE
HENDERSON, NV 89052

Christopher Miller
Mary Miller
Chrismar Enterprises LLC.
64 Alton Road Slip 13
Miami Beach, FL 33139

CLEW PROPERTIES, LLC
201 EAST 5TH AVE., SUITE A
GARY, IN 46402

Cory B. Beck, Esq.
425 South Sixth Street
Las Vegas, NV 89101

Crane M. Pomerantz
Sklar Williams, PLLC.
410 S. Rampart Blvd., Suite 350
Las Vegas, NV 89145

Crown Media Services, Inc.
161 N. Clark St. Ste 4700
Chicago, Il 60601

Cynthia Ramsay
100 Lehane Terrace, Apt 3
North Palm Beach, FL 33408

Damian Ostertag
171 Sienna Way
American Canyon, CA 94503

DANG DUK KIM
13 VIA VISIONE, UNIT 201
HENDERSON, NV 89011

Danyelle Ramirez
1303 Valiant Street
Lancaster, CA 93534

David Stoos
17 Chad Ct.
Coralville, CA 52241-3228

David Streeter
3705 Peachtree Park Drive NE
Atlanta GA 30309

David Vecchione
10 East Ontario, Apt 4008
Chicago, Il 60611

Deena Zymkowitz Inc.
2330 NE 34th Ct.
Lighthouse Point, FL 33064

Derek Powell
850 Meriden Avenue
Southington, CT 06489

Dianne Hutchings
16153 Evansdale Way
Victorville, CA 92395

Douglas A. Martin
Executive Financial Services, Inc.
4581 Weston Road, Suite 344
Weston, FL 33331

Douglas Cooper
10510 Hinton Mills Road
Marysville, OH 43040

Douglas Reinke
1009 Quarry View Lane
Georgetown, TX 78628

EINSTEIN SPORTS ADVISORY LTD
1810 EAST SAHARA AVE, STE 1449
LAS VEGAS, NV 89104

ESA, LTD.
C/O INCORP SERVICES, INC.
3773 HOWARD HUGHES PARKWAY
SUITE 500 S.
LAS VEGAS, NV 89169

Francesca Horbay
60 Glochester St. Ste 505
Toronto, ON, M4Y 1L7
Canada

FRANCIS SWITZER
4100 SALZEDO STREET, #1005
CORAL GABLES, FL 33146

Gary Blackford
113 South Catherine Street
Mount Vernon, OH 43050

Gary Kirdzic
7679 Herrick Park Dr.
Hudson, OH 44236

Gary Severs
887 Cross Creek Court, Unit D.
Roselle, IL 60172

Gene Rodriguez
PO Box 343
Powell, OH 43065

Gilbert Grossman
98 Overhill Road
East Greenwich, RI 02818

Greg Fowler
34888 Aster Lane
Deer Island, OR 97054

Greg Yoon
403 La France Ave
Alhambra, CA 91801

HBM Management Associates, LLC
6 Elmwood Lane
Syosset, NY 11791-6122

Hofman Properties, LLC
Peter M Hofman
1633 Sands Place S.E.
Marietta, GA 30067-8785

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY UNIT
PO BOX 7346
PHILDELPHIA, PA 19101

INTERNAL REVENUE SERVICE
PO BOX 219690
KANSAS CITY, MO 64121

Internal Revenue Service
Central Insolvency Operation
PO Box 7317
Philadelphia, PA 19101-7317

Jack Smuckler
800 Gleason Acres Drive
Wayzata, MN 55391

James Bunker
c/o Callister Law Group
330 E. Charleston Blvd., Suite 100
Las Vegas, NV 89104-1061

JAMES P. HAMER, II
5388 DISCOVERY PARK BLVD. STE 210
WILLIAMSBURG, VA 23188

JAMES STOKOS
3556 LOMACITAS LANE
BONITA, CA 91902

James T. Leavitt, Esq.
Leavitt Legal Services PC
601 S. 6th Street
Las Vegas, NV 89101

Jared Herstik
1050 Tanger Court
Kingston Springs, TN 37082

Jim Coutinho, Esq.
Allen, Stovall, Neuman & Ashton, LLP
17 S. High St. Ste 1220
Columbus, OH 43215

JOE PERAINO
251 E. 51ST STREET, APT 7J
NEW YORK, NY 10022

JOHN FISHER
1295 EDCRIS ROAD
YORKTOWN HEIGHTS, NY 10598

JOHN SCHIOLER
501-295 GILMORE STREET
OTTAWA, ONTARIO, K2P 0P7
CANADA

JOHN SCHWARZ
5501 DEWEY HILL ROAD
APT 140
EDINA, MN 55439

John Thomas
1810 East Sahara Ave, Suite 1449
Las Vegas, NV 89104

John Thomas
5242 Evaline Street
Las Vegas, NV 89121

Jonathan Coddaire
4800 SW 133rd Avenue
Southwest Ranches, FL 33330-2608

JOSEPH CAMILLERI
4091 PHEASANT RUN
MISSISSAUGA, ONTARIO L5L 2C2
CANADA

JOSEPH SARACHEK
SARACHEK LAW FIRM
670 WHITE PLAINS ROAD #PH
SCARSDALE, NY 10583

Karl Burke
5468 Patchwood Ct.
Las Vegas, NV 89130

Karl Thomsen
2642 Quiet Place Dr.
Walnut Creek, CA 94598

Kathleen Shelton
d/b/a Kathleen Shelton Consulting
1445 Stonelake Cove Ave #2305
Henderson NV 89074

Kathy Peyton and Lamonte King
c/o Callister Law Group
330 E. Charleston Blvd., Suite 100
Las Vegas, NV 89104-1061

Keith G. Neuzil
2812 360th Street SW
Oxford, IA 52322

KELLI SCHINDLER
5483 ROWLAND ROAD
HOPKINS, MN 55343

Kendra Thomas
PO Box 1760
The Dalles, OR 97058

Kenneth Bankston
525 Wood Duck Dr.
Suisun City, CA 94585

Kenneth Becker
13755 SW Sandridge Dr.
Tigard, OR 97223

KITSON BLISSET
515 NASSAU AVENUE
FREEPORT, NY 11520

Laura Nesbitt, Esq.
The Nesbitt Law Firm, LLC.
6037 Frantz Rd. Ste 102
Dublin, OH 43017

Louis Oliver
2900 NW 125th Avenue, Apt #411
Sunrise, FL 33323

LSP CORPORATE SERVICES, INC.
128 LINCOLN STREET
STATEN ISLAND, NY 10314

Lynn M. Dean
Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles. CA 90071

Makayla Seger
3583 S. 64th St W.
Billings MT 59106

Marc Desabrais
1163 W. Windhave Ave.
Gilbert, AZ 85233

Mark Casey
11824 Brookhill Lane
Dallas, TX 75230

Mark Dzarnoski
Clark Hill PLLC,
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169

Marty Moritz
2365 Eckert Road
Mansfield, OH 44904

Marvin Tripp
1111 Alvarado Ave., Apt 246
Davis, CA 95616

Matt McGarry
c/o David Mincin, Esq.
Mincin Law PLLC
7465 W. Lake Mead Blvd, #100
Las Vegas, NV 89128-1033

Matthew Johnson
Russel Gubler
Johnson & Gubler
8831 West Sahara Ave.
Las Vegas, NV 89117

Matthew T. Montgomery
Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles. CA 90071

Maurice VerStandig
The VerStandig Law Firm
9812 Falls Road, #114-160
Potomac, MD 20854

Michael Berkowitz
367 N. Sierra Bonita Avenue
Apt 202
Los Angeles, CA 90036

Michael Saif
4015 N 78th Street
Unit 120
Scottsdale, AZ 85251

Michael Thomas
12607 N. 23rd Street
Phoenix, AZ 85022

MICHAEL VECCHIONE
679 NERGE ROAD
ROSELLE, IL 60172

Mickey Stockwell
1220 Safari Drive
Needles CA 92363

Musalih El-Amin
10425 S. Longwood Dr.
Chicago, Il 60643

NANCY DEUTMEYER
3061 N. CENTER POINT ROAD
ROBINS, IL 52328

Nathaneal Rosen
7730 Blue Fescue Dr
Westerville, PH 43082-9168

Ned Heydinger
Scott Heydinger
Eric Heydinger
6260 Waynesburg-Tiro Road
Tiro, OH 44887

NO-MORE-BAD-HIRES, INC.
C/O JOHN F. THOMAS (RESIDENT AGENT)
8275 S. EASTERN AVE, SUITE 200
LAS VEGAS, NV 89123

Oomph Mode, Inc.
8275 S. Eastern Ave., Ste 200-100
Las Vegas, NV 89123

Oomph Mode, Inc.
Attn Bryan Centola
471 Canyon Vista Dr.
Los Angeles, CA 90065

Parsram Venkatsammy
15912 W. 154th St.
Olathe, KS 66062

Patricia Austin
Clyde E. Austin
1250 Wigwam Pkwy, #13-202
Henderson, NV 89074

Patrick Esposito
1845 Waterford Dr. Apt 2
Vero Beach, FL 32966

Patrick McCleary
1608 Sewee Fort Rd.
Mount Pleasant, SC 29466

Patrick Raizi, Esq.
Law Office of Patrick Raizi
770 L. Street, Suite 950
Sacramento, CA 95814

Paul Hanson
14 Hillside Drive
Fairfax, CA 94930

Paul Kirkham
The Kirkham Family Trust
55 Sharp St.
Powell, OH 43065

Paul Moran
620 SW 17th Street
Ft. Lauderdale, FL 33315

Paul Shaver  
269 N. 10 St.  
Newark, NJ 07107

PETER M HOFMANN  
1633 SANDS PLACE S.E.  
MARIETTA, GA 30067-8785

Peter Wittig  
6075 Lincoln Drive  
Apt 101  
Edina, MN 55436

Phil Mannoni  
2865 Lane Dr.  
Concord, CA 94518-2105

QSA, LLC  
3773 HOWARD HUGHES PARKWAY  
SUITE 500 S  
LAS VEGAS, NV 89169

RAYMOND E. SOUDER  
4316 ANNAMARY WAY  
WILLIAMSBURG, VA 23188

Reed Cooper  
6465 Irish Hills Drive  
Delaware OH 43015-8176

RICHARD PFEFFIER  
122 E. GRAMERCY PLACE  
SAN ANTONIO TX 78212

Richard Truong Thien Tran  
1648 Danbrook Drive  
Sacramento, CA 95835

Robert Ott  
3043 Bancroft Road  
Modesto, CA 95358

Roland Jones, Esq.  
1325 Avenue of the Americas  
28th Floor  
New York, NY 10019

RON JUSTEIN  
988 SHEPPARD AVE. WEST  
#23  
TORONTO, ONTARIO, M3H 2T6  
CANADA

Ronald Kasel  
c/o Callister Law Group  
330 E. Charleston Blvd., Suite 100  
Las Vegas, NV 89104-1061

Ronald Leese  
1101 Hickox St.  
Santa Fe, NM 87505

Run Vegas Partners, LLC.  
Attn Tamid Milan, Manager  
2160 Century Park E.  
Los Angeles, CA 90067

Russell Thomas  
4471 Dean Martin Drive Unit 1107  
Las Vegas, NV 89103

Ryan Riess  
8716 Castle View Avenue  
Las Vegas, NV 89129

Ryan Riess  
c/o Joseph Capobianco, Esq.  
1305 Franklin Ave., Suite 270  
Garden City. NY 11530

Seth J. Adams, Esq.  
6100 Neil Road, Suite 500  
Reno, NV 89511-1159

Shelbi Heydinger  
6197 Dickson Rd  
New Washington, OH 44854

Sostene Codispoti  
6899 Bishops Crossing Circle  
Dublin, OH 43016

SPORTS PSYCHOMETERICS, LLC.  
C/O SAGEBRUSH CORPORATE  
SERVICES, LLC (RESIDENT AGENT)  
1810 E. SAHARA AVE., #214  
LAS VEGAS, NV 89104

Steven Bono  
660 Zumirez Drive  
Malibu, CA 90265

Steven E. Tandlich  
10851 S.W. 68th Ave  
Miami, FL 33156-3921

Steven L. Lefkovitz, Esq.  
618 Church Street, Suite 410  
Nashville, TN 37219

Steven Lore  
312 N. Linden Street  
Itasca, Illinois 60143

Tatonka Marketing, LLC  
30 N. Gould St. Ste. R.  
Sheridan, WY 82801

Terrence J. Fleming, Esq.  
Fredrikson & Byron, P.A.  
200 South Sixth Street, Suite 4000  
Minneapolis, MN 55402-1425

The Estate of John Schwarz  
5501 Dewey Hill Road  
Apt 140  
Minneapolis, MN 55439

THERESA LESLIE EDE  
10526 TOPEKA DRIVE  
NORTHRIDGE, CA 91326

Thomas Becker
440 Welpman Way
Henderson, NV 89044

Thomas Becker
3773 Howard Hughes Parkway
Suite 500 S
Las Vegas, NV 89169

Thomas Becker
1810 E Sahara Ave #1449
Las Vegas, NV 89104

Thomas L. Abrams, Esq.
633 South Andrews Avenue
Suite 500
Fort Lauderdale, FL 33301

Travis Bieberitz
5757 Edgmon Rd
Ooltewah, TN 37363

Troy Fox, Esq.
601 South Tenth Street
Las Vegas, NV 89101

TUAN LE
10004 TOWNEWAY DRIVE
EL MONTE, CA 91733

U.S. Securities and Exchange Commission
Bankruptcy Group
200 Vesey Street, Suite 400
New York, NY 10281-1013

U.S. TRUSTEE - LV - 7
300 LAS VEGAS BOULEVARD, SO.
SUITE 4300
LAS VEGAS, NV 89101-5803

United States Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101-5833

US TRUSTEE
300 LAS VEGAS BLVD, SOUTH
SUITE 4300
LAS VEGAS, NV 89101

VEGAS BASKETBALL CLUB, LLC
C/O JOHN THOMAS (RESIDENT AGENT)
1810 E. SAHARA AVE
LAS VEGAS, NV 89104

VEGAS FOOTBALL CLUB, INC.
C/O JOHN THOMAS (RESIDENT AGENT)
1810 E. SAHARA AVE
LAS VEGAS, NV 89104

VIKTOR KHIMCHENKO
4129 HIGHLAND AVENUE
UNIT 4
SAN DIEGO, CA 92105

Vincent Rodriguez
3795 Windemere Way
Marion, IA 53202

WELLINGTON SPORTS CLUB, LLC.
1810 EAST SAHARA AVE, STE 1449
LAS VEGAS, NV 89104

WELSCORP, INC.
C/O INCORP SERVICES, INC.
3773 HOWARD HUGHES PARKWAY,
SUITE 500 S.
LAS VEGAS, NV 89169

WELSCORP, INC.
1810 EAST SAHARA AVE.
SUITE #1449
LAS VEGAS, NV 89104-3707

William Castaldi
Karin Castaldi
1770 N. Green Valley Pkwy, Apt 4111
Henderson, NV 89074

William Devine
Devine Legal Group
5940 S. Rainbow Blvd.
Las Vegas. NV 89118

YHWH TRADE LLC.
955 TUMBLIN KLING RD
#334
FORT PRINCE, FL 34982

Yulia Gorostova
Ulugbek Azimov
2954 Formia Drive
Henderson, NV 89052