

Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
December 05, 2025

Lenard E. Schwartzer, Trustee
6655 West Sahara Avenue, Suite B200-107
Las Vegas, Nevada 89146
Telephone:  (702) 307-2022
Facsimile:  (702) 213-4457
E-Mail:  Trustee@schwartzerlaw.com

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>WELSCORP, INC.,<br><br>Debtor.<br><br>☐ Affects Einstein Sports Advisory Ltd.<br>☐ Affects QSA LLC<br>☐ Affects Wellington Sports Club, LLC<br>☐ Affects Welscorp, Inc.<br>☒ Affects All Debtors | Case No.  BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL with:**<br><br>Case No. BK-S-20-11597-ABL<br>Case No. BK-S-20-11211-ABL<br>Case No. BK-S-20-11215-ABL<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S MOTION TO TERMINATE ONLINE AUCTION AND SELL JUDGMENTS TO RUSSELL J. SINGER**<br><br>Hearing Date:  December 4, 2025<br>Hearing Time:  11:00 a.m. |

The Trustee's Motion to Terminate Online Auction and Sell Judgments to Russell J. Singer, having come before this Court on the 4th day of December, 2025; LENARD E. SCHWARTZER, Chapter 7 Trustee (the "Trustee"), appearing representing himself; the Court finding that notice has been given to all creditors and no other parties appeared or filed any opposition , and good cause appearing,

1  **IT IS HEREBY ORDERED** that the Trustee's Motion to Terminate the Online Auction is
2  GRANTED; and
3  **IT IS FURTHER ORDERED** that the Trustee is authorized to sell the remaining Welscorp,
4  Inc. judgments to Russell J. Singer for $171,300, and
5  **IT IS FURTHER ORDERED** that the Trustee is authorized to pay SLX Markets
6  $17,130, which is 10% of the sale price.

8  Submitted by:

11  Lenard E. Schwartzer, Trustee

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court waived the requirement of approval under LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

Lenard E. Schwartzer, Trustee

# # #